UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Ditech Financial LLC fka Green Tree Servicing LLC

In Re:

Mark Anthony Andreottis II aka Mark Andreotti dba Praetorian Investor Svcs

Debtor

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case

Case No: 17-15603 JKS

Chapter: 13

Judge: John K. Sherwood

on behalf of

Ditech Financial LLC fka Green Tree Servicing LLC

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

386 Brownstone Ct Wyckoff, NJ 07481

DOCUMENTS
☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐☐ All documents and pleadings of any nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*