**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MARK ANTHONY ANDREOTTIS, II,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  17-15603 JKS

**NOTICE OF RESERVE ON CLAIM**

Creditor:           KEARNY BANK
Trustee Claim #:    8
Claimed Amount:    $732,372.67
Date Claim Filed:   05/17/2017

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim filed with no recorded mortgage attached.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  May 19, 2017

By:  /S/  Marie-Ann Greenberg
     Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

MARK ANTHONY ANDREOTTIS, II
101 ST. CLAIR CT.
PRINCETON, NJ    08540

DURKIN AND DURKIN LLP
1120 BLOOMFIELD AVE PO BOX 1289
WEST CALDWELL, NJ    07007

KEARNY BANK
120 PASSAIC AVE
FAIRFIELD, NJ    07004

KEARNY BANK
120 PASSAIC AVE
ATTN: DONNA PORCARLO VICE PRESIDENT
FAIRFIELD, NJ    07004

KEARNY BANK
DURKIN AND DURKIN LLC
ATTN: M MURPHY DORKIN ESQ
1120 BLOOMFIELD AVE
WEST CALDWELL, NJ    07007