U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2017 MAY 19  P 2: 23

JEANNE A. NAUGHTON

BY: M Gonzalez
DEPUTY CLERK

Case # 17-15603 JKS

Certificate Number: 12459-NJ-CC-029279265

12459-NJ-CC-029279265

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 19, 2017, at 8:25 o'clock AM PDT, Mark Andreottis II received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   May 19, 2017                    By:     /s/Viviana Maizberain

                                        Name:   Viviana Maizberain

                                        Title:  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).