Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−15603−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Anthony Andreottis II
   aka Mark Andreotti, dba Praetorian
   Investor Svcs
   101 St. Clair Ct.
   Princeton, NJ 08540

Social Security No.:
   xxx−xx−5548

Employer's Tax I.D. No.:
   80−0276082

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 13 to Chapter 11, has been filed by Mark Anthony Andreottis, II, Debtor.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable John K. Sherwood on:

Date:            July 13, 2017
Time:            09:00 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: May 19, 2017
JAN: vpm

                                                    Jeanne Naughton
                                                    Clerk

```
                           United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                       Chapter 13
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin             Page 1 of 1             Date Rcvd: May 19, 2017
                               Form ID: 169            Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             +Mark Anthony Andreottis, II,    101 St. Clair Ct.,    Princeton, NJ 08540-7345
aty            +McCabe Weisberg& Conway. PC,    216 Haddon Avenue Suite 600,    Westmont, NJ 08108-2814
cr             +Kearny Bank,    C/o Durkin & Durkin, LLC,    1120 Bloomfield Ave,    West Caldwell, NJ 07006-7138
cr             +New Jersey Title Insurance Company,    2001 Route 46, Suite 310,    Parsippany, nj 07054-1315
516715889      +Ditech Financial,    1100 Virginia Dr. #100A,    Port Washington, PA 19034-3204
516715888      +Kearny Bank,    120 Passaic Ave,    Fairfield, NJ 07004-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:41       U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:37        United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516820057       E-mail/Text: bankruptcy.bnc@ditech.com May 19 2017 23:14:24
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Murphy  Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
                                                                                              TOTAL: 7
```