UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908)704-8800
Attorney for the Debtor-in-Possession

**Order Filed on August 2, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

　　Mark A. Andreottis II,

　　　　　　Debtor-in-Possession.

Case No.: _____17-15603-JKS_____

Judge: _____Sherwood_____

Chapter: _____11_____

Recommended Local Form:　☐ Followed　　☑ Modified

# ORDER AUTHORIZING
# RETENTION OF ___Thaddeus R. Maciag, Esq.___

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 2, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

In re:     Mark A. Andreottis II

Case No.:   17-15603-JKS

Applicant:   Thaddeus R. Maciag, Esq.

(check all that apply)  ☐ Trustee:   ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☑ Debtor:   ☑ Chap. 11   ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:   Thaddeus R. Maciag, Esq.

Address of Professional:   Maciag Law, LLC

475 Wall Street

Princeton, N.J. 08540

Phone: 908-704-8800

☑ Attorney for (check all that apply):
- ☐ Trustee   ☑ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Accountant for:
- ☐ Trustee   ☐ Debtor-in-Possession
- ☐ Official Committee of _____

☐ Other Professional:
- ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
- ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the conversion date to chapter 11.

*Rev. 6/1/06; jml*