UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908)704-8800
Attorney for the Debtor-in-Possession

**Order Filed on August 2, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mark A. Andreottis II,

Debtor-in-Possession.

Case No.: _____17-15603-JKS_____

Judge: _____Sherwood_____

Chapter: _____11_____

Recommended Local Form:    ☐ Followed    ☑ Modified

**ORDER AUTHORIZING
RETENTION OF** __Thaddeus R. Maciag, Esq.__

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 2, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

In re:        Mark A. Andreottis II_____

Case No.:   17-15603-JKS_____

Applicant:  Thaddeus R. Maciag, Esq._____

(check all that apply)   ☐ Trustee:    ☐ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

☑ Debtor:    ☑ Chap. 11        ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:        Thaddeus R. Maciag, Esq._____

Address of Professional:     Maciag Law, LLC_____

                             475 Wall Street_____

                             Princeton, N.J. 08540_____

                             Phone: 908-704-8800_____

☑ Attorney for (check all that apply):

   ☐ Trustee    ☑ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Accountant for:

   ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Other Professional:

   ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

   ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.   The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the conversion date to chapter 11.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                               Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 1                  Date Rcvd: Aug 02, 2017
                              Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.
db              +Mark Anthony Andreottis, II,    101 St. Clair Ct.,    Princeton, NJ 08540-7345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen     on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Murphy    Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Thaddeus R. Maciag    on behalf of Debtor Mark Anthony Andreottis, II MaciagLaw1@aol.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
                                                                                             TOTAL: 8