**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey  08540
(908)704-8800
Attorney for the Debtor-in-Possession

In re:

    Mark A. Andreottis II,

        Debtor.

Case No.: 17-15603-JKS

Chapter 11 Reorganization
Judge:  Hon. John K. Sherwood

## NOTICE OF NEW DATE
## FOR CHAPTER 11 341(a) MEETING OF CREDITORS

       TAKE NOTICE that the Chapter 11 341(a) Meeting of Creditors in this case, previously scheduled for August 9, 2017 at 1:00pm, has been re-scheduled to a new date: **August 30, 2017, at 1:00pm**, to be held at the Offices of the United States Trustee, 14 th Floor, One Newark Center, Newark, N.J.  07102.

          MACIAG LAW, LLC

          /s/ Thaddeus R. Maciag
          Thaddeus R. Maciag, Esq.
          Attorney for the Debtor-in-Possession

Date:  August 22, 2017