| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Thaddeus R. Maciag, Esq.<br>MACIAG LAW, LLC<br>475 Wall Street<br>Princeton, New Jersey 08540<br>(908)704-8800<br>Attorney for the Debtor-in-Possession | |
| In re:<br><br>  Mark Anthony Andreottis II,<br><br>                    Debtor-in-Possession . | Case No.: 17-15603-JKS<br><br>Chapter 13<br>Judge:  Hon. John K. Sherwood<br>Hearing Date : 9/12/2017, 10:00am |

# DEBTORS' RESPONSE TO
# THE MOTION BY NEW JERSEY TITLE INSURANCE COMPANY
# TO EXTEND TIME
# TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY

1. This will confirm that the Debtor-in-Possession has no objection to the Motion by New Jersey Title Insurance Company ("NJTIC") to Extend Time to File Complaint to Determine Dischargeability.

2. The Debtor's lack of objection is provided that the Order to be entered is consistent with the Proposed Form of Order as submitted with the Motion, at Pacer docket item number 65-4, which extends time to January 31, 2018, and which reserves NJTIC's right to request further extensions. The Debtor in turn reserves his right to object to any future extension requests, but given the present status of the case has no objection to the movant's request to enter the proposed form of order extending time through January 31, 2018.

                              Respectfully submitted,

                              MACIAG LAW, LLC

                                /s/Thaddeus R. Maciag
                              Thaddeus R. Maciag, Esq.
Date: September 5, 2017       Attorney for the Debtor-in-Possession