UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

M. Murphy Durkin, Esq. (NJ Attorney ID 005791994)
Durkin & Durkin, LLC
1120 Bloomfield Avenue
West Caldwell, NJ 07007
P: 973-244-9969
F: 973-227-4676
E: mdurkin@durkinlawfirm.com

Attorney for Creditor, Kearny Bank

In Re:

Mark Anthony Andreottis, II

| | |
|---|---|
| Case No.: | 17-15603 |
| Adv. No.: | |
| Chapter: | 13 |
| Hearing Date: | 09/12/2017 |
| Judge: | Hon. J. K. Sherwood |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____ M. Murphy Durkin _____,

   ☒ am the attorney for: _____ Kearny Bank _____

   ☐ am self-represented

   Phone number: _____ 973-244-9969 _____

   Email address: _____ mdurkin@durkinlawfirm.com _____

2. I request an adjournment of the following hearing:

   Matter: _____ Notice of Motion for Relief from the Automatic Stay _____

   Current hearing date and time: _____ 09/12/2017 at 10:00am _____

   New date requested: _____ 09/28/2017 _____

   Reason for adjournment request: Anticipation of entering into a Consent Order.

3.    I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.    Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: 09/11/2017 _____            _____
                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐  Granted            New hearing date: _____      ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____      ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*

2