UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
By: William J. Levant, Esquire (020151988)
1800 Chapel Avenue West, Suite 320
Cherry Hill, NJ 08002
(856) 675-1550
(856) 675-1551 – Telecopier
wlevant@kaplaw.com
Attorneys for New Jersey Title Insurance Company

Order Filed on September 13, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

**MARK A. ANDREOTTIS, II**

Case No.:       17-15603
Chapter:        11
Hearing Date:   September 12, 2017
Judge:          Sherwood

## ORDER GRANTING EXTENSION of TIME to FILE COMPLAINT TO DETERMINE DISCHARGEABILITY or to OBJECT to DISCHARGE

The relief set forth on the following pages, numbered two (2) through (2) is **ORDERED**.

**DATED: September 13, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

In re: Mark A. Andreottis, II
Case No. 17-15603 (JKS)
Order on Motion of New Jersey Title Insurance Company
 To Extend Time to File Complaint to Determine Dischargeability
  And to Object to Discharge
Page 2 of 2

---

The Court having reviewed the Motion of New Jersey Title Insurance Company to Extend Time to File Complaint to Determine Dischargeability, and to Extend Time to File Complaint Objecting to Discharge, and any related responses or objections, it is hereby **ORDERED** that:

1. The time within which New Jersey Title Insurance Company may file a Complaint to Determine Dischargeability pursuant to 11 U.S.C. § 523(c) and B.R. 4009 is hereby **EXTENDED** to 11:59 PM, Wednesday, January 31, 2018; and

2. The time within which New Jersey Title Insurance Company may file a Complaint Objecting to Discharge pursuant to 11 U.S.C. §727 and B.R. 4004 is hereby **EXTENDED** to 11:59 PM, Wednesday, January 31, 2018 (if the deadline set in the normal course is earlier than that); and

3. These extensions are without prejudice to the right of NJTIC to request one or more further extensions, upon a showing of sufficient cause.