UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Mark Anthony Andreottis, II
aka Mark Andreotti
dba Praetorian Investor Svcs,

   Debtor.
_____/

CASE NO.: 17-15603-JKS
CHAPTER 11

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of OCWEN LOAN SERVICING LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

        Robertson, Anschutz & Schneid, P.L.
        Authorized Agent for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-997-6909
        By: /s/Miriam Rosenblatt
        Miriam Rosenblatt, Esquire
        Email: mrosenblatt@rasflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

THADDEUS R. MACIAG, ESQ.
MACIAG LAW, LLC
475 WALL STREET
PRINCETON, NJ  08540

MARK ANTHONY ANDREOTTIS, II
AKA MARK ANDREOTTI
DBA PRAETORIAN INVESTOR SVCS
101 ST. CLAIR CT.
PRINCETON, NJ  08540

U.S. TRUSTEE.
US DEPT OF JUSTICE,
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Miriam Rosenblatt
Miriam Rosenblatt, Esquire
Email: mrosenblatt@rasflaw.com