| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**<br>By: William J. Levant, Esquire (020151988)<br>1800 Chapel Avenue West, Suite 320<br>Cherry Hill, NJ 08002<br>(856) 675-1550<br>(856) 675-1551 – Telecopier<br>wlevant@kaplaw.com<br>Attorneys for New Jersey Title Insurance Company | Order Filed on September 13, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>**MARK A. ANDREOTTIS, II** | Case No.:       17-15603<br>Chapter:        11<br>Hearing Date:  September 12, 2017<br>Judge:          Sherwood |

**ORDER GRANTING EXTENSION of TIME to FILE COMPLAINT
TO DETERMINE DISCHARGEABILITY or to OBJECT to DISCHARGE**

The relief set forth on the following pages, numbered two (2) through (2) is **ORDERED**.

**DATED: September 13, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

In re: Mark A. Andreottis, II
Case No. 17-15603 (JKS)
Order on Motion of New Jersey Title Insurance Company
  To Extend Time to File Complaint to Determine Dischargeability
    And to Object to Discharge
Page 2 of 2

---

The Court having reviewed the Motion of New Jersey Title Insurance Company to Extend Time to File Complaint to Determine Dischargeability, and to Extend Time to File Complaint Objecting to Discharge, and any related responses or objections, it is hereby **ORDERED** that:

1. The time within which New Jersey Title Insurance Company may file a Complaint to Determine Dischargeability pursuant to 11 U.S.C. § 523(c) and B.R. 4009 is hereby **EXTENDED** to 11:59 PM, Wednesday, January 31, 2018; and

2. The time within which New Jersey Title Insurance Company may file a Complaint Objecting to Discharge pursuant to 11 U.S.C. §727 and B.R. 4004 is hereby **EXTENDED** to 11:59 PM, Wednesday, January 31, 2018 (if the deadline set in the normal course is earlier than that); and

3. These extensions are without prejudice to the right of NJTIC to request one or more further extensions, upon a showing of sufficient cause.

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Anthony Andreottis, II  
    Debtor

Case No. 17-15603-JKS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 13, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.  
db          +Mark Anthony Andreottis, II,    101 St. Clair Ct.,    Princeton, NJ 08540-7345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:  
        Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com  
        Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee. michael.a.artis@usdoj.gov  
        Michael Frederick Dingerdissen    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com  
        Murphy Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com  
        Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com  
        Thaddeus R. Maciag    on behalf of Debtor Mark Anthony Andreottis, II MaciagLaw1@aol.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
        William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company     efile.wjl@kaplaw.com  
                                                              TOTAL: 9