**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

793894
**PHELAN HALLINAN DIAMOND & JONES, PC**
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
**Attorneys for Ditech Financial LLC**

In Re:

MARK ANTHONY ANDREOTTIS, II A/K/A MARK ANDREOTTI D/B/A PRAETORIAN INVESTOR SVCS

Case No: 17-15603 - JKS

Judge: John K. Sherwood

Chapter: 11

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Phelan Hallinan Diamond & Jones, PC, will be substituted as attorney of record for secured creditor DITECH FINANCIAL LLC in this case.[1]

Date: 8/23/2017

/s/ Michael Dingerdissen
Michael Dingerdissen, Esq.

Date: 9/11/2017

/s/ Andrew Spivack
Andrew Spivack, Esq.
Superseding Attorney
Andrew Spivack, Esq.
Phelan Hallinan & Diamond, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 1566
Fax: 856-813-5501
Email:
andrew.spivack@phelanhallinan.com

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>793894<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>**Attorneys for Ditech Financial LLC** | |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II A/K/A MARK ANDREOTTI D/B/A PRAETORIAN INVESTOR SVCS | Case No: 17-15603 - JKS<br><br>Hearing Date: n/a<br><br>Judge: John K. Sherwood<br><br>Chapter: 11 |

## CERTIFICATION OF SERVICE

1. I, Boris Zavertailo:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents DITECH FINANCIAL LLC in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 11, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 11, 2017            /s/ *BORIS ZAVERTAILO*
                                                       BORIS ZAVERTAILO

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MARK ANDREOTTI<br>573 BERGEN STREET, NEWARK, NJ 07108-1909 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| PRO SE | Debtor's attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| MARIE-ANN GREENBERG, Trustee<br>30 TWO BRIDGES ROAD, SUITE 330 FAIRFIELD, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2