UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtor-in-Possession

| | |
|---|---|
| In Re: | Case No.: ___17-15603-JKS___ |
| Mark A. Andreottis II, | Chapter: _____11_____ |
| Debtors-in-Possession | Hearing Date: _9/26/2017, 10am_ |
| | Judge: ___Sherwood___ |

**ADJOURNMENT REQUEST**

1.    I, _Thaddeus R. Maciag Esq._____ ,

☒    am the attorney for: _Debtor-in-Possession_____ ,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _Kearny Bank Stay-Lift Motion_____

Current hearing date and time: _9/26/2017, 10:00am_____

New date requested: _10/10/2017, 10:00am_____

Reason for adjournment request: _Negotiating re anticipated consent order; Service issue__

_____

2.    Consent to adjournment:

☒  I have the consent of all parties.    ☐  I do not have the consent of all parties  (explain below):

Murphy Durkin Esq, attorney for the movant, consents to this Adjournment

I certify under penalty of perjury that the foregoing is true.

Date: _9/22/2017_____            _/s/ Thaddeus R. Maciag_____
                                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: __10/10/2017, 10:00am____          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

*new.8/1/15*