UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with .N.J. LBR 9004-2(c)

DURKIN & DURKIN, LLC
By: M. Murphy Durkin   Atty. ID: MMD1214
1120 Bloomfield Ave., P.O. Box 1289
West Caldwell, NJ 07007
Email: mdurkin@durkinlawfirm.com
(973) 244-9969
Attorneys for: Kearny Bank (3394-122)

IN RE:

    MARK A. ANDREOTTIS, II

Case NO.: 17-15603-JKS
Chapter 11

Hearing Date: October 10, 2017
Time: 10:00 A.M.

Judge: Hon. John K. Sherwood, U.S.B.J.

## AMENDED CERTIFICATION OF SERVICE

1. I, M. Murphy Durkin, Esq., represent the Movant, Kearny Federal Savings Bank, now known as Kearny Bank, in the above-captioned matter.

2. On August 15, 2017, a copy of the following pleadings and/or documents were remitted to the parties listed in the chart below:

- Notice of Motion for Relief of Automatic Stay;
- Certification of Secured Creditor in support thereof, with exhibits;
- Proposed form of Order; and
- Certification of Service.

| Name & Address if Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Maciag Law, LLC<br>475 Wall Street<br>Princeton, NJ 08540 | Debtor's Attorney | Notice of Electronic Filing & Regular Mail |
| U.S. Trustee<br>US Dept. of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | U.S. Trustee | Notice of Electronic Filing & Regular Mail |
| Mark Anthony Andreottis, II<br>a/k/a Mark A. Andreotti<br>101 St. Clair Ct.<br>Princeton, NJ 08540 | Debtor | Regular Mail |

| | | |
|---|---|---|
| KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue, Suite 206<br>Westmont, NJ 08108 | Ditech Financial LLC fka Green Tree Servicing LLC's Attorneys | Notice of Electronic Filing. |
| Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054 | Ditech Financial LLC's attorney | Notice of Electronic Filing |
| Kaplin Stewart Meloff Reiter & Stein PC<br>1800 Chapel Avenue, Suite 320<br>Cherry Hill, NJ 08002 | New Jersey Title Insurance Company's Attorney | Notice of Electronic Filing |

3.  On September 27, 2017, a copy of the following pleadings and/or documents were remitted to the parties listed in the chart below:

- Notice of Motion for Relief of Automatic Stay;
- Certification of Secured Creditor in support thereof, with exhibits;
- Proposed form of Order; and
- Certification of Service.

| Name & Address if Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Ocwen Loan Servicing LLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Creditor | Regular Mail |
| Ditech Financial<br>1100 Virginia Dr. #100A<br>Port Washington, PA 19034 | Creditor | Regular Mail |
| Ditech Financial LLC fka Green Tree Servicing<br>P.O. Box 6154<br>Rapid City, South Dakota 57709 | Creditor | Regular Mail |
| Fidelity National Title Insurance Company<br>2533 N 117th Avenue<br>Omaha, NE 68164 | Creditor | Regular Mail |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Creditor | Regular Mail |
| New Jersey Title Insurance Company<br>2001 Route 46, Suite 310<br>Parsippany, NJ 07054 | Creditor | Regular Mail |

| | | |
|---|---|---|
| US Bankruptcy Court<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 | Creditor | Regular Mail |
| Ocwen<br>P.O. Box 24646<br>W. Palm Beach, FL 33416 | Creditor | Regular Mail |
| PNC Bank<br>1 PNC Plaza<br>249 5th Avenue<br>Pittsburgh, PA 15222 | Creditor | Regular Mail |
| US Department of Education<br>PO Box 16448<br>St. Paul, MN 55116 | Creditor | Regular Mail |
| Verizon<br>By American InfoSource LP as Agent<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118 | Creditor | Regular Mail |
| McCabe Weisberg & Conway, PC<br>2126 Haddon Avenue, Suite 600<br>Westmont, NJ 08108 | Ditech Financial's Attorney | Notice of Electronic Filing & Regular Mail |
| Robertson, Anschutz & Scheid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Ocwen Loan Servicing LLC's Attorney | Notice of Electronic Filing & Regular Mail |

4.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DURKIN & DURKIN, LLC

By: /s/ M. Murphy Durkin
M. Murphy Durkin, Esq.

Dated: September 27, 2017