UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtor-in-Possession

In Re:

   Mark A. Andreottis II,

         Debtors-in-Possession

Case No.:     17-15603-JKS

Chapter:     11

Hearing Date:   10/24/2017, 10am

Judge:     Sherwood

## ADJOURNMENT REQUEST

1. I, Thaddeus R. Maciag Esq. ,

   ☒ am the attorney for: Debtor-in-Possession ,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Kearny Bank Stay-Lift Motion

   Current hearing date and time: 10/24/2017, 10:00am

   New date requested: 11/14/2017, 10:00am

   Reason for adjournment request: parties and U.S. Trustee are reviewing next steps, in light of of recent developments

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 9/22/2017                                /s/ Thaddeus R. Maciag
                                                       Signature

*new.8/1/15*

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted           New hearing date: __11/14/2017, 10:00am__           ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____           ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2