UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3
Michael A. Artis, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail: Michael.A.Artis@usdoj.gov

In Re:

Mark Anthony Andreottis, II,

Debtor.

FILED
JEANNE A. NAUGHTON, CLERK
OCT 24 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 17-15603 JKS

Chapter: 11

Judge: John K. Sherwood

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

10/24/17  _____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

After review of the application of ___the Acting United States Trustee___ for the reduction of time for a hearing on _the Motion of the Acting United States Trustee for an Order converting case or, in the alternative, dismissing case._ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___October 31, 2017___ at __10:00 a.m.__ in the United States Bankruptcy Court, ___50 Walnut Street, Newark, New Jersey___. Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Debtor, Debtor's Counsel and Secured Creditors_

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _all parties that have filed a Notice of Appearance_

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☐ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Debtor's counsel_

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev. 2/1/16*