UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MACIAG LAW, LLC
Thaddeus R. Maciag, Esq.
475 Wall Street
Princeton, New Jersey 08540
(908)704-8800
Attorney for the Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 24 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

Mark Anthony Andreottis II,

Debtor.

Case No.: 17-15603-JKS

Chapter: 11

Judge: Sherwood

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

10/24/17

HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY COURT

After review of the application of  Thaddeus R. Maciag Esq, Maciag Law LLC  for the reduction of time for a hearing on  Motion to Withdraw as Counsel  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  October 31, 2017  at 10:00 a.m. in the United States Bankruptcy Court,  50 Walnut Street, Newark, New Jersey 07102 , Courtroom No.  3D .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Debtor, Debtor's Counsel and Secured Creditors

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: all parties that have filed a Notice of Appearance

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within  1  day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Debtor

☐ on the same day as the date of this Order, or

☒ within  1  day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev. 2/1/16*