| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail: michael.a.artis@usdoj.gov | |
| In Re:<br><br>Mark Anthony Andreottis, II,<br><br>Debtor(s). | Case No.:        17-15603 (JKS)<br><br>Chapter 11<br><br>Hearing Date:    October 31, 2017 at 10 a.m.<br><br>Judge:            John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, Tina Oppelt:

    ☐ represent _____ in the this matter.

    ☒ am the paralegal for Michael A. Artis, Esq., who represents Andrew R. Vara, Acting United States Trustee for Region 3 in this matter.

2. On October 25, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - (i) The Order and Application Shortening Time Period, Limiting Notice and Setting Hearing; (ii) the The Motion by the Acting United States Trustee for an Order Converting the Case to Chapter 7 or, in the alternative, Dismissing the Case Pursuant to 11 U.S.C. §1112 and supporting documents; and (iii) the Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 25, 2017                                          /s/ Tina Oppelt
                                                                Tina Oppelt
                                                                Paralegal

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Mark Anthony Andreottis, II<br>101 St. Clair Ct.<br>Princeton, NJ 08540 | Debtor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ***Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Thaddeus R. Maciag<br>Maciag Law, LLC<br>475 Wall Street<br>Princeton, NJ 08540<br>MaciagLaw1@aol.com | Debtor's Counsel | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ***Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McCabe Weisberg & Conway, PC<br>216 Haddon Avenue, Suite 600<br>Westmont, NJ 08108 | Counsel for Creditor, Ditech Financial | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ***Federal Express***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Frederick Dingerdissen<br>Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond, et al.<br>400 Fellowship Road<br>Suite 100<br>Mt Laurel, NJ 08054<br>nj.bkecf@fedphe.com | Counsel for Creditor, Ditech Financial, LLC | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ***E-Mail***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>Sentry Office Plaza<br>216 Haddon Avenue, Suite 206<br>Westmont, NJ 08108<br>dcarlon@kmllawgroup.com | Counsel for Creditor, Ditech Financial, LLC *fka* Green Tree Servicing LLC | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other ***E-Mail***<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Murphy Durkin, Esq.<br>Durkin & Durkin<br>1120 Bloomfield Avenue<br>West Caldwell, NJ 07007<br>maresta@durkinlawfirm.com | Counsel for Creditor, Kearny Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *__E-Mail and Federal Express__*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William J. Levant, Esq.<br>Kaplin Stewart Meloff, et al.<br>1800 Chapel Avenue, Suite 320<br>Cherry Hill, NJ 08002<br>efile.wjl@kaplaw.com | Counsel for Creditor, New Jersey Title Insurance Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *__E-Mail__*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ditech Financial<br>1100 Virginia Drive, Unit 100<br>Ft. Washington, PA 19034 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *__Federal Express__*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Miriam Rosenblatt, Esq.<br>Robertson, Anschutz, et al.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487 | Counsel for Secured Creditor, OCWEN | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *__Federal Express__*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank<br>249 Fifth Avenue<br>Pittsburgh, PA 15222 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *__Federal Express__*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*