| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Thaddeus R. Maciag, Esq.<br>MACIAG LAW, LLC<br>475 Wall Street<br>Princeton, New Jersey 08540<br>(908) 704-8800<br>Attorney for the Debtor-in-Possession | |
| In re:<br><br>   Mark Anthony Andreottis II,<br><br>                 Debtor-in-Possession . | Case No.: 17-15603-JKS<br><br>Chapter 13<br>Judge: Hon. John K. Sherwood<br>Hearing Date: 10/31/2017, 10:00am |

# DEBTORS' RESPONSE
# TO
# U.S. TRUSTEE'S SHORT-NOTICE MOTION TO CONVERT OR DISMISS

Thaddeus R. Maciag, of full age, certifies and says:

1. I am attorney for the Debtor-in-Possession in the within matter, and as such am familiar with the facts of this Certification.

2. I here file this Certification on behalf of the Debtor, in response to the short-notice Motion to Convert or Dismiss filed by the Office of United States Trustee.

3. In telephone calls to me from his present place of incarceration, the Debtor has asked me to convey to this Court that he now has a bail hearing on for November 1, 2017 and that, if released on bail, he is 100% confident that he can complete all outstanding Monthly Operating Reports, and get all missing Tax Returns completed and filed, within seven to ten days.

4. The Debtor accordingly asks that the U.S. Trustee's Motion to Convert or Dismiss either be denied, or be continued to a subsequent date 7 to14 days later, or in the alternative that the effective date of any Order to Convert or Order to Dismiss be stayed until after the result of the Debtor's November 1, 2017 hearing is known and then, if he is indeed released on bail pending his January 2018 sentencing or until his criminal conviction appeals are concluded, that the convert or dismiss hearing be re-calendared upon is being granted bail.

    Respectfully submitted,

    MACIAG LAW, LLC

    /s/ Thaddeus R. Maciag
    Thaddeus R. Maciag, Esq.
Date: October 30, 2017    Attorney for the Debtor-in-Possession