UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Meaghan Tuohey
10 Tilt Street
Haledon, NJ 07508
973-423-5548
Attorney for Creditor
811 Willow Ave. Condo. Association

In Re:

Mark A. Andreottis II

Case No.: 17-15603

Chapter: 11

Judge: JKS

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of 11 Willow Ave. Condo. Ass. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Law Office of Meaghan Tuohey
10 Tilt Street
Haledon, NJ 07508
973-423-5548
meaghan@2eklaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 11/1/2017

/s/ Meaghan Tuohey
Signature

new.8/1/15