| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email:  Michael.A.Artis@usdoj.gov | **Order Filed on November 1, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Mark Anthony Andreottis, II,<br><br>Debtor. | Case No.: 17-15603 (JKS)<br><br>Chapter 11<br><br>Hearing Date:<br><br>Judge:  John K. Sherwood |

## ORDER CONVERTING CHAPTER 11 CASE

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

......

**DATED: November 1, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Mark Anthony Andreottis, II

Chapter 11 Case No.: 17-15603 (JKS)

**Order Converting Chapter 11 Case**

---

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the debtor, his counsel, and parties in interest, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Mark Anthony Andreottis, II, Case No.: 17-15603 (JKS), is converted to a case under Chapter 7.