**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey  08540
(908) 704-8800
Attorney for the Debtor

Order Filed on November 1, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

    Mark Anthony Andreottis II,

                Debtor.

Case No.: 17-15603-JKS
Chapter 11
Judge:  Hon. John K. Sherwood
Hearing Date :

# ORDER
## AUTHORIZING THADDEUS R. MACIAG ESQ.
## AND MACIAG LAW LLC TO WITHDRAW AS COUNSEL
## TO THE DEBTOR

      The relief set forth on the following page(s), numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: November 1, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**"In re Mark Anthony Andreottis, II"**
**Case # 17-15603-JKS**
**ORDER AUTHORIZING THADDEUS R. MACIAG ESQ.**
**AND MACIAG LAW LLC TO WITHDRAW AS COUNSEL**
**TO THE DEBTOR**

Upon consideration of the application of Maciag Law LLC (Thaddeus R. Maciag, Esq. appearing) on notice under Fed. R. Bankr. P. 9006(c)(1), and this Court having considered the papers and argument presented, and for good cause shown, it is   on this _____ day of October 2017, ORDERED:

**(1)**    that Thaddeus R. Maciag, Esq. and the law firm Maciag Law LLC, be and hereby are authorized to withdraw as counsel to the Debtor in the within matter, and it is further ordered

**(2)**    that Thaddeus R. Maciag, Esq. and Maciag Law LLC are hereby relieved as counsel for Mark Anthony Andreottits II in this proceeding, effective upon the entry of the within Order; and it is further ordered

**(3)**    that said attorney may file a Final Application for Compensation and Reimbursement of Expenses in this case on or before forty-five (45) days from the date of entry of this Order; and it is further ordered

**(4)**    that true copies of this Order shall be served upon all parties within three (3) days of the entry of this Order.

#    #    #