UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908)704-8800
Attorney for the Debtor-in-Possession

In Re:

  Mark Anthony Andreottis, II,

            Debtor-in-Possession.

Case No.:    17-15603-JKS

Chapter:    11

Adv. No.:    _____

Hearing Date:    10/31/2017, 10:00am

Judge:    Sherwood

# CERTIFICATION OF SERVICE

1. I, _____Mary Pixley_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Maciag Law LLC_____, who represents _____Debtor-in-Possession_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____11/01/2017_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Authorizing Thaddeus R. Maciag Esq. and Maciag Law LLC to Withdraw as Counsel to the Debtor

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  11/01/2017                         /s/ Mary Pixley
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark Anthony Andreottis<br>101 St. Clair Court<br>Princeton, NJ 08540 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Essex County Correctional Center<br>Mark Anthony Andreottis II,<br>aka Mark A. Andreotti<br>Inmate<br>354 Doremus Avenue<br>Newark, NJ 07105 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ditech Financial<br>1100 Virginia Dr. #100A<br>Port Washington, PA 19034 | secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ditech Financial LLC<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other o_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OCWEN<br>P.O. Box 24646<br>W. Palm Beach, FL 33416 | secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PNC Bank<br>1 PNC Plaza<br>249 5th Ave<br>Pittsburgh, PA 15222 | secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _overnight express mail_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kearny Bank<br>120 Passaic Ave<br>Fairfield, NJ 07004 | secured creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _overnight express mail_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael A. Artis, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | attorney for U.S. Trustee (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email and ecf_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon, Esq.<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 206<br>Westmont, NJ 08108 | attorney for Ditech Financial (filed Notice of Appearance)) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email and ecf_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Murphy Durkin, Esq.<br>Durkin & Durkin<br>1120 Bloomfield Avenue<br>West Caldwell, NJ 07007 | attorney for Kearny Bank (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _Email and ecf_<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alexandra T. Garcia, Esq.<br>McCabe Weisberg & Conway<br>216 Haddon Avenue<br>Suite 303<br>Westmont, NJ 08108 | attorney for Ditech Financial (filed notice of appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email and ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William J. Levant, Esq.<br>Kaplin Stewart Meloff Reiter & Stein<br>1800 Chapel Avenue, Suite 320<br>Cherry Hill, NJ 08002 | attorney for N.J. Metropolitan Insurance Co. (filed notice of appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email and ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Suite 100<br>Mt Laurel, NJ 08054 | attorney for Ditech Financial LLC (filed notice of appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email and ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Miriam Rosenblatt, Esq.<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue<br>Ste 100<br>Boca Raton, FL 33487 | attorney for Ocwen Loan Servicing (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email and ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew L. Spivack, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Suite 100<br>Mt. Laurel, NJ 08054 | attorney for Ditech Financial LLC (filed notice of appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email and ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Irene Mecky, Esq.<br>Attorney at Law<br>115 Willowbrook Blvd.<br>Suite 420<br>Wayne, NJ 07470 | attorney for Melissa Andreottis (as directed by the Court) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Meaghan Tuohey, Esq.<br>10 Tilt Street<br>Haledon, N.J. 07508 | attorney for 811 Willow Ave. Condo Association (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email and ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email and ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email and ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email and ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*