UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| Mark Anthony Andreottis, II | : | CASE NO.: 17-15603 (JKS) |
| | : | |
| Debtor | : | |
| _____: | | |

Charles M. Forman, Esq.
Forman Holt
66 Route 17 North
Paramus, NJ 07652

## NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee hereby appoints Charles M. Forman, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate. If he cannot qualify, the trustee is required to notify the United States Trustee in writing within five (5) days of receipt of this notice of rejection of this appointment.

                    ANDREW R. VARA
                    ACTING UNITED STATES TRUSTEE
                    REGION 3

By:   */s/ Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

Dated: November 2, 2017