UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone: (201) 845-1000
Facsimile: (201) 665-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch
klynch@formanlaw.com

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,

Debtor.

Chapter: 7

Case No.: 17-15603 (JKS)

Judge: John K. Sherwood

## CERTIFICATION OF SERVICE

1. I, Kathryn Anema:

    ☐ represent the_____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Kim R. Lynch, who represents the Trustee in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 2, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Application for Retention of Formanlaw LLC d/b/a Forman Holt as Attorneys for Trustee;
    Certification of Kim R. Lynch in Support; and
    Proposed Form of Order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   November 3, 2017          */s/ Kathryn Anema*
                                    Kathryn Anema

F0007290 - 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee | US Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Mark Anthony Andreottis, II<br>101 St. Clair Court<br>Princeton, NJ 08540 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Thaddeus Maciag, Esq.<br>Maciag Law, LLC<br>475 Wall Street<br>Princeton, NJ 08540 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| M. Murphy Durkin, Esq.<br>Durkin & Durkin LLC<br>1120 Bloomfield Avenue<br>P.O. Box 1289<br>West Caldwell, NJ 07007 | Attorney for Kearny Bank – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Alexandra T. Garcia, Esq.<br>McCabe, Weisberg & Conway, P.C.<br>216 Haddon avenue, Suite 201<br>Westmont, NJ 08108 | Attorneys for Ditech Financial LLC – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Michael Dingerdissen, Esq.<br>Phelan Hallinan, Diamond & Jones, PC<br>400 Fellowship Road, suite 100<br>Mt. Laurel, NJ 08054 | Attorneys for Ditech Financial LLC – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

| Denise Carlon, Esq.<br>Brian C. Nichols, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorneys for Ditech Financial LLC fka Green Tree Servicing LLC | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
|---|---|---|
| Miriam Rosenblatt, Esq.<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487 | Attorneys for Ocwen Loan Servicing LLC – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Meaghan Tuohey, Esq.<br>Law Office of Meaghan Tuohey<br>10 Tilt Street<br>Haledon, NJ 07508 | Attorney for Willow Ave Condo Association – Notice of Appearance | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |