UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

**Order Filed on November 1, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mark Anthony Andreottis, II,

Debtor.

Case No.: 17-15603 (JKS)

Chapter 11

Hearing Date:

Judge: John K. Sherwood

## ORDER CONVERTING CHAPTER 11 CASE

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

......

**DATED: November 1, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Mark Anthony Andreottis, II

Chapter 11 Case No.: 17-15603 (JKS)

**Order Converting Chapter 11 Case**

_____

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the debtor, his counsel, and parties in interest, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Mark Anthony Andreottis, II, Case No.: 17-15603 (JKS), is converted to a case under Chapter 7.

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Anthony Andreottis, II  
    Debtor

Case No. 17-15603-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 01, 2017  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.  
db          +Mark Anthony Andreottis, II,    101 St. Clair Ct.,    Princeton, NJ 08540-7345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:  
       Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com  
       Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,  
         G19176@notify.cincompass.com  
       Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
       Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,  
         mrosenblatt@rasflaw.com  
       Murphy Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com  
       Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com  
       Thaddeus R. Maciag    on behalf of Attorney    Maciag Law, LLC MaciagLaw1@aol.com  
       Thaddeus R. Maciag    on behalf of Debtor Mark Anthony Andreottis, II MaciagLaw1@aol.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company  
         efile.wjl@kaplaw.com  
                                                                                TOTAL: 12