| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Thaddeus R. Maciag, Esq.<br>MACIAG LAW, LLC<br>475 Wall Street<br>Princeton, New Jersey  08540<br>(908) 704-8800<br>Attorney for the Debtor | Order Filed on November 1, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>    Mark Anthony Andreottis II,<br><br>                                        Debtor. | Case No.: 17-15603-JKS<br>Chapter 11<br>Judge:  Hon. John K. Sherwood<br>Hearing Date : |

ORDER
AUTHORIZING THADDEUS R. MACIAG ESQ.
AND MACIAG LAW LLC TO WITHDRAW AS COUNSEL
TO THE DEBTOR

The relief set forth on the following page(s), numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: November 1, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

"In re Mark Anthony Andreottis, II"
Case # 17-15603-JKS
ORDER AUTHORIZING THADDEUS R. MACIAG ESQ.
AND MACIAG LAW LLC TO WITHDRAW AS COUNSEL
TO THE DEBTOR

Upon consideration of the application of Maciag Law LLC (Thaddeus R. Maciag, Esq. appearing) on notice under Fed. R. Bankr. P. 9006(c)(1), and this Court having considered the papers and argument presented, and for good cause shown, it is on this _____ day of October 2017, ORDERED:

**(1)** that Thaddeus R. Maciag, Esq. and the law firm Maciag Law LLC, be and hereby are authorized to withdraw as counsel to the Debtor in the within matter, and it is further ordered

**(2)** that Thaddeus R. Maciag, Esq. and Maciag Law LLC are hereby relieved as counsel for Mark Anthony Andreottits II in this proceeding, effective upon the entry of the within Order; and it is further ordered

**(3)** that said attorney may file a Final Application for Compensation and Reimbursement of Expenses in this case on or before forty-five (45) days from the date of entry of this Order; and it is further ordered

**(4)** that true copies of this Order shall be served upon all parties within three (3) days of the entry of this Order.

#    #    #

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                                             Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 01, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db              +Mark Anthony Andreottis, II,    101 St. Clair Ct.,    Princeton, NJ 08540-7345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Murphy Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Thaddeus R. Maciag    on behalf of Attorney    Maciag Law, LLC MaciagLaw1@aol.com
              Thaddeus R. Maciag    on behalf of Debtor Mark Anthony Andreottis, II MaciagLaw1@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
                                                                                              TOTAL: 12