UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Cooke & Santomauro, P.C.
3 University Plaza
Suite 207
Hackensack, NJ 07601
(201) 488-1030
Kevin P. Cooke, Esq. (ID# 029061982)
Attorney for Mark A. Andreottis, II, a/k/a Mark A. Andreotti, in the pending matrimonial case, Andreotti v. Andreotti, under Docket No. BER DC-1010-17

In Re:
Mark A. Andreottis, II

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2017 NOV -6   P 2: 21
JEANNE A. NAUGHTON
BY: M Gonzalez
DEPUTY CLERK

Case No.: 17-15603-JKS
Chapter: 7
Judge: Sherwood

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Mark A. Andreottis, II</u>. Request is made that he documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Mark A. Andreottis, II a/k/a Mark A. Andreotti
c/o Kevin P. Cooke, Esq.,
Cooke & Santomauro, P.C.  3 University Plaza, Suite 207
Hackensack, NJ 07601
201-488-1030
kpcesq@yahoo.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 11/03/17

_____
Kevin P. Cooke

*new.8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Cooke & Santomauro, P.C.<br>3 University Plaza<br>Suite 207<br>Hackensack, NJ 07601<br>(201) 488-1030<br>Kevin P. Cooke, Esq. (ID # 029061982)<br>Attorney for Mark A. Andreottis, II, a/k/a Mark A. Andreotti, in the pending matrimonial action, Andreotti v. Andreotti, under Docket No. BER FM-02-1010-17<br><br>In Re:<br><br>Mark A. Andreottis, II | Case No.: __17-15603-JKS__<br><br>Chapter: __7__<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: __Sherwood__ |

## CERTIFICATION OF SERVICE

1. I, _____Kevin P. Cooke_____:

    ☒ represent Mark A. Andreottis, II, a/k/a Mark A. Andreotti, in a pending matrimonial matter in the Bergen County Superior Court, Chancery Division, Family Part. Mark A. Andreottis, II, a/k/a Mark A. Andreotti, is the debtor in the above captioned matter.

    ☐ am the secretary/paralegal for_____, who represents _____ in this matter.

    ☐ am the_____in this case and am representing myself.

2. On November 3, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Appearance
    Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __11/03/17__        _/s/ Kevin P. Cooke_
                          Kevin P. Cooke

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Essex County Correctional Center<br>Mark Anthony Andreottis, II,<br>a/k/a Mark A. Andreotti<br>Inmate<br>354 Doremus Avenue<br>Newark, NJ 07105 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other __Priority mail__<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ditech Financial<br>1100 Virginia Dr., #100A<br>Port Washington, PA 19034 | Secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ditech Financial, LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154 | Secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OCWEN<br>P.O. Box 24646<br>West Palm Beach, FL 33416 | Secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PNC Bank<br>1 PNC Plaza<br>249 5th Ave.<br>Pittsburgh, PA 15222 | Secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kearny Bank<br>120 Passaic Ave.<br>Fairfield, NJ 07004 | Secured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael A. Artis, Esq.<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Attorney for U.S. Trustee (filed Notice of Appearance) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise E. Carlon, Esq.<br>KML Law Group, PC<br>Sentry Office Plaza<br>Suite 206<br>Westmont, NJ 08108 | Attorney for Ditech Financial (filed Notice of Appearance) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Murphy Durkin, Esq.<br>Durkin & Durkin<br>1120 Bloomfield Avenue<br>West Caldwell, NJ 07007 | Attorney for Kearny bank (filed Notice of Appearance) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexandra T. Garcia, Esq.<br>McCabe Weisberg & Conway<br>216 Haddon Avenue<br>Suite 303<br>Westmont, NJ 08108 | Attorney for Ditech Financial (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| William J. Levant, Esq.<br>Kaplin Stewart Meloff Reiter & Stein<br>1800 Chapel Avenue, Suite 320<br>Cherry Hill, NJ 08002 | Attorney for N.J. Metropolitan Insurance Co. (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Suite 100<br>Mt. Laurel, NJ 08054 | Attorney for Ditech Financial LLC (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Miriam Rosenblatt, Esq.<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487 | Attorney for Ocwen Loan Servicing (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew L. Spivack, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Suite 100<br>Mt. Laurel, NJ 08054 | Attorney for Ditech Financial LLC (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Irene Mecky, Esq.<br>115 Willowbrook Blvd.<br>Suite 420<br>Wayne, NJ 07470 | Attorney for Melissa Andreottis (as directed by the Court) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Meaghan Tuohey, Esq.<br>10 Tilt Street<br>Haledon, NJ 07508 | Attorney for 811 Willow Ave. Condo Association (filed Notice of Appearance) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*