| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with .N.J. LBR 9004-2(c) |
| DURKIN & DURKIN, LLC<br>By: M. Murphy Durkin   Atty. ID: MMD1214<br>1120 Bloomfield Ave., P.O. Box 1289<br>West Caldwell, NJ 07007<br>Email: mdurkin@durkinlawfirm.com<br>(973) 244-9969<br>Attorneys for: Kearny Bank (3394-122) |
| IN RE:<br><br>MARK A. ANDREOTTIS, II |

Order Filed on November 15,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

Case NO.: 17-15603-JKS
Chapter 11

Hearing Date: September 5, 2017
Time: 10:00 A.M.

Judge: Hon. John K. Sherwood, U.S.B.J.

## ORDER GRANTING RELIEF FROM § 362 AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**:

DATED: November 15, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Kearny Federal Savings Bank, now known as Kearny Bank, under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362, as to Debtor, **Mark A. Andreottis II, a/k/a Mark A. Andreotti**, as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED,** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following: REAL PROPERTY MORE FULLY DESCRIBED AS:

**150 Sixth Street, Unit 3, Hoboken, New Jersey 07030;** and it is further

**ORDERED,** that the Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

**ORDERED,** that the Movant may join the Debtor and any trustee appointed in this case as defendants in this action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.