UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

**Order Filed on November 16, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,

Debtor.

Chapter:   7

Case No.:  17-15603 (JKS)

Judge:   John K. Sherwood

| Recommended Local Form: | ☒ Followed ☐ Modified |
|---|---|

## ORDER AUTHORIZING RETENTION OF FORMAN HOLT AS ATTORNEYS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 16, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

F0007199 - 1

Page 2

Debtor:       Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a
              Praetorian Investor Services
Case No.      17-15603 (JKS)
Caption:      Order Authorizing Retention of Forman Holt as Attorneys

_____

  Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys, it is hereby ORDERED:

  1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted.  The professional's address is:  66 Route 17 North, First Floor

          Paramus, New Jersey 07652

  1. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

  2. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

  3. The effective date of the retention is the date the application was filed with the Court.