| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on November 16,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey** |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>　　　　　　　　　　Debtor. | Chapter: 7<br><br>Case No.: 17-15603 (JKS)<br><br>Judge: John K. Sherwood |

| Recommended Local Form: | ☒ Followed ☐ Modified |
|---|---|

### ORDER AUTHORIZING RETENTION OF FORMAN HOLT AS ATTORNEYS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 16, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0007199 - 1

Page 2
Debtor:      Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a
             Praetorian Investor Services
Case No.     17-15603 (JKS)
Caption:     Order Authorizing Retention of Forman Holt as Attorneys

_____

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted.  The professional's address is:  66 Route 17 North, First Floor
                                           Paramus, New Jersey 07652

1. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

2. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

3. The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                                  Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1           Date Rcvd: Nov 16, 2017
                            Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.
db            +Mark Anthony Andreottis, II,   101 St. Clair Ct.,   Princeton, NJ 08540-7345
aty           +Cooke & Santomauro,   Attn: Kevin P. Cooke, Esq.,   Three University Plaza Suite 297,
                Hackensack, NJ 07601-6208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
              Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Murphy Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
                                                                                             TOTAL: 13