UNITED STATES BANKRUPTCY COURT
DIATRICT OF NEW JERSEY
-----------------------------------------------------------x
David J. Finkler, Esq. (DF9320)
LAW OFFICES OF DAVID J. FINKLER, PC
266 Harristown Road, Suite 203
Glen Rock, NJ 07452
(201) 689-0001
Attorney for: Creditor: Travelers Insurance a/s/o
FIVE STAR FUNDING LLC
-----------------------------------------------------------x
IN RE:

    MARK A. ANDREOTTIS, II

    Debtor.
-----------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Case No. 14-15603

Chapter 7

PLEASE TAKE NOTICE that the Law Offices of David J. Finkler, P.C. is new counsel for the creditor, Travelers Insurance Company as partial assignee.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given, and all papers served or required to be served, in this case be provided to and served upon the undersigned electronically at dfinkler.lawdjf@verizon.net and/or at the address listed below.

Dated: December 6, 2017

LAW OFFICES OF DAVID J. FINKLER, P.C.

By: _____
David J. Finkler, Esq. (DF9320)