Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−15603−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mark Anthony Andreottis II
  aka Mark Andreotti, dba Praetorian
  Investor Svcs
  101 St. Clair Ct.
  Princeton, NJ 08540

Social Security No.:
  xxx−xx−5548

Employer's Tax I.D. No.:
  80−0276082

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     1/18/18
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Maciag Law LLC
Debtor's Attorney

COMMISSION OR FEES
$18,663.50

EXPENSES
$95.62

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 15, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                             Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Dec 15, 2017
                              Form ID: 137             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db           +Mark Anthony Andreottis, II,   101 St. Clair Ct.,   Princeton, NJ 08540-7345
aty          +Cooke & Santomauro,    Attn: Kevin P. Cooke, Esq.,   Three University Plaza Suite 297,
               Hackensack, NJ 07601-6208
aty          +Forman Holt,   66 route 17 North, First Fl,   Paramus, NJ 07652-2672
aty          +Maciag Law, LLC,   475 Wall Street,   Princeton, NJ 08540-1509
aty          +McCabe Weisberg& Conway. PC,   216 Haddon Avenue Suite 600,   Westmont, NJ 08108-2814
cr           +811 Willow Ave Condo Assoc.,   MBM Group,   215 Adams Street,   Hoboken, NJ 07030-2598
cr           +Kearny Bank,   C/o Durkin & Durkin, LLC,   1120 Bloomfield Ave,   West Caldwell, NJ 07006-7138
cr           +New Jersey Title Insurance Company,   2001 Route 46, Suite 310,   Parsippany, nj 07054-1315
cr           +OCWEN LOAN SERVICING LLC,   6409 Congress Ave Suite 100,   Boca Raton, FL  33487,
               UNITED STATES 33487-2853
cr           +Travelers Insurance Co.,   c/o Law offices of David J. Finkler, P.C,   266 Harriston Road,
               Suite 203,   Glen Rock, NJ 07452-3321
517162017    +811 Willow Ave. Condo Association,   c/o MBM Group,   215 Adams Street,
               Hoboken, NJ 07030-2598
517155924    +Deutsche Bank National Trust Company,   Ocwen Loan Servicing, LLC,
               Attn: Cashiering Department,   1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
516715889    +Ditech Financial,   1100 Virginia Dr. #100A,   Port Washington, PA 19034-3276
516951585    +Fidelity National Title Insurance Company,   2533 N 117th Ave,   Omaha, NE 68164-3679
516715888    +Kearny Bank,   120 Passaic Ave,   Fairfield, NJ 07004-3523
516959772    +Ocwen,   P.O. Box 24646,   W. Palm Beach, FL 33416-4646
516959773    +PNC Bank,   1 PNC Plaza,   249 5th Ave,   Pittsburgh, PA 15222-2707
517038250     US Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2017 22:14:28    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2017 22:14:27    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516820057     E-mail/Text: bankruptcy.bnc@ditech.com Dec 15 2017 22:14:16
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516847141    +E-mail/Text: cio.bncmail@irs.gov Dec 15 2017 22:14:12    Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
516865875    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2017 22:23:42    Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516966581     TBD
516966580     US Government
516878278*    Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 15, 2017
                              Form ID: 137             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kim R. Lynch   on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
          Meaghan Tuohey   on behalf of Creditor   811 Willow Ave Condo Assoc. meaghan@2eklaw.com, G19176@notify.cincompass.com
          Michael A. Artis   on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
          Miriam Rosenblatt   on behalf of Creditor   OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
          Murphy Durkin   on behalf of Creditor   Kearny Bank maresta@durkinlawfirm.com
          Nicholas V. Rogers   on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William J. Levant   on behalf of Creditor   New Jersey Title Insurance Company efile.wjl@kaplaw.com

                                                                                                                              TOTAL: 14