UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800

Order Filed on January 23, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    Mark Anthony Andreottis II,

               Debtor.

Case No.:    17-15603-JKS

Hearing Date:    1/18/2018

Judge:    Hon. John K. Sherwood

Chapter:    7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 23, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thaddeus R. Maciag Esq. | $18,663.50 | $95.62 |

*rev.8/1/15*