UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800

Order Filed on January 23, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Mark Anthony Andreottis II,

                Debtor.

Case No.:       17-15603-JKS

Hearing Date:   1/18/2018

Judge:          Hon. John K. Sherwood

Chapter:        7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 23, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thaddeus R. Maciag Esq. | $18,663.50 | $95.62 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Anthony Andreottis, II  
    Debtor

Case No. 17-15603-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 23, 2018  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2018.
```
db             +Mark Anthony Andreottis, II,    101 St. Clair Ct.,    Princeton, NJ 08540-7345
aty            +Cooke & Santomauro,    Attn:  Kevin P. Cooke, Esq.,    Three University Plaza Suite 297,
                 Hackensack, NJ 07601-6208
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2018 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Murphy Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
                                                                                             TOTAL: 15
```