UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

**Order Filed on February 19, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>                    Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS)<br><br>Judge:   John K. Sherwood |

| Recommended Local Form: | ☒Followed    ☐Modified |
|---|---|

**ORDER AUTHORIZING RETENTION OF A. ATKINS APPRAISAL CORPORATION**

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: February 19, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

F0014469 - 1

Page 2
In re:         Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor
               Services
Case No.:      17-15603(JKS)
Caption:       Order Authorizing Retention of A. Atkins Appraisal Corporation as Appraiser


Upon Applicant's request for authorization to retain A. Atkins Appraisal Corporation as appraiser, it is hereby ORDERED:

1.  Applicant is authorized to retain the above party in the professional capacity noted.
    The professional's address is:  122 Clinton Road, Suite 2A

                                        Fairfield, NJ 07004

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is January 24, 2018.