UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

**Order Filed on February 19, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a MARK
ANDREOTTI d/b/a PRAETORIAN INVESTOR
SERVICES,

Debtor.

Chapter:   7

Case No.:  17-15603 (JKS)

Judge:   John K. Sherwood

| Recommended Local Form: | ☒Followed   ☐Modified |
|---|---|

## ORDER AUTHORIZING RETENTION OF A. ATKINS APPRAISAL CORPORATION

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: February 19, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

F0014469 - 1

Page 2

In re:          Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor
                Services

Case No.:       17-15603(JKS)

Caption:        Order Authorizing Retention of A. Atkins Appraisal Corporation as Appraiser

Upon Applicant's request for authorization to retain A. Atkins Appraisal Corporation as appraiser, it is hereby ORDERED:

1.  Applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  122 Clinton Road, Suite 2A

    Fairfield, NJ 07004

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is January 24, 2018.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Feb 20, 2018
                             Form ID: pdf903         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
db            +Mark Anthony Andreottis, II,   101 St. Clair Ct.,   Princeton, NJ 08540-7345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
          Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
          Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
          David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com
          Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Meaghan  Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Miriam  Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Murphy  Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
          Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
          William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
           efile.wjl@kaplaw.com
                                                                        TOTAL: 16