Order Filed on March 1, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

| In Re: | Chapter:   7 |
| | |
| MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES, | Case No.:  17-15603 (JKS) |
| Debtor. | Hearing Date:  February 27, 2018 Hearing Time: 10:00 a.m. |

## ORDER EXTENDING THE TIME TO
## OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) be and hereby is

**ORDERED**.

**DATED: March 1, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

F0014781 - 1

Page 2

| | |
|---|---|
| Debtors: | Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services |
| Case No.: | 17-15603 (JKS) |
| Caption: | Order Extending Time to Object to Debtor's Discharge |

**THIS MATTER,** having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "<u>Trustee</u>") for the bankruptcy estate of Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Service (the "Debtor"), through his attorneys, Forman Holt, for the entry of an order extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the Court having considered the pleadings submitted and the arguments of counsel; and due notice having been given, and for good cause shown, it is hereby

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including May 7, 2018, without prejudice to further extension.

F0014781 - 1