Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–15603–JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mark Anthony Andreottis II
    aka Mark Andreotti, dba Praetorian
    Investor Svcs
    101 St. Clair Ct.
    Princeton, NJ 08540
Social Security No.:
    xxx–xx–5548
Employer's Tax I.D. No.:
    80–0276082

---

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Thaddeus R. Maciag, Esq. the Attorney in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 2/28/18.

Maciag Law LLC
Thaddeus R. Maciag, Esq.
475 Wall Street
Princeton, NJ 08540

Dated: March 5, 2018
JAN: smz

                                        Jeanne Naughton
                                        Clerk