Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 17−15603−JKS
                    Chapter: 7
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Anthony Andreottis II
   aka Mark Andreotti, dba Praetorian
   Investor Svcs
   101 St. Clair Ct.
   Princeton, NJ 08540

Social Security No.:
   xxx−xx−5548

Employer's Tax I.D. No.:
   80−0276082

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

      Please be advised that Thaddeus R. Maciag, Esq. the Attorney in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 2/28/18.

Maciag Law LLC
Thaddeus R. Maciag, Esq.
475 Wall Street
Princeton, NJ 08540


Dated: March 5, 2018
JAN: smz

                                                     Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Mar 05, 2018
                              Form ID: 226             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
```
db          +Mark Anthony Andreottis, II,   101 St. Clair Ct.,    Princeton, NJ 08540-7345
aty         +Forman Holt,   66 route 17 North, First Fl,    Paramus, NJ 07652-2672
517162017   +811 Willow Ave. Condo Association,   c/o MBM Group,    215 Adams Street,
              Hoboken, NJ 07030-2598
517155924   +Deutsche Bank National Trust Company,    Ocwen Loan Servicing, LLC,
              Attn: Cashiering Department,   1661 Worthington Road, Suite 100,
              West Palm Beach, FL 33409-6493
516715889   +Ditech Financial,   1100 Virginia Dr. #100A,    Port Washington, PA 19034-3276
516951585   +Fidelity National Title Insurance Company,   2533 N 117th Ave,    Omaha, NE 68164-3679
516715888   +Kearny Bank,   120 Passaic Ave,   Fairfield, NJ 07004-3523
517362901   +Maciag Law LLC,   Thaddeus R. Maciag, Esq.,    475 Wall Street,   Princeton, NJ 08540-1509
516959772   +Ocwen,   P.O. Box 24646,   W. Palm Beach, FL 33416-4646
516959773   +PNC Bank,   1 PNC Plaza,    249 5th Ave,   Pittsburgh, PA 15222-2707
517363607   +TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,    C/O DAVID J. FINKLER, ESQ.,
              266 HARRISTOWN RD, SUITE 203,   GLEN ROCK, NJ 07452-3321
517038250    US Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2018 01:14:51     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516820057    E-mail/Text: bankruptcy.bnc@ditech.com Mar 06 2018 01:14:41
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516847141   +E-mail/Text: cio.bncmail@irs.gov Mar 06 2018 01:14:33     Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
517284197   +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2018 01:14:51     United State Trustee,
              One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
516865875   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 06 2018 01:27:02     Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516966581       TBD
516966580       US Government
516878278*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
                                                                           TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Mar 05, 2018
                              Form ID: 226             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
        Miriam  Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
        Murphy   Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
        Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company efile.wjl@kaplaw.com
        William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com

                                                                                                               TOTAL: 16