UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

Order Filed on March 8, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,

                    Debtor.

Chapter: 7

Case No.: 17-15603 (JKS)

Recommended Local Form:  ☒ Followed   ☐ Modified

## ORDER AUTHORIZING RETENTION OF A.J. WILLNER AUCTIONS, LLC AS AUCTIONEER

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: March 8, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

F0015144 - 1

Page 2
In re:       Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services
Case No.:    16-15598 (SLM)
Caption:     Order Authorizing Retention of A.J. Willner Auctions, LLC as Auctioneer

Upon Applicant's request for authorization to retain A.J. Willner Auctions, LLC as auctioneer, it is hereby ORDERED:

1. Applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: P.O. Box 1012
   Springfield, NJ 07081
2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).
3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.
   ☒ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.
4. The effective date of retention is the date the application was filed with the Court.

F0015144 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Anthony Andreottis, II  
    Debtor

Case No. 17-15603-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Mar 08, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.  
db             +Mark Anthony Andreottis, II,   101 St. Clair Ct.,   Princeton, NJ 08540-7345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:  
       Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com  
       Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com  
       Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com  
       David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net  
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com  
       Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,  
       bkyecf@rasflaw.com;legerman@rasnj.com  
       Meaghan   Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,  
       G19176@notify.cincompass.com  
       Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
       Miriam   Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,  
       mrosenblatt@rasflaw.com  
       Murphy   Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com  
       Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com  
       William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company  
       efile.wjl@kaplaw.com  
                                                                                             TOTAL: 16