UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-15603 (JKS) |
| Mark Anthony Andreottis, II, a/k/a Mark Andreotti d/b/a Praetorian Investor Services | Chapter: 7 |
| | Judge: John K. Sherwood |

## NOTICE OF PROPOSED PUBLIC SALE

**Charles M. Forman, Chapter 7 Trustee** in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on April 10, 2018 at 10:00 a.m.at the United States Bankruptcy Court, Courtroom No 3D, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102.

If no objection is filed, the clerk will enter a *Certification of No Objection* and the settlement will be consummated as proposed.

> Location, date and time of sale:
> The sale will be held on April 26, 2018 commencing at 11:00 a.m. at 73 Ramapo Valley Road, Mahwah, New Jersey.
>
> Parties wishing to inspect property to be sold may do so on April 25, 2018 between 10:00 a.m. and 4:00 p.m. and on April 26, 2018 from 9:00 a.m. and 11:00 a.m. at the address set forth above. On-line bidding is available. Please contact A.J. Willner Auctions for bidding requirements and access to online bidding platform.

> Description of property to be sold:
> Office furniture, computer equipment, framed artwork, including signed artwork by Christopher Burkett, Leroy Neiman and Lenore Simon and wine collection, various varietal, ranging from vintage years 1993 to 2009. All parties desiring further information should contact A.J. Willner Auctions at 973-332-8472 or via e-mail at info@ajwillner.com. Information is also posted on AJ Willner's website at www.ajwillner.com. A list of items to be auctioned is also available by contacting the undersigned at klynch@formanlaw.com

F0017188 - 1

> Terms of sale:
>
> Full payment will be due within 24 hours of the auction by cash, certified check, cashiers check or a company check accompanied by an irrevocable bank letter guaranteeing payment. Credit cards are accepted; however, a $1,000 pre-authorization on the credit card is required in order to bid. Successful bidders at the live auction will be charged a 10% buyer's premium. Successful on-line auction bidders will be charge a 15% buyer's premium. Property must be removed from the premises on or before Friday, April 27, 2018 at 5:00 p.m.

Objections must be served on, and requests for additional information directed to:

Name:           Kim R. Lynch, Esq.
Address:        Forman Holt, 66 Route 17 North, First Floor, Paramus, New Jersey 07652
Telephone No.: (201) 845-1000
E-Mail:         klynch@formanlaw.com

F0017188 - 1