UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-15603 (JKS) |
| Mark Anthony Andreottis, II, a/k/a Mark Andreotti d/b/a Praetorian Investor Services | Chapter: 7 |
| | Judge: John K. Sherwood |

## NOTICE OF PROPOSED PUBLIC SALE

**Charles M. Forman, Chapter 7 Trustee** in this case proposes to sell property of the estate as described below. If you object to the sale, you must file a written objection and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on April 10, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No 3D, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102.

If no objection is filed, the clerk will enter a *Certification of No Objection* and the settlement will be consummated as proposed.

> Location, date and time of sale:
> The sale will be held on April 26, 2018 commencing at 11:00 a.m. at 73 Ramapo Valley Road, Mahwah, New Jersey.
>
> Parties wishing to inspect property to be sold may do so on April 25, 2018 between 10:00 a.m. and 4:00 p.m. and on April 26, 2018 from 9:00 a.m. and 11:00 a.m. at the address set forth above. On-line bidding is available. Please contact A.J. Willner Auctions for bidding requirements and access to online bidding platform.

> Description of property to be sold:
> Office furniture, computer equipment, framed artwork, including signed artwork by Christopher Burkett, Leroy Neiman and Lenore Simon and wine collection, various varietal, ranging from vintage years 1993 to 2009. All parties desiring further information should contact A.J. Willner Auctions at 973-332-8472 or via e-mail at info@ajwillner.com. Information is also posted on AJ Willner's website at www.ajwillner.com. A list of items to be auctioned is also available by contacting the undersigned at klynch@formanlaw.com

F0017188 - 1

> Terms of sale:
> Full payment will be due within 24 hours of the auction by cash, certified check, cashiers check or a company check accompanied by an irrevocable bank letter guaranteeing payment. Credit cards are accepted; however, a $1,000 pre-authorization on the credit card is required in order to bid. Successful bidders at the live auction will be charged a 10% buyer's premium. Successful on-line auction bidders will be charge a 15% buyer's premium. Property must be removed from the premises on or before Friday, April 27, 2018 at 5:00 p.m.

Objections must be served on, and requests for additional information directed to:

Name:          Kim R. Lynch, Esq.
Address:       Forman Holt, 66 Route 17 North, First Floor, Paramus, New Jersey 07652
Telephone No.: (201) 845-1000
E-Mail:        klynch@formanlaw.com

F0017188 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Mar 12, 2018
                               Form ID: pdf905          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
```
db          +Mark Anthony Andreottis, II,   101 St. Clair Ct.,   Princeton, NJ 08540-7345
aty         +Forman Holt,   66 route 17 North, First Fl,   Paramus, NJ 07652-2672
aty         +Maciag Law, LLC,   475 Wall Street,   Princeton, NJ 08540-1509
aty         +McCabe Weisberg& Conway. PC,   216 Haddon Avenue Suite 600,   Westmont, NJ 08108-2814
cr          +811 Willow Ave Condo Assoc.,   MBM Group,   215 Adams Street,   Hoboken, NJ 07030-2598
cr          +Kearny Bank,   C/o Durkin & Durkin, LLC,   1120 Bloomfield Ave,   West Caldwell, NJ 07006-7138
cr          +New Jersey Title Insurance Company,   2001 Route 46, Suite 310,   Parsippany, nj 07054-1315
cr          +OCWEN LOAN SERVICING LLC,   6409 Congress Ave Suite 100,   Boca Raton, FL  33487,
              UNITED STATES 33487-2853
cr          +Travelers Insurance Co.,   c/o Law offices of David J. Finkler, P.C.,   266 Harriston Road,
              Suite 203,   Glen Rock, NJ 07452-3321
517162017   +811 Willow Ave. Condo Association,   c/o MBM Group,   215 Adams Street,
              Hoboken, NJ 07030-2598
517155924   +Deutsche Bank National Trust Company,   Ocwen Loan Servicing, LLC,
              Attn: Cashiering Department,   1661 Worthington Road, Suite 100,
              West Palm Beach, FL 33409-6493
516715889   +Ditech Financial,   1100 Virginia Dr. #100A,   Port Washington, PA 19034-3276
516951585   +Fidelity National Title Insurance Company,   2533 N 117th Ave,   Omaha, NE 68164-3679
516715888   +Kearny Bank,   120 Passaic Ave,   Fairfield, NJ 07004-3523
517362901   +Maciag Law LLC,   Thaddeus R. Maciag, Esq.,   475 Wall Street,   Princeton, NJ 08540-1509
516959772   +Ocwen,   P.O. Box 24646,   W. Palm Beach, FL 33416-4646
516959773   +PNC Bank,   1 PNC Plaza,   249 5th Ave,   Pittsburgh, PA 15222-2707
517363607   +TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,   C/O DAVID J. FINKLER, ESQ.,
              266 HARRISTOWN RD, SUITE 203,   GLEN ROCK, NJ 07452-3321
517038250    US Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2018 23:59:43     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2018 23:59:40     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
app         +E-mail/Text: atkinsappraisal@aol.com Mar 12 2018 23:59:28     A. Atkins Appraisal Company,
              122 Clinton Road,   Fairfield, NJ 07004-2900
app         +E-mail/Text: atkinsappraisal@aol.com Mar 12 2018 23:59:28     A.Atkins Appraisal Corp.,
              122 Clinton Road, Suite 2A,   Fairfield, NJ 07004-2900
auc         +E-mail/Text: msklar@ajwillnerauctions.com Mar 12 2018 23:59:39     A.J. Willner Auctions, LLC,
              PO Box 1012,   Springfield, NJ 07081-5012
auc         +E-mail/Text: msklar@ajwillnerauctions.com Mar 12 2018 23:59:39     AJ Willner Auctions LLC,
              POB 1012,   Springfield, NJ 07081-5012
517375875   +E-mail/Text: g20956@att.com Mar 13 2018 00:00:12     AT&T Mobility II LLC,
              c/o AT&T Services, Inc.,   Karen A. Cavagnaro - Lead Paralegal,   One AT&T Way Roo 3A104,
              Bedminister, NJ 07921-2693
516820057    E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2018 23:59:26
              Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
516847141   +E-mail/Text: cio.bncmail@irs.gov Mar 12 2018 23:59:16     Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
517284197   +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2018 23:59:40     United State Trustee,
              One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
516865875   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2018 00:20:10     Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516966581        TBD
516966580        US Government
516878278*       Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
                                                                                  TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2                  User: admin                    Page 2 of 2                  Date Rcvd: Mar 12, 2018
                                      Form ID: pdf905                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Murphy Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
                                                                                                          TOTAL: 16
```