UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS CITRON, LLC**
130 Clinton Road, Suite 202
Fairfield, New Jersey 07004
Telephone Number: 973-575-0707
Attorneys for Secured Creditor

ALEISHA C. JENNINGS (AJ 2114)

Order Filed on April 10, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**Mark Anthony Andreottis, II**

**aka Mark Andreotti**

**dba Praetorian Investor Svcs**

    **Debtor.**

Case No.:    17-15603-JKS

Chapter:    7

Hearing Date: April 10, 2018 at 10:00 am

Judge:    John K. Sherwood

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: April 10, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page **2**
Debtors:   Mark Anthony Andreottis, II aka Mark Andreotti dba Praetorian Investor Svcs
Case No.:  17-15603-JKS
Caption of Order:  **Order Vacating Stay**

---

Upon the motion of DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR12, ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

811 Willow Avenue, 1S, Hoboken, NJ 07030

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

Page **3**
Debtors:    Mark Anthony Andreottis, II aka Mark Andreotti dba Praetorian Investor Svcs
Case No.:    17-15603-JKS
Caption of Order:    **Order Vacating Stay**

---

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.