Order Filed on April 12, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,

                    Debtor.

Chapter:   7

Case No.:  17-15603 (JKS)

Hearing Date:  April 10, 2018
Hearing Time:  10:00 .m.

## ORDER AUTHORIZING AND MODIFYING TERMS OF PUBLIC SALE OF PROPERTY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 12, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0019387 - 1

Page 2
Debtor:     Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a
            Praetorian Investor Services
Case No.    17-15603 (JKS)
Caption:    Order Authorizing and Modifying Terms of Public Sale of Property

**THIS MATTER**, having been brought before the Court upon the Notice of Proposed Public Sale filed by Charles M. Forman, chapter 7 trustee (the "Trustee"), of Mark Anthony Anderottis, II (the "Debtor") [D.I. 135], through his attorneys, Forman Holt, authorizing the public sale of certain property owned by the Debtor, including office furniture, computer equipment, framed artwork, including signed artwork by Christopher Burkett, Leroy Neiman and Lenore Simon and wine collection, various varietal, ranging from vintage years 1993 to 2009 (the "Property"), and no objections having been filed to the Notice of Proposed Public Sale, and the Trustee, through his counsel, having appeared at a hearing on the approval of the Proposed Public Sale, and advised the Court that certain terms of the Proposed Public Sale have been modified, and for good cause shown; it is hereby

**ORDERED AS FOLLOWS:**

1. The terms of the Notice of Public Sale of Property set forth in the Notice of Proposed Public Sale are approved except as modified herein:

    A. Location, date and time of sale: The sale will be held on April 26, 2018 commencing at 11:00 a.m. via on-line bidding only.

    B. Bidding: Bidding may only be done via on-line platform. Prospective bidders should contact A.J. Willner Auctions for on-line bidding information by any of the following methods: via telephone at 973-332-8472, via e-mail at info@ajwillner.com or via website at http://www.ajwillnerauctions.com/auctions/detail/wine-collection-home-furnishings-bw25844.

F0019387 - 1