| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on April 12, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>                        Debtor. | Chapter:  7<br><br>Case No.: 17-15603 (JKS)<br><br>Hearing Date: April 10, 2018<br>Hearing Time: 10:00 .m. |

**ORDER AUTHORIZING AND MODIFYING
TERMS OF  PUBLIC SALE OF PROPERTY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 12, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

F0019387 - 1

Page 2
Debtor:     Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a
            Praetorian Investor Services
Case No.    17-15603 (JKS)
Caption:    Order Authorizing and Modifying Terms of Public Sale of Property

**THIS MATTER**, having been brought before the Court upon the Notice of Proposed Public Sale filed by Charles M. Forman, chapter 7 trustee (the "Trustee"), of Mark Anthony Anderottis, II (the "Debtor") [D.I. 135], through his attorneys, Forman Holt, authorizing the public sale of certain property owned by the Debtor, including office furniture, computer equipment, framed artwork, including signed artwork by Christopher Burkett, Leroy Neiman and Lenore Simon and wine collection, various varietal, ranging from vintage years 1993 to 2009 (the "Property"), and no objections having been filed to the Notice of Proposed Public Sale, and the Trustee, through his counsel, having appeared at a hearing on the approval of the Proposed Public Sale, and advised the Court that certain terms of the Proposed Public Sale have been modified, and for good cause shown; it is hereby

**ORDERED AS FOLLOWS:**

1. The terms of the Notice of Public Sale of Property set forth in the Notice of Proposed Public Sale are approved except as modified herein:

    A. <u>Location, date and time of sale</u>: The sale will be held on April 26, 2018 commencing at 11:00 a.m. via on-line bidding only.

    B. <u>Bidding</u>: Bidding may only be done via on-line platform. Prospective bidders should contact A.J. Willner Auctions for on-line bidding information by any of the following methods: via telephone at 973-332-8472, via e-mail at info@ajwillner.com or via website at http://www.ajwillnerauctions.com/auctions/detail/wine-collection-home-furnishings-bw25844.

F0019387 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                               Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 1           Date Rcvd: Apr 12, 2018
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2018.
db             +Mark Anthony Andreottis, II,    101 St. Clair Ct.,    Princeton, NJ 08540-7345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor     OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of Creditor     Ditech Financial LLC NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor     Ditech Financial LLC nj.bkecf@fedphe.com
              Charles M. Forman     cforman@formanlaw.com,     lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Creditor     Travelers Insurance Co. DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor     Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor     Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Meaghan Tuohey    on behalf of Creditor     811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis    on behalf of U.S. Trustee     U.S. Trustee michael.a.artis@usdoj.gov
              Miriam Rosenblatt    on behalf of Creditor     OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Murphy Durkin    on behalf of Creditor     Kearny Bank maresta@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Creditor     Ditech Financial LLC nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Plaintiff     CATIC Title Insurance Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor     New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
                                                                                                 TOTAL: 17