UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Mark Anthony Andreottis, II          Case No.: 17-15603 (JKS)

                                                      Chapter:  7

                                                      Judge:  John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Charles M. Forman, Chapter 7 Trustee in this case, proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> James J. Waldron
> United States Bankruptcy Court
> MLK Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on May 22, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real property located at 811 Willow Ave., #1S, Hoboken, NJ, having a fair market value of $450,000.00.
> Real property located at 150 6th St., #3, Hoboken, NJ, having a fair market value of $800,000.00.
> Real property located at 126 Pine Grove Terr., Newark, NJ, having a fair market value of $125,000.00.

> Liens on property:
> Ocwen
> $340,000.00
> PNC Bank
> $96,000.00
> Kearny Bank
> $542,000.00

> Amount of equity claimed as exempt:  None claimed

Objections must be served on, and requests for additional information directed to:

Name:  Kim Lynch, Esq.
Address:  Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  201-845-1000