| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 665-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch<br>klynch@formanlaw.com | |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS II,<br><br>Debtor. | Chapter: 7<br><br>Case No.: 17-15603 (JKS)<br><br>Judge: John K. Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Proposed Abandonment (Doc. No. 142)

Date: April 25, 2018                    */s/ Kim R. Lynch*
                                         Kim R. Lynch

F0020993 - 1