UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
A.J. Willner Auctions, LLC
141 Hawkins Place #383
Boonton, N.J. 07005
(908) 789-9999
Fax: (908) 928-9788
Auctioneers for
Charles M. Forman Chapter 7 Trustee

| | |
|---|---|
| In Re: MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES, | Case No.: 17-15603 (JKS) |
| Debtor(s) | Judge: John K. Sherwood Chapter 7 |

## AUCTIONEER'S REPORT OF SALE

**Auction Date:** April 26th, 2018
**Location:** 73 Ramapo Valley Road, Mahwah NJ 07430
**Assets Sold:** Wine Collection and Furniture
**Total Sale:** $50,043.00

The Auction was advertised on AuctionZip.com & Newark Star Ledger. The auction was cross promoted on our website for over one-month leading up to the auction. The auction listing was featured in our monthly email newsletter to over 18,000 registered bidders on our email list. There was a 3 hour inspection the morning of the auction, in addition to a 7 hour inspection the day prior to the auction. 102 registered bidders participated in the auction. No bulk bid was made. The individual lots were then offered. Bidding was spirited and competitive. All items have been paid for and picked up.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Harry Byrnes, A.J. Willner Auctions
(908) 789-9999

4/30/2018
14:11:51

AJ Willner Auctions
Auction Activity for Consignor : B27769 Forman Holt Charles Forman
Report Generated at 2:11:51 PM

Page: 1

| Lot# | BidCard# | Description | Qty | Ext Bid Amount | Sold | Date/Time |
|---|---|---|---|---|---|---|
| 1 | 584 | Bottles | 12.00 | 612.00 | Y | 4/24/2018 9:42:58 AM |
| 2 | 556 | Bottles | 3.00 | 1,053.00 | Y | 4/26/2018 11:18:16 AM |
| 3 | 584 | Bottles | 6.00 | 1,356.00 | Y | 4/26/2018 11:18:53 AM |
| 4 | 513 | Bottles | 4.00 | 204.00 | Y | 4/26/2018 11:19:09 AM |
| 5 | 529 | Bottles | 10.00 | 320.00 | Y | 4/26/2018 11:19:20 AM |
| 6 | 521 | Bottles | 17.00 | 782.00 | Y | 4/26/2018 11:19:35 AM |
| 7 | 506 | Bottles | 12.00 | 396.00 | Y | 4/26/2018 11:19:46 AM |
| 8 | 529 | Bottles | 3.00 | 222.00 | Y | 4/26/2018 11:20:09 AM |
| 9 | 529 | Bottles | 11.00 | 363.00 | Y | 4/26/2018 11:20:25 AM |
| 10 | 556 | Bottles | 12.00 | 360.00 | Y | 4/26/2018 11:21:14 AM |
| 11 | 540 | Bottles | 12.00 | 264.00 | Y | 4/26/2018 11:21:23 AM |
| 12 | 556 | Bottles | 6.00 | 378.00 | Y | 4/26/2018 11:21:35 AM |
| 13 | 556 | Bottles | 12.00 | 384.00 | Y | 4/26/2018 11:21:42 AM |
| 14 | 529 | Bottles | 11.00 | 781.00 | Y | 4/26/2018 11:21:51 AM |
| 15 | 544 | Bottles | 12.00 | 624.00 | Y | 4/26/2018 11:22:00 AM |
| 16 | 506 | Bottles | 12.00 | 252.00 | Y | 4/26/2018 11:22:08 AM |
| 17 | 584 | Bottles | 4.00 | 648.00 | Y | 4/26/2018 11:22:25 AM |
| 18 | 506 | Bottles | 12.00 | 552.00 | Y | 4/26/2018 11:22:37 AM |
| 19 | 556 | Bottles | 12.00 | 588.00 | Y | 4/26/2018 11:22:45 AM |
| 20 | 513 | Bottles | 11.00 | 253.00 | Y | 4/26/2018 11:22:53 AM |
| 21 | 560 | Bottles | 12.00 | 276.00 | Y | 4/26/2018 11:23:16 AM |
| 22 | 591 | Bottles | 10.00 | 270.00 | Y | 4/26/2018 11:23:34 AM |
| 23 | 591 | Bottles | 11.00 | 286.00 | Y | 4/26/2018 11:24:16 AM |
| 24 | 556 | Bottles | 6.00 | 1,812.00 | Y | 4/26/2018 11:24:26 AM |
| 25 | 560 | Bottles | 3.00 | 51.00 | Y | 4/26/2018 11:24:37 AM |
| 26 | 513 | Bottles | 9.00 | 153.00 | Y | 4/26/2018 11:24:45 AM |
| 27 | 598 | Bottles | 11.00 | 154.00 | Y | 4/26/2018 11:24:56 AM |
| 28 | 556 | Bottles | 12.00 | 264.00 | Y | 4/26/2018 11:25:06 AM |
| 29 | 544 | Bottles | 12.00 | 252.00 | Y | 4/26/2018 11:25:12 AM |
| 30 | 587 | Bottles | 12.00 | 252.00 | Y | 4/26/2018 11:26:58 AM |
| 31 | 536 | Bottles | 12.00 | 216.00 | Y | 4/26/2018 11:27:09 AM |
| 32 | 513 | Bottles | 21.00 | 21.00 | Y | 4/26/2018 11:27:17 AM |

