UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-15603 |
| MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICE | Chapter: | 7 |
| | Judge: | John K. Sherwood |

## NOTICE OF PROPOSED AUCTIONEER COMPENSATION

The court having waived the requirement of filing an application for auctioneer compensation and reimbursement of expenses under D.N.J. LBR. 2014-2(b), and the compensation and expenses noted below having not exceeded the estimate provided in the *Certification of Professional in Support of Application for Retention of Professional*, A.J. Willner Auctions, LLC, auctioneer, in this case is, providing notice under D.N.J. LBR 2016-2, of a request for compensation and reimbursement of expenses in the amounts that follow.

Request for compensation in the amount of: $5004.30

Request for reimbursement of expenses in the amount of: $950.00 (labor and trucking to AJ Willner Auctions' Mahwah NJ warehouse.

If you object to the proposed compensation or reimbursement of expenses, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 21 days from the date of this notice.

Address of the Clerk: US Bankruptcy Clerk
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, N.J. 08608

If an objection is timely filed, the court may require that an application for compensation and reimbursement of expenses be filed under D.N.J. LBR 2016-1 or that a hearing be held.

Objections must be served on, and requests for additional information directed to:

Name: A.J. Willner Auctions, LLC

Address: 141 Hawkins Place #343. Boonton NJ 07430

Telephone No.: (908) 789-9999

Signature:

Date: 4/30/18