rev.8/1/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-15603 |
| MARK ANTHONY ANDREOTTI, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICE | Chapter: | 7 |
| | Judge: | John K. Sherwood |

## NOTICE OF PROPOSED AUCTIONEER COMPENSATION

The court having waived the requirement of filing an application for auctioneer compensation and reimbursement of expenses under D.N.J. LBR. 2014-2(b), and the compensation and expenses noted below having not exceeded the estimate provided in the Certification of Professional in Support of Application for Retention of Professional, A.J. Willner Auctions, LLC , auctioneer, in this case is, providing notice under D.N.J. LBR 2016-2, of a request for compensation and reimbursement of expenses in the amounts that follow.

Request for compensation in the amount of:  $5004.30

Request for reimbursement of expenses in the amount of:  $950.00 (labor and trucking to AJ Willner Auctions' Mahwah NJ warehouse.  ☒

If you object to the proposed compensation or reimbursement of expenses, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 21 days from the date of this notice.

Address of the Clerk: US Bankruptcy Clerk
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, N.J. 08608

If an objection is timely filed, the court may require that an application for compensation and reimbursement of expenses be filed under D.N.J. LBR 2016-1 or that a hearing be held.

Objections must be served on, and requests for additional information directed to:

Name: A.J. Willner Auctions, LLC
Address: 141 Hawkins Place #343, Boonton NJ 07430
Telephone No: (908) 789-9999
Signature: [signed]
Date: 4/30/18

