UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No.: 17-15603(JKS)

MARK ANTHONY ANDREOTTIS, II  Chapter: 7

Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, the chapter 7 trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable John J. Sherwood on June 5, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> The Trustee proposes to abandon real property located at 150 6th Street #3, Hoboken, New Jersey having a fair market value of $450,000 on the basis that it is of inconsequential value and is burdensome to the estate.

> Liens on property:
>
> First Mortgage held by Kearny Bank in the amount of $542,000

> Amount of equity claimed as exempt:
> None claimed

Objections must be served on, and requests for additional information directed to:
Name:        Kim R. Lynch, Esq.
Address:     Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.: (201) 845-1000

F0021010 - 1