**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
BY: William J. Levant, Esquire (020151988)
910 Harvest Drive, 2nd Floor
Post Office Box 3037
Blue Bell, PA 19422
(610)941-2474
(610)684-2020 – Telecopier
wlevant@kaplaw.com
Attorneys for CATIC Title Insurance Company, f/k/a New Jersey Title Insurance Company

|  |  |  |
|---|---|---|
| **IN RE:** | : | **UNITED STATES BANKRUPTCY COURT** |
|  | : | for the **DISTRICT of NEW JERSEY** |
| **MARK ANTHONY ANDREOTTIS** | : | **CASE NO. 17-15603 (jks)** |
| Debtor | : |  |
|  | : | **CHAPTER 7** |
|  | : |  |
|  | : | **HON. JOHN K. SHERWOOD** |

**NOTICE of DEBTOR'S CHANGE of ADDRESS**

TO THE CLERK:

Kindly note the docket to show that the Debtor's current address is as follows:

> Mark A. Andreotti (67620-050)
> USP Lewisburg
> Post Office Box 1000
> Lewisburg, PA 17837

Though I do not represent the Debtor, I am filing this Notice to ensure that the Debtor, who is unrepresented, actually receives all future notices generated in this case.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

*/S/ William J. Levant, Esquire*
William J. Levant, Esquire
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
(610)260-6000
Telecopier (610)684-2020
wlevant@kaplaw.com
Counsel for CATIC Title Insurance Company