| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on May 29, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>         Debtor. | Chapter:  7<br><br>Case No.:  17-15603 (JKS)<br><br>Hearing Date:  May 29, 2018<br>Hearing Time: 10:00 a.m. |

### ORDER FURTHER EXTENDING THE TIME TO
### OBJECT TO DEBTOR'S DISCHARGE

  The relief set forth on the following page, numbered two (2) be and hereby is **ORDERED**.

**DATED: May 29, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0021561 - 1

Page 2

| | |
|---|---|
| Debtors: | Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services |
| Case No.: | 17-15603 (JKS) |
| Caption: | Order Further Extending Time to Object to Debtor's Discharge |

**THIS MATTER,** having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Service (the "Debtor"), through his attorneys, Forman Holt, for the entry of an order further extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the Court having considered the pleadings submitted and the arguments of counsel; and due notice having been given, and for good cause shown, it is hereby

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including August 6, 2018, without prejudice to further extension.

F0021561 - 1