|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com |

**Order Filed on May 29, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br>                                        Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS)<br><br>Hearing Date:  May 29, 2018<br>Hearing Time: 10:00 a.m. |
|---|---|

### ORDER FURTHER EXTENDING THE TIME TO
### OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) be and hereby is **ORDERED**.

**DATED: May 29, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0021561 - 1

Page 2

| | |
|---|---|
| Debtors: | Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services |
| Case No.: | 17-15603 (JKS) |
| Caption: | Order Further Extending Time to Object to Debtor's Discharge |

**THIS MATTER,** having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Service (the "Debtor"), through his attorneys, Forman Holt, for the entry of an order further extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the Court having considered the pleadings submitted and the arguments of counsel; and due notice having been given, and for good cause shown, it is hereby

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including August 6, 2018, without prejudice to further extension.

F0021561 - 1

United States Bankruptcy Court
District of New Jersey

In re:
Mark Anthony Andreottis, II
    Debtor

Case No. 17-15603-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 6     Date Rcvd: May 30, 2018
                     Form ID: pdf903     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db          +Mark Anthony Andreottis, II,   USP Lewisburg,   Post Office Box 1000,
            Lewisburg, PA 17837-1000
aty         +Forman Holt,   66 route 17 North, First Fl,   Paramus, NJ 07652-2672
aty         +McCabe Weisberg& Conway. PC,   216 Haddon Avenue Suite 600,   Westmont, NJ 08108-2814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
            Aleisha Candace Jennings     on behalf of Auctioneer    AJ Willner Auctions LLC ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Creditor    New Jersey Title Insurance Company
               ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Auctioneer    A.J. Willner Auctions, LLC
               ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Trustee Charles M. Forman ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Creditor    Ditech Financial LLC ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Debtor Mark Anthony Andreottis, II ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Creditor    811 Willow Ave Condo Assoc.
               ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Creditor    DITECH FINANCIAL ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Creditor    Travelers Insurance Co. ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of U.S. Trustee    United States Trustee ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
               LLC ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of U.S. Trustee    U.S. Trustee ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Attorney    Maciag Law, LLC ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Appraiser    A. Atkins Appraisal Company
               ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Creditor    Kearny Bank ajennings@rasflaw.com
            Aleisha Candace Jennings     on behalf of Appraiser    A.Atkins Appraisal Corp. ajennings@rasflaw.com
            Alexandra T. Garcia     on behalf of U.S. Trustee    United States Trustee NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Debtor Mark Anthony Andreottis, II NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Auctioneer    AJ Willner Auctions LLC NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Trustee Charles M. Forman NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Creditor    OCWEN LOAN SERVICING LLC NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Attorney    Maciag Law, LLC NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of U.S. Trustee    U.S. Trustee NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Auctioneer    A.J. Willner Auctions, LLC NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Creditor    New Jersey Title Insurance Company
               NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Appraiser    A. Atkins Appraisal Company NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Creditor    Kearny Bank NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com
            Alexandra T. Garcia     on behalf of Creditor    Travelers Insurance Co. NJECFMAIL@mwc-law.com

```
District/off: 0312-2            User: admin              Page 2 of 6              Date Rcvd: May 30, 2018
                                Form ID: pdf903          Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Alexandra T. Garcia    on behalf of Appraiser    A.Atkins Appraisal Corp. NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor     811 Willow Ave Condo Assoc. NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    New Jersey Title Insurance Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Charles M. Forman    on behalf of Debtor Mark Anthony Andreottis, II cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
                cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    OCWEN LOAN SERVICING LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    A.J. Willner Auctions, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    U.S. Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    811 Willow Ave Condo Assoc. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A. Atkins Appraisal Company cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Kearny Bank cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    AJ Willner Auctions LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    New Jersey Title Insurance Company
                cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    DITECH FINANCIAL cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Travelers Insurance Co. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Attorney    Maciag Law, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A.Atkins Appraisal Corp. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    United States Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Trustee Charles M. Forman DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    OCWEN LOAN SERVICING LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Kearny Bank DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    New Jersey Title Insurance Company
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    U.S. Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Auctioneer    AJ Willner Auctions LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    DITECH FINANCIAL DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    United States Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Attorney    Maciag Law, LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Debtor Mark Anthony Andreottis, II DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    811 Willow Ave Condo Assoc. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Appraiser    A. Atkins Appraisal Company
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Appraiser    A.Atkins Appraisal Corp. DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 3 of 6             Date Rcvd: May 30, 2018
                              Form ID: pdf903          Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Denise E. Carlon    on behalf of Debtor Mark Anthony Andreottis, II dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Kearny Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    OCWEN LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Auctioneer    A.J. Willner Auctions, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    811 Willow Ave Condo Assoc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Title Insurance Company
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A.Atkins Appraisal Corp. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Trustee Charles M. Forman dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Attorney    Maciag Law, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Travelers Insurance Co. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    United States Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A. Atkins Appraisal Company dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    U.S. Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Auctioneer    AJ Willner Auctions LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Auctioneer    AJ Willner Auctions LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Travelers Insurance Co. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Debtor Mark Anthony Andreottis, II klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    811 Willow Ave Condo Assoc. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Kearny Bank klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Appraiser    A. Atkins Appraisal Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    OCWEN LOAN SERVICING LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    DITECH FINANCIAL klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Appraiser    A.Atkins Appraisal Corp. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of U.S. Trustee    U.S. Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of U.S. Trustee    United States Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Attorney    Maciag Law, LLC klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    New Jersey Title Insurance Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Auctioneer    A.J. Willner Auctions, LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Laura M. Egerman    on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-2          User: admin                Page 4 of 6         Date Rcvd: May 30, 2018
                              Form ID: pdf903            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    New Jersey Title Insurance Company bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Meaghan   Tuohey    on behalf of Creditor    DITECH FINANCIAL meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Attorney    Maciag Law, LLC meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of U.S. Trustee    United States Trustee meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Debtor Mark Anthony Andreottis, II meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Creditor    Travelers Insurance Co. meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Auctioneer    A.J. Willner Auctions, LLC meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           meaghan@2eklaw.com, G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Appraiser    A.Atkins Appraisal Corp. meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of U.S. Trustee    U.S. Trustee meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Creditor    OCWEN LOAN SERVICING LLC meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Creditor    Kearny Bank meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Trustee Charles M. Forman meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Creditor    New Jersey Title Insurance Company meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Auctioneer    AJ Willner Auctions LLC meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Creditor    Ditech Financial LLC meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Meaghan   Tuohey    on behalf of Appraiser    A. Atkins Appraisal Company meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Michael A. Artis    on behalf of Attorney    Maciag Law, LLC michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Creditor    811 Willow Ave Condo Assoc. michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Creditor    Ditech Financial LLC michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Auctioneer    A.J. Willner Auctions, LLC michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Creditor    DITECH FINANCIAL michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Trustee Charles M. Forman michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Appraiser    A.Atkins Appraisal Corp. michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Creditor    Travelers Insurance Co. michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Creditor    Kearny Bank michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Debtor Mark Anthony Andreottis, II michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Creditor    OCWEN LOAN SERVICING LLC michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Auctioneer    AJ Willner Auctions LLC michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Creditor    New Jersey Title Insurance Company
           michael.a.artis@usdoj.gov
          Michael A. Artis    on behalf of Appraiser    A. Atkins Appraisal Company michael.a.artis@usdoj.gov
          Miriam  Rosenblatt    on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Miriam  Rosenblatt    on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com

