| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT<br>66 Route 17 North<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman, Trustee<br>Kim R. Lynch, Esq.  (KL-5866) | |
| In re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>        Debtor. | Chapter 7<br><br>Case No. 17-15603(JKS) |
| CHARLES M. FORMAN, Chapter 7 Trustee of Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services, LLC<br><br>        Plaintiff,<br><br>v.<br><br>PNC BANK, UNITED STATES OF AMERICA, 811 WILLOW AVENUE CONDOMINIUM ASSOCIATION, INC., TRAVELERS CASUALTY AND SURETY OF AMERICA, ASSIGNEE OF FIVE STAR FUNDING LLC, NEW JERSEY TITLE INSURANCE COMPANY, PATRICIA MEJIA, WILLIAM MEJIA, ORADELL ANIMAL HOSPITAL, STATE OF NEW JERSEY COMMISSIONER OF BANKING AND INSURANCE, STATE OF NEW JERSEY MOTOR VEHICLE COMMISSION AND MELISSA COUCH ANDREOTTIS,<br><br>        Defendants. | Adv. Pro. No. 18-01314(JKS) |

F0024251 - 1

## **CERTIFICATION AND AGREEMENT BY TRUSTEE TO PAY FILING FEE**

Charles M. Forman, the trustee in this matter states as follows:

1. I am the duly qualified and acting trustee.

2. I filed the Complaint in the above-captioned matter without paying the required fee.

3. I agree, in my capacity as trustee, to pay the required filing fee.

4. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Charles M. Forman*　　　　　　　　　　　Charles M. Forman
Trustee (Signature)　　　　　　　　　　　　　　Typed Name of Trustee

Dated: June 28, 2018


NOTICE TO TRUSTEE

The filing fee for the captioned adversary proceeding filed on _____ is $_____.

　　　　　　　　　　　　　　　　　　　　　　　　(Deputy Clerk)

F0024251 - 1