Mark Andreottis
Case No. 17-15603 (JKS)

| Lot # | Description | Lot Status | # of Bids | Paddle Number | Hammer Price |
|---|---|---|---|---|---|
| 1 | 2005 Robert Biale Vineyards Zinfandels, Aldo's Vineyard | Sold | 36 | 584 | $612.00 |
| 2 | 2004 Pahlmeyer Jason, Napa Valley Merlot, 1.5L | Sold | 88 | 556 | $1,053.00 |
| 3 | 2003 Poetry Cabernet Sauvignon Stags Leap District w/ Wood Box | Sold | 43 | 584 | $1,356.00 |
| 4 | 2 2004 Robert Sinskey Cabernet Franc Los Carneros, Vandal Vineyard 2 2005 Robert Sinskey SLD Cabernet Sauvignon, Stage Leap District | Sold | 28 | 513 | $204.00 |
| 5 | 1 2003 Robert Sinskey Merlot Los Carneros 1 2004 Baileyana Edna Valley Pinot Noir, Firepeak Vineyard 1 2004 Cliff Lede Napa Valley Claret 1 2004 Robert Biale Petite Sirah Thomann Station 1 2004 Robert Sinskey Cabernet Sauvignon Los Carneros, Vandal Vineyard 1 2005 Baker Lane Sonoma Pinot Noir, Coast Hurst Vineyard 1 2005 Nicolas Potel Bourgogne Pinot Noir  1 2005 Robert Biale Barbera Gaudi Carli Vineyard 1 2005 Robert Biale Zinfandel Old Crane Ranch 1 2005 Robert Biale Zinfandel Party Line/Oak Knoll District | Sold | 25 | 529 | $320.00 |
| 6 | 2 2005 Cliff Lede Cinnamon Stardust, Stags Leap District 1 2006 Sea Smoke Botella Pinot Noir, Santa Barbara County 1 2006 Sea Smoke Ten Pinot Noir, Santa Barbara County 1 2003 Drinkward Peschon Entre Deux Meres, Napa Valley Cabernet Sauvignon  1 2003 Gypsy Dancer Estates, Oregon Pinot Noir, Gary & Christine's Vineyard 2 2003 Numanthia Red Wine 4 2004 Domaine De la Janasse, Cotes du Rhone 1 2004 Two Hands Bad Impersonator Single Vineyard Shiraz, Barossa Valley 2 2006 Herman Story Nuts & Bolts Santa Barbara County Syrah  1 2004 Belle Glos Pinot Noir, Vlark & Telephone Vineyards 1 2002 Quixote Petite Syrah, Stags Leap Ranch, Napa Valley | Sold | 32 | 521 | $782.00 |
| 7 | 1 2001 Newton The Puzzle Napa Valley red wine 1 2002 Havens Merlot Carneros 1 2002 Heavens Napa Valley Red Wine Bourriquot 1 2004 Eric/Kent Wine Cellars Syrah, Bennett Valley Dry Stack Vineyard 1 2004 Herman Story Syrah, Larner Vineyard 1 2005 Lemelson Vinyards Stermer Vineyard Pinot Noir, Willamette Valley 3 2005 Robert Biale Vineyards Zinfandels, Party Line 3 2005 Robert Sinskey Vineyards POV Napa Valley Red Wine | Sold | 36 | 506 | $396.00 |
| 8 | 1 2003 Seghesio Sangiovese, Alexander Valley 2 2007 Cliff Lede Imagine Rhapsody, Stags Leap District | Sold | 36 | 529 | $222.00 |
| 9 | 1 2001 Podere La Vigna Maritato Toscana 1 2002 Havens Syrah, Carneros Hudson Vineyard 2 2002 Philippe Boillot Pommard Grand Vin de Bourgogne 1 2003 Ridge Independence School Zinfandel, California 1 2003 Saint Cosme Chateauneuf du Pape 1 2004 Cliff Lede Chardonnay, Howell Mountain, Napa Valley 2 2004 Fuccawee Cabernet Sauvignon, Amber Knolls Vineyard, Lake County 1 2004 Stolpman Syrah, Santa Ynez Valley 1 2005 Le Vieux Donjon Chateauneuf-du-Pape | Sold | 26 | 529 | $363.00 |
| 10 | 12 2003 Turley Juvenile California Zinfandel | Sold | 24 | 556 | $360.00 |
| 11 | 1 1996 Chateau d' Issan Margaux Mis en Bouteilles Au Chateau 3 2001 Chateau Filhot Sauternes, 375 ml. 1 2002 Pina Napa Valley Howell Mountain Cabernet Sauvignon 2 2003 Bethel Heights Vineyard, Pinot Noir, Willamette Valley  2 2003 Il Granaio Savignola Paolina 3 2006 Maison Champy Chorey-Les-Beaune, Vin de Bourgogne | Sold | 20 | 540 | $264.00 |
| 12 | 3 2006 Kosta Browne Russian River Valley Pinot Noir 3 2006 Kosta Browne Sonoma Coast Pinot Noir | Sold | 49 | 556 | $378.00 |
| 13 | 3 2005 Hill Climber Pilgrimage Syrah 3 2006 Robert Biale Zinfandel, Black Chicken 3 2006 Robert Biale Zinfandel, Old Kraft Vineyard 3 2006 Robert Biale Zinfandel, Party Line | Sold | 35 | 556 | $384.00 |
