UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

A. ATKINS APPRAISAL CORPORATION
122 Clinton Road,
Fairfield, New Jersey  07004
(973) 227-1900

Order Filed on July 20, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a
MARK ANDREOTTI d/b/a PRAETORIAN
INVESTOR SERVICES,

Debtor.

Case No.: 17-15603

Judge: JKS

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 20, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Mark Anthony Andreottis, II aka Mark Andreotti dba Praetorian Investor Services

Case No.: 17-15603

Caption of Order:    Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| A. Atkins Appraisal Corp. | $ 3,975.00 | $ 213.86 |