| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **STARK & STARK**<br>A Professional Corporation<br>Jennifer D. Gould, Esquire 034681997<br>993 Lenox Drive, Bldg. 2<br>Lawrenceville, NJ 08648-2389<br>(609) 896-9060<br>E-mails: jgould@stark-stark.com<br>Attorneys for 811 Willow Ave. Condo Association |

| | |
|---|---|
| In re:<br><br>MARK A. ANDREOTTIS<br><br>     Debtor. | CHAPTER 7<br><br><br><br>CASE NO. 17-15603 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

  PLEASE TAKE NOTICE that Stark & Stark, P.C., counsel for 811 Willow Ave. Condo Association appears and demands, pursuant to Federal Rules of Bankruptcy Procedure 2001, 9007 and 9010(b), that all notices given or required to be given in this case and all papers service or required to be served in this case be given to and served upon the undersigned attorneys on its behalf, at the address set forth:

      Jennifer D. Gould, Esquire
      Stark & Stark, P.C.
      993 Lenox Drive
      Building 2
      Lawrenceville, NJ  08648
      Phone: (609) 896-9060
      Facsimile: (609) 896-0629
      E-mail: jgould@stark-stark.com

  PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices of papers referred to in the Federal Rules of Bankruptcy Procedures specified above, but also without limitation, orders and notices of any application, motion, petition, pleading, request,

complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telefax or otherwise which affect or seek to affect in any way the Debtor or property or proceeds in which the Debtor may claim an interest.

                STARK & STARK, P.C.

                By: /s/ Jennifer D. Gould
                      Jennifer D. Gould, Esquire

Dated: July 24, 2018           Attorneys for 811 Willow Ave. Condo Association

4830-1186-6222 v. 1