UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

Order Filed on July 20, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a
MARK ANDREOTTI d/b/a PRAETORIAN
INVESTOR SERVICES,

Debtor.

Case No.: 17-15603

Judge: JKS

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 20, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Mark Anthony Andreottis, II aka Mark Andreotti dba Praetorian Investor Services

Case No.: 17-15603

Caption of Order: Order Granting Allowances

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| A. Atkins Appraisal Corp. | $ 3,975.00 | $ 213.86 |

United States Bankruptcy Court
District of New Jersey

In re:
Mark Anthony Andreottis, II
    Debtor

Case No. 17-15603-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 6       Date Rcvd: Jul 23, 2018
                            Form ID: pdf903    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2018.
db        +Mark Anthony Andreottis, II,   USP Lewisburg,   Post Office Box 1000,
             Lewisburg, PA 17837-1000
aty      +Forman Holt,   66 route 17 North, First Fl,   Paramus, NJ 07652-2672
aty      +McCabe Weisberg& Conway. PC,   216 Haddon Avenue Suite 600,   Westmont, NJ 08108-2814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2018 at the address(es) listed below:
             Aleisha Candace Jennings   on behalf of Auctioneer    AJ Willner Auctions LLC ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Creditor    New Jersey Title Insurance Company
               ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Auctioneer    A.J. Willner Auctions, LLC
               ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Trustee Charles M. Forman ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Creditor    Ditech Financial LLC ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Debtor Mark Anthony Andreottis, II ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Creditor    811 Willow Ave Condo Assoc.
               ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Creditor    DITECH FINANCIAL ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Creditor    Travelers Insurance Co. ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of U.S. Trustee    United States Trustee ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
               LLC ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of U.S. Trustee    U.S. Trustee ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Attorney    Maciag Law, LLC ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Appraiser    A. Atkins Appraisal Company
               ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Creditor    Kearny Bank ajennings@rasflaw.com
             Aleisha Candace Jennings   on behalf of Appraiser    A.Atkins Appraisal Corp. ajennings@rasflaw.com
             Alexandra T. Garcia   on behalf of U.S. Trustee    United States Trustee NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
             Alexandra T. Garcia   on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
             Alexandra T. Garcia   on behalf of Debtor Mark Anthony Andreottis, II NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
             Alexandra T. Garcia   on behalf of Auctioneer    AJ Willner Auctions LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
             Alexandra T. Garcia   on behalf of Trustee Charles M. Forman NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
             Alexandra T. Garcia   on behalf of Creditor    OCWEN LOAN SERVICING LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
             Alexandra T. Garcia   on behalf of Attorney    Maciag Law, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
             Alexandra T. Garcia   on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com

```
District/off: 0312-2           User: admin                Page 2 of 6                   Date Rcvd: Jul 23, 2018
                               Form ID: pdf903            Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Alexandra T. Garcia    on behalf of U.S. Trustee    U.S. Trustee NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Auctioneer    A.J. Willner Auctions, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    New Jersey Title Insurance Company
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Appraiser    A. Atkins Appraisal Company NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Kearny Bank NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Travelers Insurance Co. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Appraiser    A.Atkins Appraisal Corp. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    811 Willow Ave Condo Assoc. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    New Jersey Title Insurance Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Charles M. Forman    on behalf of Debtor Mark Anthony Andreottis, II cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    OCWEN LOAN SERVICING LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    A.J. Willner Auctions, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    U.S. Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    811 Willow Ave Condo Assoc. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    AJ Willner Auctions LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A. Atkins Appraisal Company cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Kearny Bank cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    New Jersey Title Insurance Company
               cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    DITECH FINANCIAL cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Travelers Insurance Co. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Attorney    Maciag Law, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A.Atkins Appraisal Corp. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    United States Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Trustee Charles M. Forman DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    OCWEN LOAN SERVICING LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Kearny Bank DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    New Jersey Title Insurance Company
               DFinkler.LawDJF@verizon.net
```

```
District/off: 0312-2                 User: admin                   Page 3 of 6                    Date Rcvd: Jul 23, 2018
                                     Form ID: pdf903               Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David J. Finkler    on behalf of Creditor    DITECH FINANCIAL DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    U.S. Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Auctioneer    AJ Willner Auctions LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    United States Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Attorney    Maciag Law, LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Debtor Mark Anthony Andreottis, II DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    811 Willow Ave Condo Assoc. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Appraiser    A. Atkins Appraisal Company
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Appraiser    A.Atkins Appraisal Corp. DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Debtor Mark Anthony Andreottis, II dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Kearny Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    OCWEN LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Auctioneer    A.J. Willner Auctions, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    811 Willow Ave Condo Assoc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Title Insurance Company
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A.Atkins Appraisal Corp. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank NA dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Trustee Charles M. Forman dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Attorney    Maciag Law, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Travelers Insurance Co. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    United States Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A. Atkins Appraisal Company dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    U.S. Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Auctioneer    AJ Willner Auctions LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim R. Lynch    on behalf of Auctioneer    AJ Willner Auctions LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Travelers Insurance Co. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Debtor Mark Anthony Andreottis, II klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    811 Willow Ave Condo Assoc. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Kearny Bank klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Appraiser    A. Atkins Appraisal Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    OCWEN LOAN SERVICING LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    DITECH FINANCIAL klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Appraiser    A.Atkins Appraisal Corp. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of U.S. Trustee    U.S. Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of U.S. Trustee    United States Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Attorney    Maciag Law, LLC klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
