UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
10 Grove Street, 2nd Floor
Haddonfield, NJ 08033
(856) 499-3335
cboyle@b-vlaw.com

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,

Debtor.

Chapter: 7

Case No.: 17-15603

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Boyle & Valenti Law hereby enters its appearance as counsel for the debtor, Mark Andreottis, II. Pursuant to Federal Rules of Bankruptcy Procedure 2001, 9007 and 9010, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned attorneys on its behalf, at the address set forth:

> Carrie J. Boyle, Esquire
> Boyle & Valenti Law, P.C.
> 10 Grove Street
> Haddonfield, NJ 08033
> Phone: 856-499-3335
> Fax: 856-499-3304

Representation is limited to the lead case. Boyle & Valenti Law limits the current scope of representation to exclude any existing or future adversary proceedings.

Dated: August 3, 2018                                                                 Boyle & Valenti Law, P.C.
                                                                                                    */s/Carrie J. Boyle*
                                                                                                    Carrie J. Boyle