| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on August 20, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>                      Debtor. | Chapter: 7<br><br>Case No.: 17-15603 (JKS) |

**CONSENT ORDER FURTHER EXTENDING THE
TIME TO OBJECT TO DEBTOR'S DISCHARGE**

The relief set forth on the following page, numbered two (2) be and hereby is **ORDERED**.

DATED: August 20, 2018

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0028972 - 1

Debtors: Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services
Case No.: 17-15603 (JKS)
Caption: Consent Order Further Extending Time to Object to Debtor's Discharge

**THIS MATTER,** having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Service (the "Debtor"), through his attorneys, Forman Holt, for the entry of a consent order further extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including November 4, 2018, without prejudice to further extension.

The undersigned consent to the
form and entry of this Order.

| | |
|---|---|
| BOYLE & VALENTI LAW, P.C. | FORMAN HOLT |
| Attorneys for Debtor | Attorneys for Trustee |
| | |
| By: */s/ Carrie J. Boyle* | By: */s/ Kim R. Lynch* |
|     Carrie J. Boyle |     Kim R. Lynch |
| | |
| Dated: August 2, 2018 | Dated: August 3, 2018 |

F0028972 - 1