UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 17-15603 |
| | : | CHAPTER: 7 |
| Mark Anthony Andreottis, II | : | |
| *Aka Mark Andreotti* | : | **NOTICE OF APPEARANCE** |
| *Dba Praetorian Investor Svcs* | : | |
| | : | HON. JUDGE.: |
| Debtor | : | JOHN K. SHERWOOD |
| | : | |
| | : | |
| | : | |
| | : | |

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 7 case on behalf of SN Servicing Corporation, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation
> 85 Broad Street, Suite 501
> New York, New York 10004
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: August 28, 2018
      New York, New York

                                      By: /s/ Jonathan Schwalb, Esq.
                                      Jonathan Schwalb, Esq.
                                      FRIEDMAN VARTOLO, LLP
                                      Attorneys for SN Servicing Corporation
                                      85 Broad Street, Suite 501
                                      New York, New York 10004
                                      T: (212) 471-5100
                                      F: (212) 471-5150

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Attorneys for SN Servicing Corporation | Case No.:  17-12603<br><br>Chapter:  7 |
| In Re:<br><br>Mark Anthony Andreottis, II | Adv. No.: _____<br><br>Hearing Date: _____<br><br>Hon. Judge:  John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, Theodore Weber :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents SN Servicing Corporation in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On August 28, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 28, 2018                    /s/ Theodore Weber
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mark Anthony Andreottis, II<br>aka Mark Andreotti<br>dba Praetorian Investor Svcs<br>USP Lewisburg<br>Post Office Box 1000<br>Lewisburg, PA 17837 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Carrie J. Boyle<br>Boyle & Valenti Law<br>10 Grove Street<br>Haddonfield, NJ 08033<br><br>Murphy Durkin<br>Durkin & Durkin<br>1120 Bloomfield Avenue<br>West Caldwell, NJ 07007 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Denise E. Carlon<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 206<br>Westmont, NJ 08108 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Laura M. Egerman<br>RAS Citron, LLC<br>130 Clinton Road<br>Ste Lobby B, Suite 202<br>Fairfield, NJ 07004<br><br>David J. Finkler<br>Office of David J. Finkler<br>266 Harristown Road<br>Suite 203<br>Glen Rock, NJ 07452 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Charles M. Forman<br>Forman Holt<br>66 Route 17 North<br>Paramus, NJ 07652<br><br>Forman Holt<br>66 route 17 North, First Fl<br>Paramus, NJ 07652 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Alexandra T. Garcia<br>McCabe Weisberg & Conway<br>216 Haddon Avenue<br>Suite 303<br>Westmont, NJ 08108 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Aleisha Candace Jennings<br>Ras Citron LLC<br>130 Clinton Road<br>Suite 202<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| William J. Levant<br>Kaplin Stewart Meloff Reiter & Stein PC<br>1800 Chapel Avenue, Suite 320<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kim R. Lynch<br>Forman Holt<br>66 Route 17 North<br>Paramus, NJ 07652<br><br>McCabe Weisberg& Conway. PC<br>216 Haddon Avenue Suite 600<br>Westmont, NJ 08108 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Nicholas V. Rogers<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Suite 100<br>Mt Laurel, NJ 08054 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Meaghan Tuohey<br>Law Office of Meaghan Tuohey<br>10 Tilt Street<br>1st Floor<br>Haledon, NJ 07508 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrew L. Spivack<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road<br>Suite 100<br>Mt. Laurel, NJ 08054<br><br>Miriam Rosenblatt<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue<br>Ste 100<br>Boca Raton, FL 33487 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| United States Trustee<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |