UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone: (201) 845-1000
Facsimile: (201) 655-6650
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

| | |
|---|---|
| In Re: | Chapter: 7 |
| MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES, | Case No.: 17-15603 (JKS) |
| Debtor. | Hearing Date: October 16, 2018<br>Hearing Time: 10:00 a.m. |

### CERTIFICATION AND AGREEMENT BY TRUSTEE TO PAY FILING FEE

Charles M. Forman, the trustee in this matter states as follows:

1. I am the duly qualified and acting trustee.

2. I filed a Notice of Motion for Entry of an Order Authorizing Trustee to Sell Real Property Free and Clear of all Liens, Claims, Interest and Encumbrances Pursuant to 11 U.S.C. §§363(b) and (f) and the Interest of the Co-Owner Pursuant to 11 U.S.C. §363(h) without paying the required fee.

3. I agree, in my capacity as trustee, to pay the required filing fee.

4. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Charles M. Forman*            Charles M. Forman
Trustee (Signature)                Typed Name of Trustee

Dated: September 19, 2018

F0031964 - 1

NOTICE TO TRUSTEE

The filing fee for the captioned adversary proceeding filed on _____ is $_____.

                                              (Deputy Clerk)

F0031964 - 1