| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Mitchell Malzberg, Esq.<br>Law Offices of Mitchell J. Malzberg, LLC<br>PO Box 5122<br>6 E. Main Street, Suite 7<br>Clinton, NJ 08809<br>(908) 323-2958 – phone<br>(908) 933-0808 – fax<br>mmalzberg@mjmalzberglaw.com<br>Counsel to Kevin Murphy and Katia Montresor | |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II | Case No.:   17-15603/JKS<br><br>Chapter:     7<br><br>Judge:        John K. Sherwood |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Kevin Murphy and Katia Montresor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Mitchell Malzberg, Esq.
Law Offices of Mitchell J. Malzberg, LLC
PO Box 5122
6 E. Main Street, Suite 7
Clinton, NJ 08809

DOCUMENTS:

All documents and pleadings of any nature.

Date: September 20, 2018          */s/ Mitchell Malzberg*
                                                    Signature

*new.8/1/15*