AJ Willner Auctions

Auction Activity for Consignor : B27769 Forman Holt Charles Forman

Report Generated at 2:11:51 PM

| Lot# | BidCard# | Description | Qty | Ext Bid Amount | Sold | Date/Time |
|---|---|---|---|---|---|---|
| 33 | 556 | Bottles | 11.00 | 308.00 | Y | 4/26/2018 11:27:24 AM |
| 34 | 555 | Bottles | 12.00 | 360.00 | Y | 4/26/2018 11:27:29 AM |
| 35 | 598 | Bottles | 11.00 | 198.00 | Y | 4/26/2018 11:27:36 AM |
| 36 | 544 | Bottles | 12.00 | 372.00 | Y | 4/26/2018 11:27:44 AM |
| 37 | 584 | Bottles | 2.00 | 406.00 | Y | 4/26/2018 11:27:48 AM |
| 38 | 556 | Bottles | 3.00 | 453.00 | Y | 4/26/2018 11:28:10 AM |
| 39 | 600 | Bottles | 12.00 | 216.00 | Y | 4/26/2018 11:28:19 AM |
| 40 | 587 | Bottles | 12.00 | 720.00 | Y | 4/26/2018 11:28:25 AM |
| 41 | 584 | Bottles | 3.00 | 156.00 | Y | 4/26/2018 11:28:32 AM |
| 42 | 556 | Bottles | 9.00 | 162.00 | Y | 4/26/2018 11:55:29 AM |
| 43 | 513 | Bottles | 5.00 | 340.00 | Y | 4/26/2018 11:55:34 AM |
| 44 | 558 | Bottles | 5.00 | 295.00 | Y | 4/26/2018 11:28:57 AM |
| 45 | 602 | Bottles | 12.00 | 408.00 | Y | 4/26/2018 11:29:08 AM |
| 46 | 556 | Bottles | 15.00 | 450.00 | Y | 4/26/2018 11:55:39 AM |
| 47 | 584 | Bottles | 8.00 | 752.00 | Y | 4/26/2018 11:56:22 AM |
| 48 | 540 | Bottles | 6.00 | 534.00 | Y | 4/26/2018 11:56:36 AM |
| 49 | 584 | Bottle | 1.00 | 1,301.00 | Y | 4/26/2018 11:56:58 AM |
| 50 | 591 | Bottles | 11.00 | 572.00 | Y | 4/26/2018 11:57:10 AM |
| 51 | 558 | Bottles | 10.00 | 590.00 | Y | 4/26/2018 11:57:18 AM |
| 52 | 529 | Bottles | 12.00 | 972.00 | Y | 4/26/2018 11:57:26 AM |
| 53 | 544 | Bottles | 12.00 | 720.00 | Y | 4/26/2018 11:57:33 AM |
| 54 | 529 | Bottles | 2.00 | 90.00 | Y | 4/26/2018 11:57:51 AM |
| 55 | 529 | Bottles | 10.00 | 510.00 | Y | 4/26/2018 11:57:59 AM |
| 56 | 535 | Bottle | 1.00 | 66.00 | Y | 4/26/2018 11:58:07 AM |
| 57 | 540 | Bottle | 1.00 | 122.00 | Y | 4/26/2018 11:58:15 AM |
| 58 | 556 | Bottles | 2.00 | 242.00 | Y | 4/26/2018 11:58:24 AM |
| 59 | 513 | Bottle | 1.00 | 226.00 | Y | 4/26/2018 11:58:35 AM |
| 60 | 584 | Bottles | 2.00 | 1,152.00 | Y | 4/26/2018 11:58:50 AM |
| 61 | 584 | Bottles | 3.00 | 1,083.00 | Y | 4/26/2018 11:59:02 AM |
| 62 | 540 | Bottles | 3.00 | 705.00 | Y | 4/26/2018 11:59:10 AM |
| 63 | 529 | Bottles | 3.00 | 933.00 | Y | 4/26/2018 11:59:17 AM |
| 64 | 529 | Bottles | 3.00 | 843.00 | Y | 4/26/2018 11:59:30 AM |