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 6           Date Rcvd: May 01, 2018
                              Form ID: pdf902          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2018.
```
db           +Mark Anthony Andreottis, II,    101 St. Clair Ct.,    Princeton, NJ 08540-7345
aty          +Forman Holt,   66 route 17 North, First Fl,    Paramus, NJ 07652-2672
aty          +Maciag Law, LLC,    475 Wall Street,    Princeton, NJ 08540-1509
aty          +McCabe Weisberg& Conway. PC,    216 Haddon Avenue Suite 600,    Westmont, NJ 08108-2814
cr           +811 Willow Ave Condo Assoc.,    MBM Group,    215 Adams Street,    Hoboken, NJ 07030-2598
cr           +Kearny Bank,    C/o Durkin & Durkin, LLC,    1120 Bloomfield Ave,    West Caldwell, NJ 07006-7138
cr           +New Jersey Title Insurance Company,    2001 Route 46, Suite 310,    Parsippany, nj 07054-1315
cr           +OCWEN LOAN SERVICING LLC,    6409 Congress Ave Suite 100,    Boca Raton, FL  33487,
               UNITED STATES 33487-2853
cr           +Travelers Insurance Co.,    c/o Law offices of David J. Finkler, P.C.,    266 Harriston Road,
               Suite 203,    Glen Rock, NJ 07452-3321
517162017    +811 Willow Ave. Condo Association,    c/o MBM Group,    215 Adams Street,
               Hoboken, NJ 07030-2598
517155924    +Deutsche Bank National Trust Company,    Ocwen Loan Servicing, LLC,
               Attn: Cashiering Department,    1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
516715889    +Ditech Financial,    1100 Virginia Dr. #100A,    Port Washington, PA 19034-3276
516951585    +Fidelity National Title Insurance Company,    2533 N 117th Ave,    Omaha, NE 68164-3679
517382544    +Irene Andreottis,    Attn: Marianne Pagliaroni,    990 Cropwell Road,
               Cherry Hill, NJ 08003-1437
516715888    +Kearny Bank,    120 Passaic Ave,    Fairfield, NJ 07004-3523
517362901    +Maciag Law LLC,    Thaddeus R. Maciag, Esq.,    475 Wall Street,    Princeton, NJ 08540-1509
516959772    +Ocwen,    P.O. Box 24646,    W. Palm Beach, FL 33416-4646
516959773    +PNC Bank,    1 PNC Plaza,    249 5th Ave,    Pittsburgh, PA 15222-2707
517363607    +TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,    C/O DAVID J. FINKLER, ESQ.,
               266 HARRISTOWN RD, SUITE 203,    GLEN ROCK, NJ 07452-3321
517038250     US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 02 2018 00:15:13     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2018 00:15:10     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
app          +E-mail/Text: atkinsappraisal@aol.com May 02 2018 00:14:54     A. Atkins Appraisal Company,
               122 Clinton Road,    Fairfield, NJ 07004-2900
app          +E-mail/Text: atkinsappraisal@aol.com May 02 2018 00:14:54     A.Atkins Appraisal Corp.,
               122 Clinton Road, Suite 2A,    Fairfield, NJ 07004-2900
auc          +E-mail/Text: msklar@ajwillnerauctions.com May 02 2018 00:15:06     A.J. Willner Auctions, LLC,
               PO Box 1012,    Springfield, NJ 07081-5012
auc          +E-mail/Text: msklar@ajwillnerauctions.com May 02 2018 00:15:06     AJ Willner Auctions LLC,
               POB 1012,    Springfield, NJ 07081-5012
517375875    +E-mail/Text: g20956@att.com May 02 2018 00:15:47     AT&T Mobility II LLC,
               c/o AT&T Services, Inc.,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way Roo 3A104,
               Bedminister, NJ 07921-2693
516820057     E-mail/Text: bankruptcy.bnc@ditech.com May 02 2018 00:14:52
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
516847141    +E-mail/Text: cio.bncmail@irs.gov May 02 2018 00:14:41     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
517284197    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2018 00:15:10     United State Trustee,
               One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
517463159    +E-mail/Text: usanj.njbankr@usdoj.gov May 02 2018 00:15:13     United States of America,
               c/o United States Attorney's Office,    970 Broad Street, Suite 700,    Newark, NJ 07102-2527
516865875    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2018 00:17:39     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516966581      TBD
516966580      US Government
516878278*    Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2                  User: admin                      Page 2 of 6                    Date Rcvd: May 01, 2018
                                      Form ID: pdf902                  Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2018 at the address(es) listed below:
              Aleisha Candace Jennings     on behalf of Attorney    Maciag Law, LLC ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Appraiser    A. Atkins Appraisal Company
               ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    Kearny Bank ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Appraiser    A.Atkins Appraisal Corp. ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Auctioneer    AJ Willner Auctions LLC ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    New Jersey Title Insurance Company
               ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Auctioneer    A.J. Willner Auctions, LLC
               ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Trustee Charles M. Forman ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    Ditech Financial LLC ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Debtor Mark Anthony Andreottis, II ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    811 Willow Ave Condo Assoc.
               ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    DITECH FINANCIAL ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    Travelers Insurance Co. ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of U.S. Trustee    United States Trustee ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
               LLC ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of U.S. Trustee    U.S. Trustee ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of Creditor    Kearny Bank NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Appraiser    A.Atkins Appraisal Corp. NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    811 Willow Ave Condo Assoc. NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of U.S. Trustee    United States Trustee NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Debtor Mark Anthony Andreottis, II NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Auctioneer    AJ Willner Auctions LLC NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Trustee Charles M. Forman NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    OCWEN LOAN SERVICING LLC NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Attorney    Maciag Law, LLC NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of U.S. Trustee    U.S. Trustee NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Auctioneer    A.J. Willner Auctions, LLC NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Travelers Insurance Co. NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    New Jersey Title Insurance Company
               NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Appraiser    A. Atkins Appraisal Company NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    New Jersey Title Insurance Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
```

```
District/off: 0312-2                  User: admin              Page 3 of 6              Date Rcvd: May 01, 2018
                                      Form ID: pdf902          Total Noticed: 32


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Charles M. Forman    on behalf of Attorney    Maciag Law, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    United States Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Debtor Mark Anthony Andreottis, II cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    OCWEN LOAN SERVICING LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    A.J. Willner Auctions, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    U.S. Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    811 Willow Ave Condo Assoc. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A. Atkins Appraisal Company cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Kearny Bank cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    New Jersey Title Insurance Company
               cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    DITECH FINANCIAL cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A.Atkins Appraisal Corp. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    AJ Willner Auctions LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Travelers Insurance Co. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Appraiser    A. Atkins Appraisal Company
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Appraiser    A.Atkins Appraisal Corp. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Trustee Charles M. Forman DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    OCWEN LOAN SERVICING LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Kearny Bank DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    New Jersey Title Insurance Company
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    U.S. Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Auctioneer    AJ Willner Auctions LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    United States Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    DITECH FINANCIAL DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Attorney    Maciag Law, LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Debtor Mark Anthony Andreottis, II DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    811 Willow Ave Condo Assoc. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Debtor Mark Anthony Andreottis, II dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Kearny Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    OCWEN LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Auctioneer    A.J. Willner Auctions, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Title Insurance Company
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A.Atkins Appraisal Corp. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Trustee Charles M. Forman dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Attorney    Maciag Law, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 4 of 6             Date Rcvd: May 01, 2018
                              Form ID: pdf902          Total Noticed: 32


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Denise E. Carlon    on behalf of Auctioneer    AJ Willner Auctions LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    811 Willow Ave Condo Assoc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Travelers Insurance Co. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    United States Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A. Atkins Appraisal Company dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    U.S. Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of U.S. Trustee    United States Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Attorney    Maciag Law, LLC klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    New Jersey Title Insurance Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch    on behalf of Auctioneer    A.J. Willner Auctions, LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Auctioneer    AJ Willner Auctions LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Travelers Insurance Co. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Debtor Mark Anthony Andreottis, II klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    811 Willow Ave Condo Assoc. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Kearny Bank klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch    on behalf of Appraiser    A. Atkins Appraisal Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    OCWEN LOAN SERVICING LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    DITECH FINANCIAL klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Appraiser    A.Atkins Appraisal Corp. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of U.S. Trustee    U.S. Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Laura M. Egerman    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    New Jersey Title Insurance Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-2                  User: admin                    Page 5 of 6                   Date Rcvd: May 01, 2018
                                      Form ID: pdf902                Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              Meaghan    Tuohey    on behalf of Creditor    Ditech Financial LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Appraiser    A. Atkins Appraisal Company meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    DITECH FINANCIAL meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Attorney    Maciag Law, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of U.S. Trustee    United States Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Debtor Mark Anthony Andreottis, II meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    Travelers Insurance Co. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Auctioneer    A.J. Willner Auctions, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               meaghan@2eklaw.com,    G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Appraiser    A.Atkins Appraisal Corp. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of U.S. Trustee    U.S. Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    OCWEN LOAN SERVICING LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Auctioneer    AJ Willner Auctions LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    Kearny Bank meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Trustee Charles M. Forman meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    New Jersey Title Insurance Company meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis     on behalf of Appraiser    A. Atkins Appraisal Company michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Attorney    Maciag Law, LLC michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    811 Willow Ave Condo Assoc. michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    Ditech Financial LLC michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Auctioneer    A.J. Willner Auctions, LLC michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    DITECH FINANCIAL michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Trustee Charles M. Forman michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Appraiser    A.Atkins Appraisal Corp. michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    Travelers Insurance Co. michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Debtor Mark Anthony Andreottis, II michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Auctioneer    AJ Willner Auctions LLC michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    Kearny Bank michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    OCWEN LOAN SERVICING LLC michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    New Jersey Title Insurance Company
               michael.a.artis@usdoj.gov
              Miriam    Rosenblatt    on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Creditor    New Jersey Title Insurance Company
               bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam    Rosenblatt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com