```
District/off: 0312-2              User: admin              Page 5 of 6              Date Rcvd: May 30, 2018
                                  Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Miriam Rosenblatt    on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Creditor    New Jersey Title Insurance Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Miriam Rosenblatt    on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
         Murphy Durkin    on behalf of U.S. Trustee    U.S. Trustee maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Creditor    OCWEN LOAN SERVICING LLC maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Appraiser    A. Atkins Appraisal Company maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Trustee Charles M. Forman maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Creditor    Travelers Insurance Co. maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Creditor    DITECH FINANCIAL maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Auctioneer    A.J. Willner Auctions, LLC maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Creditor    New Jersey Title Insurance Company maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Debtor Mark Anthony Andreottis, II maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Creditor    811 Willow Ave Condo Assoc. maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Attorney    Maciag Law, LLC maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Auctioneer    AJ Willner Auctions LLC maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Creditor    Ditech Financial LLC maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of Appraiser    A.Atkins Appraisal Corp. maresta@durkinlawfirm.com
         Murphy Durkin    on behalf of U.S. Trustee    United States Trustee maresta@durkinlawfirm.com
         Nicholas V. Rogers    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    New Jersey Title Insurance Company nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William J. Levant    on behalf of Debtor Mark Anthony Andreottis, II efile.wjl@kaplaw.com
         William J. Levant    on behalf of Creditor    811 Willow Ave Condo Assoc. efile.wjl@kaplaw.com
         William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
         William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company efile.wjl@kaplaw.com
         William J. Levant    on behalf of Creditor    DITECH FINANCIAL efile.wjl@kaplaw.com
         William J. Levant    on behalf of U.S. Trustee    U.S. Trustee efile.wjl@kaplaw.com
         William J. Levant    on behalf of Appraiser    A.Atkins Appraisal Corp. efile.wjl@kaplaw.com

```
District/off: 0312-2                  User: admin                    Page 6 of 6                    Date Rcvd: May 30, 2018
                                      Form ID: pdf903                Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William J. Levant    on behalf of Appraiser    A. Atkins Appraisal Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    A.J. Willner Auctions, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Travelers Insurance Co. efile.wjl@kaplaw.com
              William J. Levant    on behalf of U.S. Trustee    United States Trustee efile.wjl@kaplaw.com
              William J. Levant    on behalf of Attorney    Maciag Law, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    AJ Willner Auctions LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Kearny Bank efile.wjl@kaplaw.com
              William J. Levant    on behalf of Trustee Charles M. Forman efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    OCWEN LOAN SERVICING LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               efile.wjl@kaplaw.com
                                                                                               TOTAL: 242
```