| 14 | 1 1998 S. Anderson Blanc De Blancs Methode Champenoise 3 2002 Pahlmeyer Napa Valley Red Wine 2 2003 Cliff Lede Napa Valley Syrah 2 2003 Jayson Napa Valley Chardonnay 3 2003 Pahlmeyer Sonoma Coast Chardonnay | Sold | 44 | 529 | $781.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | 2 1994 San Vicente Tempranillo Rioja  2 1998 Roagna Paje Barbaresco 1 2000 Carretta Barbaresco Cascina Bordino 2 2001 Atalon Merlot, Napa Valley 2 2003 Chateau Haut Beyzac Le Grand Vin, Haut-Medoc, France  1 2003 Domaine de Beaurenard Chateauneuf-du-Pape 1 2004 BeckmenVineyards Syrah Block Six, Santa Ynez Valley 1 2004 Tullulah Syrah, Sonoma Coast | Sold | 43 | 544 | $624.00 |
| 16 | 3 2004 Robert Biale Barrera, Gaudi Carli Vineyard 3 2004 Robert Biale Royal Punishers Petite Sirah 1 2004 Robert Biale Sangiovese, Nonna's Vineyard 3 2004 Robert Biale Zappa Proprietary Red Wine 2 2004 Robert Biale Zinfandels, Late Picked – "LP45" | Sold | 20 | 506 | $252.00 |
| 17 | 4 2006 Peter Michael Les Pavots | Sold | 71 | 584 | $648.00 |
| 18 | 2 2001 Baileyana Grand Firepeak Cuvee Pinot Noir, Edna Valley 2 2001 Quintessa Rutherford Red Wine, Napa Valley 2 2001 Schweiger Vineyard Cabernet Sauvignon, Spring Mountain District, Napa Valley 1 2001 Talisman Pinot Noir, Sonoma Coast, Thorn Vineyard 1 2002 Fort Ross Pinot Noir, Sonoma Coast, Coastal Ridges 2 2002 Kathryn Kennedy Lateral 2 2002 Showket Vineyard Asante Sana, Oakville, Napa Valley | Sold | 35 | 506 | $552.00 |
| 19 | 8 2005 Jayson Napa County Chardonnay 4 2005 Pahlmeyer Napa Valley Chardonnay | Sold | 38 | 556 | $588.00 |
| 20 | 2 2001 Delectus Cabernet Sauvignon, Stanton Vineyard, Oakville 2 2001 Vineyard 29 Aida Zinfandel 1 2002 Gary Farrell Pinot Noir, Russian River Valley 1 2002 Showket Vineyard Cabernet Sauvignon 1 2002 W. H. Smith Pinot Noir, Hellenthal Vineyard 1 2003 Calix Cellars Syrah, Masked Main Vineyard 1 2003 Penner-Ash Pinot Noir, Willamette Valley 2 2003 Rusack Vineyards Santa Barbara County Syrah | Sold | 28 | 513 | $253.00 |
| 21 | 12 "2000 Turley Paso Robles Zinfandel, Presenti Vineyard, Lodi            Zinfandel, Dogtown Vineyard, Napa Valley            Zinfandel, Moore "Earthquake" Vineyard" | Sold | 24 | 560 | $276.00 |
| 22 | 1 1998 Maison Leroy Bourgogne Route 1 2000 Saint Damien Pagodes de Cos Saint-Estephe 1 2002 Domaine Ragot Givry Grand Vin de Boufgogne  1 2002 Esmonin Gevrey-Chambertin Clos Prieur 2 2003 Chateau Fortia Chateauneuf du Pape Cuvee du Baron 2 2003 Domaine Courbis Saint-Joseph Red Rhone Wine 2 2003 Saint Damien Gigondas les Souteyrades | Sold | 26 | 591 | $270.00 |
| 23 | 4 2002 Finca Sandoval, Manchuela 1 2003 Behrens & Hitchcock Winery Syrah "4 Blocks" Alder Springs Vineyard, Mendocino 3 2003 Behrens & Hitchcock Winery, Kenefick Ranch Cuvee 3 2003 Behrens & Hitchcock Winery, Les Chats du Monde Cats of The World "Meow" | Sold | 20 | 591 | $286.00 |
| 24 | 6 2002 Cliff Lede Poetry Stags Leap District Cabernet Sauvignon w/ 2002 Poetry (wooden box) | Sold | 63 | 556 | $1,812.00 |
| 25 | 3 1998 Turley California Zinfandel, Old Vines & Contra Costa County Zinfandel Duarte | Sold | 19 | 560 | $51.00 |
| 26 | 9 "2003 Turley Napa Valley Zinfandel, Hayne Vineyard  Zinfandel Dogtown Vineyard, Lodi   Napa Valley Petite Syrah, Hayne Vineyard   Napa Valley Zinfandel, Tofanelli Vineyard  Paso Robles Zinfandel, Presenti Vineyard   Napa Valley zinfandel Moore "Earthquake" Vineyard" | Sold | 19 | 513 | $153.00 |
| 27 | 12 2004 Turley Howell Mountain Zinfandel, Dragon Vineyard | Sold | 12 | 598 | $154.00 |
| 28 | 12 2005 Turley Paso Robles Zinfandel, Ueberroth Vineyard | Sold | 19 | 556 | $264.00 |
| 29 | 12 Bottles: 4   2005 Turley Petite Syrah, Hayne Vineyard, Napa Valley 2   2005 Turley Petite Syrah, Library Vineyard, Napa Valley 6   2005 Turley Zinfandel, Presento Vineyard, Paso Robles | Sold | 12 | 544 | $252.00 |
| 30 | 12 2005 Turley Paso Robles Zinfandel, Dusi Vineyard | Sold | 17 | 587 | $252.00 |
| 31 | 12 2006 Turley Paso Robles Zinfandel, Presenti Vineyard | Sold | 19 | 536 | $216.00 |