               klynch@formanlaw.com,   kanema@formanlaw.com
```

```
District/off: 0312-2          User: admin                  Page 4 of 6                   Date Rcvd: Jul 23, 2018
                              Form ID: pdf903              Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kim R. Lynch    on behalf of Creditor    New Jersey Title Insurance Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch    on behalf of Auctioneer    A.J. Willner Auctions, LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor     DITECH FINANCIAL bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer     A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer     AJ Willner Auctions LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser     A. Atkins Appraisal Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser     A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     Kearny Bank bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     New Jersey Title Insurance Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Attorney     Maciag Law, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor     Travelers Insurance Co. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Meaghan   Tuohey    on behalf of Creditor    DITECH FINANCIAL meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Attorney    Maciag Law, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of U.S. Trustee    United States Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Debtor Mark Anthony Andreottis, II meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    Travelers Insurance Co. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Auctioneer    A.J. Willner Auctions, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               meaghan@2eklaw.com,  G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Appraiser    A.Atkins Appraisal Corp. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of U.S. Trustee    U.S. Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    OCWEN LOAN SERVICING LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    Kearny Bank meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Trustee Charles M. Forman meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    New Jersey Title Insurance Company meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Auctioneer    AJ Willner Auctions LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    Ditech Financial LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Appraiser    A. Atkins Appraisal Company meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis    on behalf of Attorney    Maciag Law, LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    811 Willow Ave Condo Assoc. michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    Ditech Financial LLC michael.a.artis@usdoj.gov
```

```
District/off: 0312-2                  User: admin                    Page 5 of 6                  Date Rcvd: Jul 23, 2018
                                      Form ID: pdf903                Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Michael A. Artis     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Auctioneer    A.J. Willner Auctions, LLC michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    DITECH FINANCIAL michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Trustee Charles M. Forman michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Appraiser    A.Atkins Appraisal Corp. michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    Travelers Insurance Co. michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    Kearny Bank michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Debtor Mark Anthony Andreottis, II michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    OCWEN LOAN SERVICING LLC michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Auctioneer    AJ Willner Auctions LLC michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Creditor    New Jersey Title Insurance Company
               michael.a.artis@usdoj.gov
              Michael A. Artis     on behalf of Appraiser    A. Atkins Appraisal Company michael.a.artis@usdoj.gov
              Miriam Rosenblatt     on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    New Jersey Title Insurance Company
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam Rosenblatt     on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Murphy Durkin     on behalf of U.S. Trustee    U.S. Trustee maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Creditor    OCWEN LOAN SERVICING LLC maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Appraiser    A. Atkins Appraisal Company maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Trustee Charles M. Forman maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Creditor    Travelers Insurance Co. maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Creditor    DITECH FINANCIAL maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Auctioneer    A.J. Willner Auctions, LLC maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Creditor    New Jersey Title Insurance Company
               maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Debtor Mark Anthony Andreottis, II maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Creditor    811 Willow Ave Condo Assoc. maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Attorney    Maciag Law, LLC maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Auctioneer    AJ Willner Auctions LLC maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Creditor    Ditech Financial LLC maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of Appraiser    A.Atkins Appraisal Corp. maresta@durkinlawfirm.com
              Murphy Durkin     on behalf of U.S. Trustee    United States Trustee maresta@durkinlawfirm.com
              Nicholas V. Rogers     on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Nicholas V. Rogers     on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
```

```
District/off: 0312-2          User: admin              Page 6 of 6              Date Rcvd: Jul 23, 2018
                              Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Nicholas V. Rogers    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    New Jersey Title Insurance Company
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Debtor Mark Anthony Andreottis, II efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    811 Willow Ave Condo Assoc. efile.wjl@kaplaw.com
              William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    DITECH FINANCIAL efile.wjl@kaplaw.com
              William J. Levant    on behalf of U.S. Trustee    U.S. Trustee efile.wjl@kaplaw.com
              William J. Levant    on behalf of Appraiser    A.Atkins Appraisal Corp. efile.wjl@kaplaw.com
              William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Appraiser    A. Atkins Appraisal Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    A.J. Willner Auctions, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Travelers Insurance Co. efile.wjl@kaplaw.com
              William J. Levant    on behalf of U.S. Trustee    United States Trustee efile.wjl@kaplaw.com
              William J. Levant    on behalf of Attorney    Maciag Law, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    AJ Willner Auctions LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Kearny Bank efile.wjl@kaplaw.com
              William J. Levant    on behalf of Trustee Charles M. Forman efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    OCWEN LOAN SERVICING LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               efile.wjl@kaplaw.com
                                                                                             TOTAL: 245
```