4/30/2018
14:11:51

AJ Willner Auctions
Auction Activity for Consignor : B27769 Forman Holt Charles Forman
Report Generated at 2:11:51 PM

Page: 3
v9.03-Clerking-48

| Lot# | BidCard# | Description | Qty | Ext Bid Amount | Sold | Date/Time |
|---|---|---|---|---|---|---|
| 65 | 523 | Bottles | 2.00 | 1,502.00 | Y | 4/26/2018 11:59:40 AM |
| 66 | 591 | Bottle | 1.00 | 1,101.00 | Y | 4/26/2018 11:59:54 AM |
| 67 | 544 | Bottles | 6.00 | 342.00 | Y | 4/26/2018 12:00:00 PM |
| 68 | 544 | Bottles | 13.00 | 598.00 | Y | 4/26/2018 12:00:06 PM |
| 69 | 554 | Bottles | 23.00 | 621.00 | Y | 4/26/2018 12:00:16 PM |
| 70 | 540 | Bottles | 6.00 | 306.00 | Y | 4/26/2018 12:00:23 PM |
| 71 | 585 | Bottles | 5.00 | 380.00 | Y | 4/26/2018 12:00:35 PM |
| 72 | 598 | Bottles | 12.00 | 312.00 | Y | 4/26/2018 12:00:42 PM |
| 73 | 584 | Bottles | 6.00 | 414.00 | Y | 4/26/2018 12:00:48 PM |
| 74 | 585 | Bottles | 12.00 | 492.00 | Y | 4/26/2018 12:00:57 PM |
| 75 | 544 | Bottles | 4.00 | 208.00 | Y | 4/26/2018 12:01:03 PM |
| 76 | 544 | Bottles | 6.00 | 294.00 | Y | 4/26/2018 12:01:12 PM |
| 77 | 544 | Bottles | 5.00 | 310.00 | Y | 4/26/2018 12:01:20 PM |
| 78 | 535 | Bottles | 6.00 | 234.00 | Y | 4/26/2018 12:01:37 PM |
| 79 | 556 | Bottles | 6.00 | 168.00 | Y | 4/26/2018 12:01:44 PM |
| 80 | 584 | Bottles | 6.00 | 726.00 | Y | 4/26/2018 12:01:53 PM |
| 81 | 585 | Bottles | 5.00 | 260.00 | Y | 4/26/2018 12:02:02 PM |
| 82 | 556 | Bottles | 12.00 | 564.00 | Y | 4/26/2018 12:02:09 PM |
| 83 | 544 | Bottles | 13.00 | 793.00 | Y | 4/26/2018 12:02:18 PM |
| 84 | 521 | Bottle | 1.00 | 226.00 | Y | 4/26/2018 12:02:29 PM |
| 85 | 540 | Bottles | 6.00 | 144.00 | Y | 4/26/2018 12:02:41 PM |
| 86 | 544 | Bottles | 4.00 | 156.00 | Y | 4/26/2018 12:02:55 PM |
| 87 | 584 | Bottles | 1.00 | 801.00 | Y | 4/26/2018 12:03:06 PM |
| 88 | 556 | Bottles | 12.00 | 384.00 | Y | 4/26/2018 12:03:15 PM |
| 89 | 558 | Bottles | 3.00 | 78.00 | Y | 4/26/2018 12:03:25 PM |
| 90 | 541 | Bottles | 8.00 | 280.00 | Y | 4/26/2018 12:03:35 PM |
| 91 | 555 | Bottles | 6.00 | 228.00 | Y | 4/26/2018 12:03:41 PM |
| 92 | 540 | Bottles | 4.00 | 160.00 | Y | 4/26/2018 12:03:49 PM |
| 93 | 556 | Bottles | 4.00 | 100.00 | Y | 4/26/2018 12:03:55 PM |
| 94 | 540 | Bottles | 4.00 | 88.00 | Y | 4/26/2018 12:04:08 PM |
| 95 | 583 | Bottles | 4.00 | 96.00 | Y | 4/26/2018 12:04:16 PM |
| 96 | 556 | Bottles | 6.00 | 480.00 | Y | 4/26/2018 12:04:20 PM |