```
District/off: 0312-2          User: admin              Page 6 of 6              Date Rcvd: May 01, 2018
                              Form ID: pdf902          Total Noticed: 32


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Miriam Rosenblatt    on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
             Miriam Rosenblatt    on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
             Miriam Rosenblatt    on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
             Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
             Miriam Rosenblatt    on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
             Murphy Durkin    on behalf of Appraiser    A.Atkins Appraisal Corp. maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of U.S. Trustee    United States Trustee maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of U.S. Trustee    U.S. Trustee maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
              maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Appraiser    A. Atkins Appraisal Company maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Trustee Charles M. Forman maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Creditor    Travelers Insurance Co. maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Creditor    DITECH FINANCIAL maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Auctioneer    A.J. Willner Auctions, LLC maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Creditor    New Jersey Title Insurance Company
              maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Creditor    811 Willow Ave Condo Assoc. maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Attorney    Maciag Law, LLC maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Creditor    OCWEN LOAN SERVICING LLC maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Debtor Mark Anthony Andreottis, II maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Auctioneer    AJ Willner Auctions LLC maresta@durkinlawfirm.com
             Murphy Durkin    on behalf of Creditor    Ditech Financial LLC maresta@durkinlawfirm.com
             Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
              nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    New Jersey Title Insurance Company
              nj.bkecf@fedphe.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
             United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
             William J. Levant    on behalf of Creditor    Kearny Bank efile.wjl@kaplaw.com
             William J. Levant    on behalf of Trustee Charles M. Forman efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    OCWEN LOAN SERVICING LLC efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
              efile.wjl@kaplaw.com
             William J. Levant    on behalf of Debtor Mark Anthony Andreottis, II efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    811 Willow Ave Condo Assoc. efile.wjl@kaplaw.com
             William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
              efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    DITECH FINANCIAL efile.wjl@kaplaw.com
             William J. Levant    on behalf of U.S. Trustee    U.S. Trustee efile.wjl@kaplaw.com
             William J. Levant    on behalf of Appraiser    A.Atkins Appraisal Corp. efile.wjl@kaplaw.com
             William J. Levant    on behalf of Appraiser    A. Atkins Appraisal Company efile.wjl@kaplaw.com
             William J. Levant    on behalf of Auctioneer    A.J. Willner Auctions, LLC efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    Travelers Insurance Co. efile.wjl@kaplaw.com
             William J. Levant    on behalf of U.S. Trustee    United States Trustee efile.wjl@kaplaw.com
             William J. Levant    on behalf of Attorney    Maciag Law, LLC efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    Ditech Financial LLC efile.wjl@kaplaw.com
             William J. Levant    on behalf of Auctioneer    AJ Willner Auctions LLC efile.wjl@kaplaw.com
                                                                                             TOTAL: 242
```