| 32 | 1 2006 Robert Sinskey Vineyard Merlot Los Carneros | Sold | 16 | 513 | $21.00 |

| # | Description | Status | | | |
|---|---|---|---|---|---|
| 33 | 1 2000 Robert Sinskey Vineyard Pinot Noir Los Carneros 1 2001 Robert Sinskey Four Vineyard Pinot Noir 2 2005 Robert Sinskey Vineyard Four Vineyards Pinot Noir, Los Carneros 1 2007 Robert Biale Vineyard Petite Sirah, Thomann Station 2 2007 Robert Sinskey Vineyard Vandal Vineyard Pinot Noir 3 2007 Robert Sinskey Vineyard, POV 1 2008 Robert Biale Petite Syrah Royal punishers | Sold | 25 | 556 | $308.00 |
| 34 | 1 2004 Turley Edna Valley, Roussanne Alban Vineyard, 375 ml. 3 2005 Turley Hayne Zinfandel, Napa Valley, 8 2005 Turley Zinfandel Dogtown Vineyard, Lodi | Sold | 33 | 555 | $360.00 |
| 35 | 11 2005 Turley Howell Mountain Zinfandel, Rattlesnake Ridge | Sold | 18 | 598 | $198.00 |
| 36 | 12 2006 Turley Paso Robles Petite Syran, Pesenti Vineyard | Sold | 24 | 544 | $372.00 |
| 37 | 2 2005 Le Vieux Donjon Chateauneuf-du-Pape, 1.5L | Sold | 68 | 584 | $406.00 |
| 38 | 2 2003 Le Vieux Donjon Chateauneuf-du-Pape, 1.5L 1 2004 Le Vieux Donjon Chateauneuf-du-Pape, 1.5L | Sold | 47 | 556 | $453.00 |
| 39 | 1 2004 Turley Russian River Valley Zinfandel, Rancho Burro 3 2005 Turley Atlas Peak Zinfandel, Mead Ranch 2 2005 Turley Contra Costa County Zinfandel, Duarte 3 2005 Turley Howell Mountain Zinfandel, Dragon Vineyard 3 2005 Turley Petite Syrah, Napa Valley, Turley Estate | Sold | 19 | 600 | $216.00 |
| 40 | 5 2004 Jayson Red Wine, Napa Valley 2 2004 Pahlmeyer Merlot, Napa Valley 5 2005 Jayson Pinot Noir, Sonoma Coast | Sold | 40 | 587 | $720.00 |
| 41 | 3 2004 Turley Napa Valley Petite Syrah, Hayne Vineyard | Sold | 28 | 584 | $156.00 |
| 42 | 2 2004 Turley Lodi Zinfandel, Dogtown Vineyard 2 2004 Turley Napa Valley Moore-"Earthquake" Vineyard 1 2004 Turley Napa Valley Zinfandel, Tofanelli Vineyard 2 2004 Turley Paso Robles Zinfandel, Presenti Vineyard 2 2004 Turley Paso Robles Zinfandel, Uberroth Vineyard | Sold | 16 | 556 | $162.00 |
| 43 | 5 2008 Kosta Browne Sonoma Coast Pinot Noir | Sold | 48 | 513 | $340.00 |
| 44 | 5 2008 Kosta Browne Russian River Valley Pinot Noir | Sold | 35 | 558 | $295.00 |
| 45 | 2 2006 Robert Sinskey Marcien Los Carneros Red Wine 2 2006 Robert Sinskey SLD Cabernet Stags Leap District 2 2007 Robert Sinskey Four Vineyards Pinot Noir Los Carneros 2 2007 Robert Sinskey SLD Cabernet Sauvignon Stags Leap District 2 2007 Robert Sinskey Vineyard Cabernet Franc Vandal Vineyard Los Carneros 2 2008 Robert Sinskey Pinot Noir Los Carneros | Sold | 34 | 602 | $408.00 |
| 46 | 1 1996 Turley Contra Costa County Zinfandel, Duarte Vineyard 1 1996 Turley Howell Mountain Zinfandel, Black-Sears Vineyard 1 1996 Turley Napa Valley Zinfandel, Aida Vineyard 1 1997 Turley Napa Valley Zinfandel, Moore "Earthquake" Vineyard 1 2000 Turley Paso Robles Zinfandel, Pesenti Vineyard 1 2000 Turley Paso Zinfandel, Dogtown Vineyard 1 2002 Turley California Zinfandel, Old Vines 1 2002 Helyos Banyuls Red Wine 1 2002 Turley California Zinfandel, Juvenile 1 2002 Turley Paso Zinfandel, Dusi Vineyard 1 2002 Turley The White Coat San Luis Obispo County 3 2002 Veraison Winery Black Bart Syrah, Stagecoach Vineyards 1 Pierre Brigandat Brut Reserve Champagne | Sold | 27 | 556 | $450.00 |
| 47 | 6 2009 Sea Smoke Southing Pinot Noir 2 2009 Sea Smoke Ten Pinot Noir | Sold | 55 | 584 | $752.00 |
| 48 | 3 2003 Peter Michael Les Pavots 3 2004 Peter Michael Belle Cote | Sold | 51 | 540 | $534.00 |
| 49 | 1 1993 Chateau Margaux, Gran Vin, Premier Grand Cru Classe Red Bourdeaux Wine | Sold | 124 | 584 | $1,301.00 |