4/30/2018
14:11:51
AJ Willner Auctions
Auction Activity for Consignor : B27769 Forman Holt Charles Forman
Page: 4
v9.03-Clerking-48
Report Generated at 2:11:51 PM

| Lot# | BidCard# | Description | Qty | Ext Bid Amount | Sold | Date/Time |
|---|---|---|---|---|---|---|
| 97 | 521 | Bottle | 1.00 | 56.00 | Y | 4/26/2018 12:04:28 PM |
| 98 | 536 | Bottles | 4.00 | 184.00 | Y | 4/26/2018 12:04:32 PM |
| 99 | 544 | Bottles | 12.00 | 396.00 | Y | 4/26/2018 12:04:51 PM |
| 100 | 544 | Bottles | 2.00 | 74.00 | Y | 4/26/2018 12:05:13 PM |
| 101 | 592 | Bottles | 4.00 | 92.00 | Y | 4/26/2018 12:05:21 PM |
| 102 | 549 | Bottles | 8.00 | 256.00 | Y | 4/26/2018 12:05:31 PM |
| 103 | 529 | Bottles | 1.00 | 55.00 | Y | 4/26/2018 12:05:39 PM |
| 104 | 536 | Bottles | 8.00 | 248.00 | Y | 4/26/2018 12:05:49 PM |
| 105 | 556 | Bottles | 13.00 | 312.00 | Y | 4/26/2018 12:06:08 PM |
| 106 | 506 | Bottles | 11.00 | 275.00 | Y | 4/26/2018 12:06:19 PM |
| 107 | 558 | Bottles | 3.00 | 132.00 | Y | 4/26/2018 12:06:26 PM |
| 108 | 549 | Bottles | 20.00 | 740.00 | Y | 4/26/2018 12:06:45 PM |
| 109 | 535 | Bottles | 29.00 | 1,131.00 | Y | 4/26/2018 12:06:54 PM |
| 109A | 666 | (2) 2002 Van Duzer Pinot Noir & (2) Imagine Rhap | 4.00 | 0.00 | NO | 4/26/2018 12:09:08 PM |
| 110 | 529 | framed original cibachrome photograph | 1.00 | 1,401.00 | Y | 4/26/2018 12:12:34 PM |
| 111 | 529 | framed leroy Neiman F.X. WHiskey | 1.00 | 166.00 | Y | 4/26/2018 12:13:08 PM |
| 112 | 585 | Framed limited edition carnival folk | 1.00 | 59.00 | Y | 4/26/2018 12:13:35 PM |
| 113 | 585 | Framed Plaza d toros de tuledo | 1.00 | 89.00 | Y | 4/26/2018 12:13:59 PM |
| 114 | 591 | framed motorcycles carniot | 1.00 | 49.00 | Y | 4/26/2018 12:14:22 PM |
| 115 | 578 | framed wall mirror | 3.00 | 9.00 | Y | 4/26/2018 12:14:49 PM |
| 116 | 570 | rolling rock guitar | 1.00 | 152.00 | Y | 4/26/2018 12:15:09 PM |
| 117 | 552 | durst model m301 photo enlarger | 1.00 | 60.00 | Y | 4/26/2018 12:15:28 PM |
| 118 | 666 | greco roman table lamp | 1.00 | 0.00 | NO | 4/26/2018 12:15:52 PM |
| 119 | 552 | greco roman table lamp | 1.00 | 6.00 | Y | 4/26/2018 12:16:26 PM |
| 120 | 529 | stainless steel torchiere | 1.00 | 11.00 | Y | 4/26/2018 12:16:43 PM |
| 121 | 529 | metal candle lantern & 2 serving dishes | 1.00 | 6.00 | Y | 4/26/2018 12:17:26 PM |
| 122 | 579 | record player | 1.00 | 11.00 | Y | 4/26/2018 12:17:58 PM |
| 123 | 523 | marble table top & 2 chairs | 1.00 | 59.00 | Y | 4/26/2018 12:18:20 PM |
| 124 | 579 | 2 piece wood bookcase | 1.00 | 3.00 | Y | 4/26/2018 12:18:54 PM |
| 125 | 579 | james philip bar cabinet | 1.00 | 3.00 | Y | 4/26/2018 12:19:17 PM |
| 126 | 523 | leather upholstered sofa & matching arm chair | 1.00 | 331.00 | Y | 4/26/2018 12:19:40 PM |
| 127 | 523 | wood frame upholstered arm chair | 1.00 | 102.00 | Y | 4/26/2018 12:20:15 PM |