| 50 | 1 2000 Brunello di Montalcino Valdicava Red Wine 2 2001 Fattoria Scopone Brunello di Montalcino, D.O.C.G. 1 2002 Philippe Boillot Aloxe-Corton Grand Vin de Bourgogne Pinot Noit 1 2002 Santenay 1er Cru Les Gravieres Grand Vin De Bourgogne 1 2003 Poetry Cabernet Sauvignon Stags Leap District, Napa Valley 1 2003 Poetry Cabernet Sauvignon, Howell Mountain, Napa Valley 1 2005 Schramsberg Blanc De Noirs Methode Champenoise 1 2005 Schramsberg Brut Rose Methode Champenoise 2 2006 Domaine Maillard Pere & Fils Pommard "La Chaniere" Burgundy Red Wine | Sold | 35 | 591 | $572.00 |

| | | | | | |
|---|---|---|---|---|---|
| 51 | 2 2006 Kosta Browne Amber Ridge Vineyard Russian River Valley Syrah 4 2007 Kosta Browne Russian River Valley Pinot Noir 4 2007 Kosta Browne Sonoma Coast Pinot Noir | Sold | 37 | 558 | $590.00 |
| 52 | 3 2004 Peter Michael L Esprit des Pavots 3 2004 Peter Michael Les Pavots 4 2005 Peter Michael Belle Cote 2 2005 Peter Michael La Carriere | Sold | 42 | 529 | $972.00 |
| 53 | 6 2003 Mount Veeder Winery Cabernet Sauvignon, Napa Valley 6 2003 Poetry Howell Mountain Napa Valley Cabernet Sauvignon | Sold | 36 | 544 | $720.00 |
| 54 | 2 2005 Peter Michael 'L'Apres-Midi Sauvignon Blanc | Sold | 26 | 529 | $90.00 |
| 55 | 3 2003 Peter Michael 'L' Esprit des Pavots 4 2004 Peter Michael Chardonnay Mon Plaisir 3 2004 Peter Michael Pinot Noir Le Moulin Rouge | Sold | 20 | 529 | $510.00 |
| 56 | 1 2003 Bodegas Numanthia 1.5L | Sold | 25 | 535 | $66.00 |
| 57 | 1 2007 Sea Smoke Cellars Southing, Santa Barbara County, 1.5L | Sold | 39 | 540 | $122.00 |
| 58 | 2 2005 Le Vieux Donjon Chateauneuf-du-Pape | Sold | 45 | 556 | $242.00 |
| 59 | 1 2005 Schrader RBS Beckstoffer, To Kalon Vineyard Cabernet Sauvignon | Sold | 69 | 513 | $226.00 |
| 60 | 2 2004 Chateau Lafite Rothschild Pauillac | Sold | 109 | 584 | $1,152.00 |
| 61 | 3 2004 Chateau Mouton Rothschild Pauillac | Sold | 95 | 584 | $1,083.00 |
| 62 | 3 2005 Schrader Cellars, Beckstoffer, To Kalon Vineyard Cabernet Sauvignon | Sold | 113 | 540 | $705.00 |
| 63 | 3 2005 Schrader Cellars CCS, Beckstoffer, To Kalon Vineyard | Sold | 56 | 529 | $933.00 |
| 64 | 3 2005 Schrader T6, Beckstoffer, To Kalon Vineyard Cabernet Sauvignon | Sold | 44 | 529 | $843.00 |
| 65 | 2 2005 Schrader MMV Beckstoffer to Kalon Vineyard Cabernet Sauvignon, 1.5L | Sold | 113 | 523 | $1,502.00 |
| 66 | There are 4 Bottles of Varying Size In This Lot.  This is "Lot" Bid where your bid is not times the quantity, rather one price for the entire lot.<br>1 2007 Next of Kvn, No ~I 1- 1.5L, 3- 750ml., w/ wooden box | Sold | 99 | 591 | $1,101.00 |
| 67 | 3 2004 Cliff Lede Cabernet Sauvignon, Diamond Mountain Napa Valley 2 2004 Cliff Lede Cabernet Sauvignon, Howell Mountain Napa Valley 1 2006 Cliff Lede Cabernet Sauvignon, St. Helena, Napa Valley | Sold | 40 | 544 | $342.00 |
| 68 | 2 2007 Cliff Lede Napa Valley Sauvignon Blanc 1 2003 Domaine de Nizas Coteaux du Longuedoc 2 2004 Aglianico del Vulture Red Wine 1 2004 Chapelle St. Arnoux Cotes du Ventoux by Chateau Chapelle 1 2004 Vigna Del Ciliegio Dolcetto Di Dogliani 1 2005 Chateau La Baume Costieres de Nimes, Rhone Valley Vineyard 1 2006 Cellar la Bollidora Sao, Terra Alta, Spain 1 2006 Domaine "La Garrigue" Cotes du Rhone Cuvee Romaine 1 2006 Domaine de la Janasse Cotes du Rhone 2 2006 Statti Gaglioppo Calabria Red Wine | Sold | 29 | 544 | $598.00 |
| 69 | 1 2001 S. Anderson Brute 1 2002 Cristom Pinot Noir, Willamette Valley, Mt. Jeferson Cuvee 2 2002 Walter Hansel Pinot Noir, Russian River Valley Cahill Lane 8 2004 Turley California Zinfandel, Old Vines 1 2003 Robert Sinskey Zinskey Late Zinfandel, 375 ml. 1 2004 Robert Sinxkey Zinskey Late Zinfandel, 375 ml. 1 2005 Caterina Zardini Valpolicella Classico Superiore 1 2005 Dolcetto San Luigi, Dolcetto di Dogliani, Italy 1 2005 Silvio Giamello Langhe Nebbiolo Villa Gentiana 1 2005 Vietti Langhe Nebbiolo Perbaco 2 2006 Bosco Francesco Bosco delle Cicale Langhe Freisa 1 2006 De Forville Langhe Nebbiolo Vendemmia 1 2006 Jean-Louis Chave Selection Cotes-du-Rhone Mon Coeur 1 2006 Saint Cosme Cotes-du-Rhone | Sold | 24 | 554 | $621.00 |