AJ Willner Auctions
Auction Activity for Consignor : B27769 Forman Holt Charles Forman
v9.03-Clerking-48

Report Generated at 2:11:51 PM

| Lot# | BidCard# | Description | Qty | Ext Bid Amount | Sold | Date/Time |
|---|---|---|---|---|---|---|
| 128 | 579 | wood coffee table | 1.00 | 20.00 | Y | 4/26/2018 12:20:35 PM |
| 129 | 999 | day bed | 1.00 | 0.00 | NO | 4/26/2018 12:20:43 PM |
| 130 | 999 | arm chair | 1.00 | 0.00 | NO | 4/26/2018 12:20:50 PM |
| 131 | 579 | chair, shower stool, urn & 3 drawer side table | 1.00 | 3.00 | Y | 4/26/2018 12:21:28 PM |
| 132 | 999 | canon copy machine | 1.00 | 0.00 | NO | 4/26/2018 12:21:41 PM |
| 133 | 572 | ricoh aficio laser printer | 1.00 | 1.00 | Y | 4/26/2018 12:22:02 PM |
| 134 | 552 | fridge | 1.00 | 3.00 | Y | 4/26/2018 12:22:17 PM |
| 135 | 999 | compaq server racks | 1.00 | 0.00 | NO | 4/26/2018 12:22:33 PM |
| 136 | 572 | computer server | 1.00 | 9.00 | Y | 4/26/2018 12:22:46 PM |
| 137 | 514 | formic 7' confrence table | 1.00 | 1.00 | Y | 4/26/2018 12:23:03 PM |
| 138 | 999 | office table 42" | 1.00 | 0.00 | NO | 4/26/2018 12:23:21 PM |
| 139 | 999 | table 30" x 60" | 1.00 | 0.00 | NO | 4/26/2018 12:23:34 PM |
| 140 | 999 | Solid wood Office desk | 1.00 | 0.00 | NO | 4/26/2018 12:23:46 PM |
| 141 | 999 | swivel arm chairs | 1.00 | 0.00 | NO | 4/26/2018 12:23:55 PM |
| 142 | 999 | 5 drawer file cabinets | 1.00 | 0.00 | NO | 4/26/2018 12:24:06 PM |
| 143 | 566 | 4- drawer file cabinet | 1.00 | 2.00 | Y | 4/26/2018 12:24:22 PM |
| 144 | 514 | 3 drawer file cabinet | 1.00 | 6.00 | Y | 4/26/2018 12:24:43 PM |
| 145 | 594 | apc rolling server cabinet | 1.00 | 3.00 | Y | 4/26/2018 12:24:57 PM |
| 146 | 552 | canon printer w/ cabinet | 1.00 | 3.00 | Y | 4/26/2018 12:25:21 PM |
| 147 | 529 | bell & howell projector w/ screen | 1.00 | 3.00 | Y | 4/26/2018 12:25:37 PM |
| 148 | 560 | vintage ge waffle iron & mixer | 1.00 | 3.00 | Y | 4/26/2018 12:25:57 PM |
| 149 | 560 | 8pc ingredient canisters | 1.00 | 3.00 | Y | 4/26/2018 12:26:09 PM |
| 150 | 592 | 5 ass't fake replica meat statues | 1.00 | 3.00 | Y | 4/26/2018 12:26:27 PM |
| 151 | 514 | clay decorative vase | 1.00 | 1.00 | Y | 4/26/2018 12:26:36 PM |
| 152 | 552 | dell monitor computers | 1.00 | 6.00 | Y | 4/26/2018 12:26:46 PM |
| 153 | 592 | polycom phone, red high heel shoe phone, menorah | 1.00 | 3.00 | Y | 4/26/2018 12:38:21 PM |