| 70 | 1 2004 Ridgetop Partners Pinot Noir, Sonoma Coast, Experimental Lot 1 2005 Aston Estate Clone 115/667 Pinot Noir, Sonoma Coast 1 2005 Aston Estate Clone 777 Pinot Noir, Sonoma Coast 1 2006 Aston Estate Clone 115/667 Pinot Noir, Sonoma Coast 2 2006 Aston Estate Clone 777 Pinot Noir, Sonoma Coast | Sold | 27 | 540 | $306.00 |
| 71 | 1 1993 Brunello Di Montalcino, Livio Sassetti 1 1998 Giacomo Borgogno Barolo 2 2000 Torrione-Petrolo Toscana 1 2001 Il Carbonaione Podere Poggio Scalette | Sold | 39 | 585 | $380.00 |

| | | | | | |
|---|---|---|---|---|---|
| 72 | 2 2004 Baileyana Pinot Noir Firepeak Vineyard, Edna Valley 2 2004 Stolpman Hilltops Syrah, Santa Ynez Valley 1 2004 Stolpman Syrah, Estate Grown, Santa Ynez Valley 2 2004 Tallulah Syrah, Sonoma Coast 3 2005 Owen Roe "Ex-Umbris" Syrah & Pinot Noir Kilmore  2 2005 Sinister Hand, Columbia Valley | Sold | 18 | 598 | $312.00 |
| 73 | 3 2006 Cliff Lede Cabernet Sauvignon, Stags Leap District  3 2006 Cliff Lede Claret, Stags Leap District | Sold | 54 | 584 | $414.00 |
| 74 | 1 2000 Fougeray de Beauclair Marsannay Saint-Jacques 2 2002 Camus Bruchon Savigny-les-Beaune 1 2002 Louis Latour Pommard-Epenots Premier Cru 1 2003 Domaine AF Gros Bourgogne Pinot Noir 1 2003 Domaine de Beaurenard Chateauneuf-du-Pape 1 2003 Notre Dame Hommge de Cousignac Cotes A Leon Pommier Cotes du Rhone 1 2004 Chateau D'as Graves Grand Vin 1 2004 Lucien Crochet Sancerre la Croix du Roy 1 2006 Leocadie Fernand Averoux Domaine Sainte Leocadie Minervois 1 2006 Olivier Leflaive Bourgogne Cuvee Margot 1 2006 Philippe Chivee Chateau Saint-Jean Chateauneuf-du-Pape | Sold | 32 | 585 | $492.00 |
| 75 | 3 2007 Cliff Lede High Fidelity, Napa Valley 1 1993 Roagna La Rocca e la Pira Barolo Riserva | Sold | 43 | 544 | $208.00 |
| 76 | 2 2004 Cliff Lede Cabernet Sauvignon, Beckstoffer Dr. Crane Vineyard 3 2004 Cliff Lede Cabernet Sauvignon, Stagecoach Vineyard 1 2004 Cliff Lede Cabernet Sauvignon, Stags Leap District | Sold | 29 | 544 | $294.00 |
| 77 | 2 2006 Cliff Lede Cabernet Sauvignon, St. Helena, Napa Valley 3 2006 Cliff Lede Moon Sympathy Stags Leap District | Sold | 38 | 544 | $310.00 |
| 78 | 3 2008 Cliff Lede Lonely Wizard Stags Leap District 1 2009 Robert Biale Rocky Ridge Vineyards Rockpile Zinfandel 1 2009 Robert Biale Zinfandel, Old Kraft Vineyard, St Helena, Napa Valley 1 2009 Robert Biale Zinfandel, Varozza Vineyard, St. Helena, Napa Valley | Sold | 41 | 535 | $234.00 |
| 79 | 3 2005 Vieux-OS Hell Hole Cuvee Old Vine Zinfandel 2 2005 Vieux-OS Tofanelli Vineyard Old Vine Zinfandel 1 2005 Vieux-OS Tofanelli Vineyard Old Vine Zinfandel | Sold | 24 | 556 | $168.00 |
| 80 | 3 2002 Hoopes Vineyard Cabernet Sauvignon, Oakville Napa Valley 1 2003 Upslope Syrah Santa Barbara County 2 Opus One Overture Napa Valley Red Wine | Sold | 49 | 584 | $726.00 |
| 81 | 1 2003 Domaine de Beaurenard Chateauneuf-du-Pape 1 2003 Paul Autard Cuvee la Cote Ronde Chateauneuf-du-Pape 1 2004 Chateau Le Gay Pomerol 2 2004 Le Vieux Donjon Chateauneuf-du-Pape | Sold | 32 | 585 | $260.00 |
| 82 | 12 2003 Lemelson Vineyards, Cuvee X Pinot Noir, Willamette Valley | Sold | 53 | 556 | $564.00 |
| 83 | 3 2005 Cliff Lede Cabernet Sauvignon, Diamond Mountain 2 2005 Cliff Lede Cabernet Sauvignon, Howell Mountain 4 2004 Jayson Red Wine, Napa Valley 1 2001 Darioush Napa Valley Cabernet Sauvignon 1 2002 St. Clement Oroppas Cabernet Sauvignon 2 2003 Cliff Lede Napa Valley Cabernet Sauvignon Beckstopper Dr. Crane Vineyard | Sold | 39 | 544 | $793.00 |
| 84 | 1 2003 Pahlmeyer, Napa Valley Red Wine, 1.5L | Sold | 73 | 521 | $226.00 |
| 85 | 1 2004 Tallulah Syrah, Sonoma Coast 1 2007 Breggo Pinot Noir, Anderson Valley 4 2007 Cliff Lede Napa Valley Claret | Sold | 19 | 540 | $144.00 |