Consignor Sold Lots Auction Total:    50,043.00

# AJWILLNER AUCTIONS

Auction Date: April 26th, 2018

Mark Anthony Adreottis, II
a/k/a Mark Andreotti
d/b/a Praetorian Investor Services
Case No. 17-15603 (JKS)

## Registered Bidders

| # | First | Last | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 553 | Glenn | Prokopik | 7 Overlook Road | Whitehouse Station | NJ | 08889 |
| 554 | Brian | Ginty | 1042 Glendevon Dr | Ambler | PA | 19002 |
| 555 | Codie | Fung | 39th 602 Apt#105 | Brooklyn | NJ | 11232 |
| 556 | Oleg | Ardashev | Cargo Plaza Road Building 87 | Jamaica | NJ | 11430-0001 |
| 557 | Joseph | Kremski | 398 Diamond Spring Rd | Denville | NJ | 07834 |
| 558 | Jason | Meier | 18 Carolyn Court | East Hanover | NJ | 00000-7936 |
| 559 | Briant | Rojas | 503 Burgundy Dr | Rockville | MA | 20850-1427 |
| 560 | Guoxiao | Dong | 9 Amethyst Ct | West Nyack | NJ | 10994-1142 |
| 561 | Rich | Michalik | 27 Valley Rd | Butler | NJ | 07405 |
| 562 | Sarce | Quezada | 8009 3rd Ave | North Bergen | NJ | 07047-5035 |
| 563 | Johnnie | Perkins | 5532 JANE st | Phila | PE | 19138 |
| 564 | Sam | Maddali | 10 Chapin RD | Bernardsville | NJ | 07924 |
| 565 | Abbott | Jackson | 101 Red Mills Road | Wallkill | NJ | 12589 |
| 566 | George | Jamieson | 2 Devine Drive | Mahwah | NJ | 07430 |
| 567 | Thomas | Baio | 21 North Gate Road | Mendham | NJ | 07945 |
| 568 | Paul | Noonan | 5 Oweno Pl | Mahwah | NJ | 07430-2250 |
| 569 | Camille | Burford | 539 N Broadway | Nyack | NJ | 10960-1215 |
| 570 | Bob | del Grande | 26 Hickory Hill | Montvale | NJ | 07645 |
| 571 | Jason | Koransky | 1160 Wesley Ave | Oak Park | IL | 60304-2026 |
| 572 | Amish | Amin | 63 Broadway Rd | Warren | NJ | 07059-5001 |
| 573 | Russ | Granzow | 237 Washington Crossing Pe Rd | Titusville | NJ | 08560-1509 |
| 574 | Pasquale | Carannante | 1 Connor Ct | Trenton | NJ | 08690-3000 |
| 575 | Larry | Mattesich | 2 Dipippo Court | Waldwick | NJ | 07463 |
| 576 | Megan | Zheng | 393 Cheryl Lane | Walnut | CA | 91789 |
| 577 | Nicholas | Cohen | 63 Sewell ST | Hempstead | NJ | 11550 |
| 578 | Ramon | Gonzalez | 156 Big Piece Rd | Fairfield | NJ | 07004-1210 |
| 579 | Joseph | Bodnar | 12 Nepote Pl | Somerset | NJ | 08873 |
| 580 | Daniel | Szalkiewicz | 116 Pinehurst Ave Apt A44 | New York | NJ | 10033-8801 |
| 581 | Maxwell | Davis | 2300 Palmer St | Pittsburgh | PE | 15218-2604 |
| 582 | Norman | Dias | 70 Connolly Dr | Milltown | NJ | 08850-2104 |
| 583 | Raymond | Melone | 11 Roosevelt Ave | North Haledon | NJ | 07508 |
| 584 | Ashish | Shah | 11 Patton Dr | Caldwell | NJ | 07006-6404 |
| 585 | Benjamin | Pangert | PO Box 224 | Allendale | NJ | 07401-0201 |
| 586 | Besart | Morina | 121 Jefferson | Tiburon | CA | 94920 |
| 587 | George | Hana | 3 Buckboard Drive | Cumberland | RH | 02864 |
| 588 | Marty | Hunter | 1210 Pheasant Run | San Antonio | TE | 78253-5326 |
| 589 | Charlie | Lamantia | 162 Kingwood Dr | Little Falls | NJ | 07424-2409 |
| 590 | Kevin | Persley | PO Box 185 | Newfoundland | NJ | 07435-0121 |
| 591 | Patrick | Fay | 41 Orchard St | Ramsey | NJ | 07446 |
| 592 | Tara | Whalen | 400 riverfront Blvd, apt 317 | Elmwood park | NJ | 07407 |
| 593 | Robert | Rocco | 215 Central Ave | Madison | NJ | 07940 |
| 594 | Mikhail | Shefyand | 3111 Ocean Parkway, # 2F | Brooklyn | NJ | 11235 |
| 595 | Angelo | Tondo | 449 W Mombasha Rd | Monroe | NJ | 10950-5218 |
| 596 | Nicolas | Papageorgis | 181 Montclair Ave | Montclair | NJ | 07042 |
| 597 | Mark | Whitten | 80 Railroad Ave | Ridgefield Park | NJ | 07660-1335 |
| 598 | Lou | Gualtieri | 147 Winding Way | Little silver | NJ | 07739 |
| 599 | Robert | Sawchuk | 370 Central Park Ave apt 1N | Scarsdale | NJ | 10583 |
| 600 | Alan | Hyman | 6319 Canter Way | Baltimore | MA | 21212-1072 |
| 601 | Gwen | Jones | 112 Monroe ST | Roselle | NJ | 07203 |
| 602 | Stephen | Sangle | 1 Hilltop Terrace | Wayne | NJ | 07470 |