| 86 | 1 2008 Cliff Lede Cabernet Sauvignon, Stags Leap District,  3 2008 Cliff Lede High Fidelity, Napa Valley | Sold | 27 | 544 | $156.00 |
| 87 | 1 2003 Poetry Cabernet Sauvignon, Stags Leap District, Napa Valley, 1.5L | Sold | 118 | 584 | $801.00 |
| 88 | 12 2005 Pouilly-Fume Cuvee de Boisfleury | Sold | 24 | 556 | $384.00 |
| 89 | 3 2004 Turley Paso Robles Zinfandel, Pesenti Vineyards | Sold | 24 | 558 | $78.00 |
| 90 | 7 Schramsberg Mirabelle Brut Rose Methode Champenoise 1 Veuve Clicquot Ponsardin Brut Champagne | Sold | 18 | 541 | $280.00 |
| 91 | 1 2004 Robert Biale Petite Sirah, Thomann Station, Napa Valley 3 2005 Robert Biale Barbera Gaudi Carli Vineyard, Napa Valley 2 2005 Robert Biale Zinfandel, Valsecchi Vineyard, Sonoma Valley | Sold | 41 | 555 | $228.00 |
| 92 | 4 2002 Van Duzer Estate Pinot Noir Willamette Valley Oregon | Sold | 24 | 540 | $160.00 |

| | | | | | |
|---|---|---|---|---|---|
| 93 | 2 2003 Clos Du Val Napa Valley Cabernet Sauvignon 1 2004 Clos Du Val Napa Valley Chardonnay Carneros 1 2004 Clos Du Val Napa Valley Pinot Noir Carneros | Sold | 26 | 556 | $100.00 |
| 94 | 1 2007 Robert Biale Sangiovese, Nonna's Vineyard 1 2007 Robert Biale Zinfandel, Black Chicken 1 2007 Robert Biale Zinfandel, Old Crane Ranch 1 2007 Robert Biale Zinfandel, Varozza Vineyard | Sold | 21 | 540 | $88.00 |
| 95 | 1 2005 Robert Biale Petite Syrah Royal Punishers, Napa Valley 1 2005 Robert Biale Zappa Proprietary Red Wine, Napa Valley 1 2005 Robert Biale Zinfandel Monte Rosso, Sonoma Valley 1 2005 Robert Biale Zinfandel Stagecoach Vineyards, The Biale Block, Napa Valley | Sold | 20 | 583 | $96.00 |
| 96 | 1 2004 Hill Climber Pilgrimage Syrah 1 2004 Robert Biale Petite Sirah, Thomann Station 1 2005 Robert Biale Zinfandel, Aldo's Vineyard 1 2015 Robert Biale Sangiovese, Nonna's Vineyard 1 2005 Robert Biale Vineyards Petite Sirah Thomann Station, Napa Valley 1 2006 Robert Biale Vineyards Grande Vineyard, Napa Valley 1 2006 Robert Biale Vineyards Party Line, Napa Valley 1 2006 Robert Biale Vineyards Stagecoach Vineyard The Biale Block 1 2006 Robert Biale Sangiovese, Nonna's Vineyard 1 2006 Robert Biale Zinfandel, Black Chicken, Napa Valley 1 2006 Robert Biale Zinfandel, Old Crane Ranch 1 2006 Robert Biale Zinfandel, Old Kraft Vineyard 1 2006 Robert Biale Barbera, Carli/Somerston Vineyards, Napa Valley 1 2006 Robert Biale Petite Sirah Royal Punishers, Napa Valley 1 2006 Robert Biale Zinfandel Aldo's Vineyard, District of Napa Valley 1 2006 Robert Biale Zinfandel Monte Rosso, Sonoma Valley | Sold | 32 | 556 | $480.00 |
| 97 | 1 2002 Cliff Lede Cabernet Sauvignon, Stags Leap District, Napa Valley | Sold | 31 | 521 | $56.00 |
| 98 | 1 2003 Cliff Lede Cabernet Sauvignon, Beckstoffer Dr. Crane Vineyard (Napa Valley Silver Anniversary) 1 2004 Cliff Lede Petite Sirah, North Coast 1 2004 Cliff Lede Pinot Noir Carneros, Napa Valley 1 2005 Cliff Lede Vineyards Sauvignon Blanc, Napa Valley | Sold | 43 | 536 | $184.00 |
| 99 | 6 2006 Turley Lodi Zinfandel, Dogtown Vineyard 1 2003 Grand Vin Du Chateau Bernadotte Haut-Medoc 5 2007 Cliff Lede Cabernet Sauvignon, Stags Leap District, Napa Valley | Sold | 27 | 544 | $396.00 |
| 100 | 2 2003 Behrens & Hitchcock Winery The Contender, Napa Valley | Sold | 32 | 544 | $74.00 |
| 101 | 2 2001 S. Anderson Brut Rose 2 2003 Cliff Lede Napa Valley Cabernet Sauvignon, Diamond Mountain | Sold | 23 | 592 | $92.00 |
| 102 | 2 2002 Robert Sinskey Vineyards Reserve, Napa Valley 2 2004 Robert Sinskey Vineyards Vandal Cabernet Franc, Los Carneros, Napa Valley 2 2004 Robert Sinskey Pinot Noir Los Carneros, Three Amigos Vineyard  2 2005 Robert Sinskey Pinot Noir Los Carneros | Sold | 32 | 549 | $256.00 |
| 103 | 1 2007 Sea Smoke Chardonnay, Santa Barbara County, 1.5L, Napa Valley | Sold | 28 | 529 | $55.00 |