AJ Willner Auctions | www.ajwauctions.com | (908) 789-9999



A.J Willner Auctions | www.ajwauctions.com | (908) 789-9999

Auction Date:
April 26th, 2018

Mark Anthony Adreottis, II
a/k/a Mark Andreotti
d/b/a Praetorian Investor Services
Case No. 17-15603 (JKS)

## Registered Bidders

| Bidder # | First Name | Last Name | Street Address | City | State | ZIP |
|---|---|---|---|---|---|---|
| 501 | Tom | Giomatto | 14 Longview Dr | Rockaway | NJ | 07866 |
| 502 | Pedro | Arce | 412 Dewitt St | Linden | NJ | 07036 |
| 503 | Mike | Sethi | 640 Lofstrand Lane | Rockville | MA | 20850 |
| 504 | Al | Schmidt | 1350 Sherman Road | Hiawatha | IO | 52233 |
| 505 | Rob | Reavy | 41 Surrey Drive | Churchville | PE | 18966 |
| 506 | Kevin | Curran | 2 Neben Pl | Denville | NJ | 07834-9638 |
| 507 | Christian | Troussieux | 1099 La Grande Ave | Napa | CA | 94558-2126 |
| 508 | George | Lander | 21 Pilgrim Run | East Brunswick Township | NJ | 08816 |
| 509 | Larry | Rushdan | 11037 Sutphin Blvd | Jamaica | NJ | 11435 |
| 510 | Dominic | Civitano | 33 Powderhorn Dr. | Kinnelon | NJ | 07405 |
| 511 | Bradley | Myhre | 16A Race St | Frenchtown | NJ | 08825-1012 |
| 512 | Michael | Mastroberti | 162 Highland Ave | Clifton | NJ | 07011-2095 |
| 513 | Elliot | Morgan | 208 Crane Rd | Brick | NJ | 08723-6606 |
| 514 | Neville | Arestani | 20 Melbloum Ln | Edison | NJ | 08837-2781 |
| 515 | Ener | Durovic | 209 Cleveland Ave | Hasbrouck Heights | NJ | 07604-1619 |
| 516 | Christopher | Perrelli | 244 Alberta Dr | Saddle Brook | NJ | 07663 |
| 517 | Paul | Ritter | 285 E Hanover AVE | Morristown (Morris) | NJ | 07960 |
| 518 | Melvin | Gildow | Postal Annex | Clackamas | OR | 97015-6394 |
| 519 | Jay | Katz | 365 Fawnridge Drive | Scotch Plains | NJ | 07076 |
| 520 | Patrick | Rowland | 2 Minor Road | East Haven | CO | 06512 |
| 521 | Jacqueline | Urbano | 8 Breezeknoll Dr | Westfield | NJ | 07090-2910 |
| 522 | John | Kazanjian | 376 Spring Valley Rd | Paramus | NJ | 07652 |
| 523 | Vincent | Demartino | 25 Ski Hill Drive | Bedminster | NJ | 07921 |
| 524 | Jason | Lewis | 24 Commerce St Ste 1732 | Newark | NJ | 07102-4016 |