| 104 | 1 2006 Robert Biale Petite Sirah Thomann Station, St. Helena, Napa Valley 1 2007 Robert Biale Carli Somerston, Napa Valley 1 2007 Robert Biale Petite Sirah Royal Punishers, Napa Valley 1 2007 Robert Biale Zinfandel, Sonoma Valley 1 2008 Robert Biale Zinfandel, Black Chicken, Napa Valley 1 2008 Robert Biale Zinfandel, Grande Vineyard, Napa Valley 1 2008 Robert Biale Zinfandel, Old Kraft Vineyard, St. Helena, Napa Valley 1 2008 Robert Biale Zinfandel, Varozza Vineyard, St. Helena, Napa Valley | Sold | 28 | 536 | $248.00 |
| 105 | 2 1998 S. Anderson Brut Extreme 2 2000 S. Anderson Blanc de Blancs 1 2005 Robert Sinskey Cabernet Franc Vandal Vineyard Los Carneros, Napa Valley 1 2005 Robert Sinskey Cabernet Sauvignon, Vandal Vineyard Los Carneros, Napa Valley 1 2005 Robert Sinskey Pinot Noir Los Carneros, Napa Valley 1 1998 S. Anderson Blanc de Blancs 2 1999 S. Anderson Blanc de Blancs 1 2000 S. Anderson Brut 2 1997 S. Anderson Diva Sparkling Wine, Napa Valley | Sold | 24 | 556 | $312.00 |

| | | | | | |
|---|---|---|---|---|---|
| 106 | 1 2004 Robert Biale Barbera Gaudi Carli Vineyard, Napa Valley 1 2004 Robert Biale Royal Punishers Petite Sirah, Napa Valley 1 2004 Robert Biale Zappa Proprietary Red Wine, Napa Valley 1 2004 Robert Biale Zinfandel Monte Rosso, Sonoma Valley 1 2005 Robert Biale Zinfandel, Black Chicken 1 2005 Robert Biale Zinfandel, Grande Vineyard 1 2005 Robert Biale Zinfandel, Party Line 1 2007 Robert Biale Old Kraft Vineyard, St. Helena, Napa Valley 1 2007 Robert Biale Zinfandel Aldo's Vineyard, Napa Valley 1 2007 Robert Biale Zinfandel Grande Vineyard, Napa Valley 1 2007 Robert Biale Zinfandel, Stagecoach Vineyard, Viale Block St. Helena, Napa Valley | Sold | 22 | 506 | $275.00 |
| 107 | 1 1999 Livio Sassetti & Figli Brunello Di Montalcino Red Wine 1 2004 Domaine Saint Prefert Reserve Auguste Favier, Chateauneuf du Pape  1 2006 Livio Sassetti & Figli Rosso Di Montalcino Red Wine | Sold | 33 | 558 | $132.00 |
| 108 | 2 1999 S. Anderson Brut, Late Disgorged, Napa Valley 1 2004 Cliff Lede Claret, Napa Valley  1 2004 Cliff Lede Pinot Noir Carneros, Napa Valley  2 2004 Hill Climber Pilgrimage Syrah Napa Valley 1 2005 Robert Biale Zinfandel, Party Line 1 2005 Robert Sinskey Los Carneros Pinot Noir, Capa Vineyard 2 2006 Robert Sinskey Pinot Gris Late Los Carneros, 375 ml. 2 2007 Robert Sinskey Vineyard Pinot Noir Los Carneros 1 2004 Pahlmeyer Jayson Red Wine, Napa Valley 1 2005 Pahlmeyer Jayson Pinot Noir, Sonoma Coast 3 2006 Robert Sinskey POV Red Wine, Napa Valley 3 2003 Worthy Sophia's Cuvee, Napa Valley | Sold | 38 | 549 | $740.00 |
| 109 | 2 2002 Van Duzer Estate Pinot Noir, Willamette Valley 1 2004 Crozes Hermitage Les Hautes Blaches 1 2004 Saint Benoit Millesime Chateauneuf-du-Pape 1 2000 Chateau Martinens Margaux 2 2001 Chateau Larmande Saint-Emilion Grand Cru 3 2002 Domaine Maillard Pere et Fils Savigny-les-Beaune 1 2003 Domaine de la Charbonniere Vacqueyras 3 2004 Chateau Fleur Cardinale Saint-Emilion Grand Cru 1 2005 Domaine "La Garrigue" Cuvee Romaine, Cotes du Rhone  1 2005 Volnay Nicholas Potel 1 2001 Ramsay North Coast Pinot Noir, Lot #16 1 2003 Cliff Lede Syrah, Napa Valley 2 2004 Cliff Lede Sauvignon Blanc, Napa Valley 2 2009 Cliff Lede Sauvignon Blanc, Napa Valley 1 2001 RockBare Shiraz, Barossa Valley 2 2001 Bressy-Masson Rasteau Cuvee Paul Emile 1 2001 Qupe Syrah Central Coast 1 2003 Jake-Ryan Cellars Syrah, Lodi Sueno Vineyard 1 2004 Cliff Lede Napa Valley Sauvignon Blanc 1 2004 Domaine Grand Veneur Cotes du Rhone Villages, Les Champauvins | Sold | 27 | 535 | $1,131.00 |
| 110 | "Framed original Cibachrome photograph   "White Dogwood Canopy, Kentucky, 2000", 30" x 30"   signed in pencil Christopher Burkett on lower right hand corner  of mat, on back marked printed 2004, Print #45," | Sold | 104 | 529 | $1,401.00 |