| 525 | Michael | Thompson | 7 Bretwood Dr N | Colts Neck | NJ | 07722-2404 |
| 526 | Chris | Kim | 3423 John F Kennedy Blvd | Jersey City | NJ | 07307 |
| 527 | Apolinar | Chavez | 14 Darlington Dr | Manalapan | NJ | 07726 |
| 528 | Vito | Menza | 3 Wortman Way | Chester | NJ | 07930-3225 |
| 529 | Marlene | Colizza | 3 Hillside Court East | Morris Plains | NJ | 07950 |
| 530 | Anthony | Sabanos | 170 Milltown Rd | Bridgewater | NJ | 08807-2554 |
| 531 | Kenneth | Kunkle | P.O. Box 23 Quakertown, Pa. 18951 | Quakertown | PE | 18951 |
| 532 | Julio | Munoz | 198 Mountainview Drive | Clifton | NJ | 07013 |
| 533 | Douglas | Steckler | 2883 W 12 ST | Bklyn | NJ | 11224 |
| 534 | Scott | Traynor | 26 Plymouth Pl | Roseland | NJ | 07068 |
| 535 | Ziad | Barghash | 599 Ridge Rd | Watchung | NJ | 07069 |
| 536 | Bill | Butler | 110 East 27th St | Paterson | NJ | 07514 |
| 537 | David | Servello | 1020 Springfield Ave | Mountainside | NJ | 07092 |
| 538 | Vipul | Shah | 1 Bertram Ave | Somerset | NJ | 08873-1387 |
| 539 | Gerald | Rotunda | 299 Pascack Rd | Hillsdale | NJ | 07642-1323 |
| 540 | Frank | Loffreno | 133 Townsend Ave si ny 10304 | Staten Island | NJ | 10304-3734 |
| 541 | Lauren | Choinski | 330 Angelo Cifelli Dr | Harrison | NJ | 07029 |
| 542 | Marta | Abbatemarco | 59 New Street | Wayne | NJ | 07470 |
| 543 | Louis | Gualtieri | 147 Winding Way | Little Silver | NJ | 07739 |
| 544 | Lester | Friedlander | 91 Barnyard Lane | Roslyn Heights | NJ | 11577 |
| 545 | Michael | Kedersha | 243 E Glen Avenue | Ridgewood | NJ | 07450 |
| 546 | Brian | Truncali | 647 Myrtle Ave | Brooklyn | NJ | 11205 |
| 547 | Patrick | Gianotto | 602 Hamilton St | Somerset | NJ | 08873-2635 |
| 548 | Mitch | Kapsaskis | 251 Alfred Ave | Englewood Cliffs | NJ | 07632-1623 |
| 549 | Carmine | Fornaro | 10 Yardley Rd | Mendham | NJ | 07945-3203 |
| 550 | Annemarie | Conte | 45 Fairview Ave | South Orange | NJ | 07079 |
| 551 | Jose | Molina | 54 Colling Ave | Rochelle Park | NJ | 07662-3905 |
| 552 | Khalid | Elsadig | 2 Sanford Ave | Belleville | NJ | 07109-1587 |