| 111 | "Framed Leroy Neiman F.X. McRory's Whiskey Bar  Seattle  offset  lithograph poster, 18" x 36" image size, published 1980   poster is hand signed by Leroy Neiman" | Sold | 38 | 529 | $166.00 |
| 112 | Framed Limited Edition print "Carnival Folk"  7 ½" x 17 ¾"  signed Lenore Simon, Edition 3/100 | Sold | 30 | 585 | $59.00 |
| 113 | Framed Plaza de Toros de Toledo Bullfighting Poster, 20"x40" | Sold | 34 | 585 | $89.00 |
| 114 | "Framed motorcycles Comiot (Advertising poster) Image size 18" x 25", Artist: Steinlen  This poster is a production of an original vintage poster" | Sold | 9 | 591 | $49.00 |
| 115 | "Framed wall mirror,30" x 30" w/ abstract printed design     (frame damaged)  Framed print Italian Villa Home, 18 ½" x 24 ½"   (The Great Frame Up) Frame print, vases/flowers, 20" x 30" (damaged)" | Sold | 3 | 578 | $9.00 |
| 116 | Samick Rolling Rock Promotional Hollow Body 2000's Emerald Green Guitar | Sold | 53 | 570 | $152.00 |
| 117 | Durst Model M301 Photo Enlarger Camera | Sold | 35 | 552 | $60.00 |
| 118 | Greco Roman Torchiere Table Lamp | Not Sold | 0 | | $0.00 |
| 119 | Greco Roman Porcelain Table Lamp | Sold | 6 | 552 | $6.00 |
| 120 | Brushed Stainless Steel Torchiere | Sold | 10 | 529 | $11.00 |

| | | | | | |
|---|---|---|---|---|---|
| 121 | Moroccan Metal Candle Lantern & 2 Serving Trays | Sold | 5 | 529 | $6.00 |
| 122 | Technics SL-220 Record Playor Turntable (cracked plastic cover) | Sold | 8 | 579 | $11.00 |
| 123 | Marble Top Bistro Table, 24" Dia  w/ 2 Metal Chairs | Sold | 22 | 523 | $59.00 |
| 124 | 2- Piece Modular Wood Bookcase | Sold | 2 | 579 | $3.00 |
| 125 | James-Philip 1960's maple illuminated bar cabinet | Sold | 2 | 579 | $3.00 |
| 126 | Leather Upholstered Sofa w/ Matching Leather Upholstered Arm Chair | Sold | 93 | 523 | $331.00 |
| 127 | Wood Frame Upholstered Arm Chairs | Sold | 23 | 523 | $102.00 |
| 128 | Wood Coffee Table w/ Carera Marble Top, 19"x60" | Sold | 13 | 579 | $20.00 |
| 129 | Mid Century Modern Day Bed | Not Sold | 0 | | $0.00 |
| 130 | Upholstered Arm Chair | Not Sold | 0 | | $0.00 |
| 131 | Wooden Chair w/ Upholstered Seat Shower Stool Decorative Urn 3-Draw Portable Wood Side Table | Sold | 2 | 579 | $3.00 |
| 132 | Canon ImageRunner 4570 Copy Machine (2005) | Not Sold | 0 | | $0.00 |
| 133 | Ricoh Aficio CL4000DN Laser Printer (2004) | Sold | 1 | 572 | $1.00 |
| 134 | 2-Door Household Refrigerator Freezer | Sold | 2 | 552 | $3.00 |
| 135 | Compaq Server Rack Cabinets | Not Sold | 0 | | $0.00 |
| 136 | Computer Server | Sold | 8 | 572 | $9.00 |
| 137 | Formica Top Conference Table, 7' | Sold | 1 | 514 | $1.00 |
| 138 | Formica Top, Single Pedestal Office Table, 42" Dia | Not Sold | 0 | | $0.00 |
| 139 | Formica Top, Office Table, 30"x60" | Not Sold | 0 | | $0.00 |
| 140 | Solid Wood Office Desk (Dismantled) | Not Sold | 0 | | $0.00 |
| 141 | Metal Upholstered Swivel Arm Chairs | Not Sold | 0 | | $0.00 |
| 142 | 5-Draw Metal Lateral File Cabinets | Not Sold | 0 | | $0.00 |
| 143 | 4-Draw Metal Lateral File Cabinet | Sold | 2 | 566 | $2.00 |
| 144 | 3-Draw Metal Lateral File Cabinet | Sold | 2 | 514 | $6.00 |
| 145 | APC Rolling Server Cabinet | Sold | 1 | 594 | $3.00 |
| 146 | Canon H12229 Printer w/ 2-Door Rolling Stationary Cabinet | Sold | 1 | 552 | $3.00 |
| 147 | Bell & Howell Autoload Projector w/Projector Screen | Sold | 3 | 529 | $3.00 |
| 148 | Vintage General Electric Waffle Iron & Vintage Sunbeam Mixer | Sold | 3 | 560 | $3.00 |
| 149 | 8pc. Aluminum Ingredient Canisters & (2) Silver Serving Trays | Sold | 1 | 560 | $3.00 |
| 150 | (5) Assorted Fake Replica Meat Statues | Sold | 1 | 592 | $3.00 |
| 151 | Clay Decorative Vase | Sold | 1 | 514 | $1.00 |
| 152 | Dell Computer Monitors | Sold | 1 | 552 | $6.00 |
| 153 | Polycom Phone, Red High Heel Fashion Phone, Flush Mount Fixture & Electric Menorah | Sold | 1 | 592 | $3.00 |
| | **Total** | | | | **$50,043.00** |