| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | Case No.: 17-15603-JKS<br><br>Chapter 7<br><br>Judge: John K. Sherwood |
| In Re:<br><br>**MARK ANTHONY ANDREOTTIS, II**<br>**a/k/a MARK ANDREOTTI**<br>**d/b/a PRAETORIAN INVESTOR SERVICES,**<br><br>    Debtor. | |

**LIMITED REPSONSE TO MOTION FOR ENTRY OF AN ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§363(b) and (f) AND THE INTEREST OF THE CO-OWNER PURSUANT TO 11 U.S.C. §363(h)**

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR12 ("Secured creditor"), by and through undersigned counsel, hereby files its Limited Objection to Motion for Entry of an Order Authorizing Trustee to Sell Real Property Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§363(b) and (f) and the Interest of the Co-owner Pursuant to 11 U.S.C. §363(h) ("Motion") (Docket #175) and, in support thereof, states as follows:

1. Secured Creditor holds a first lien on the subject property located at 811 Willow Avenue 1S (Unit #2), Hoboken, New Jersey 07030 (the "Property").

2. On September 18, 2018, Charles M. Forman, Chapter 7 Trustee ("Trustee") filed Motion for Entry of an Order Authorizing Trustee to Sell Real Property Free and Clear of All Liens, Claims,

Interests and Encumbrances Pursuant to 11 U.S.C. §§363(b) and (f) and the Interest of the Co-owner Pursuant to 11 U.S.C. §363(h) ("Motion") and is seeking to sell the subject property for a sales price of $580,000.00.

3. The estimated payoff of Secured Creditor's lien is $464,763.27 as of September 26, 2018. Secured Creditor will provide an updated payoff at or near the scheduled closing of the sale.

4. Secured Creditor does not object to the Trustee's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up to date payoff quote.

5. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

6. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

7. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order denying the Trustee's Motion and for such other and further relief as the Court deems just and proper.

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Laura Egerman
Laura Egerman, Esquire
Bar ID: LE-8250
Email: legerman@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | Case No.:  17-15603-JKS<br><br>Chapter 7<br><br>Judge:  John K. Sherwood |
| **In Re:**<br><br>**MARK ANTHONY ANDREOTTIS, II**<br>**a/k/a MARK ANDREOTTI**<br>**d/b/a PRAETORIAN INVESTOR SERVICES,**<br><br>    Debtor. | |

## CERTIFICATION OF SERVICE AND PROOF OF MAILING

1.  I, <u>Laura Egerman, Esq.</u>, represent the Secured Creditor in the above-captioned matter.

2.  On <u>October 10, 2018</u>, I caused a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>*Limited Response to Motion for Entry of an Order Authorizing Trustee to Sell Real Property Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§363(b) and (f) and the Interest of the Co-owner Pursuant to 11 U.S.C. §363(h)*</u>.

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 10, 2018              /s/ _ Laura Egerman_____
                         Laura Egerman, Esq.

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Mark A. Andreottis<br>No. 67620-050<br>USP Lewisburg<br>Post Office Box 1000<br>Lewisburg, PA 17837 | Debtor | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Carrie J. Boyle, Esq<br>Boyle & Valenti Law, P.C.<br>10 Grove Street<br>Haddonfield, NJ 08033 | Attorney for Debtor | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Melissa Couch Andreottis<br>386 Brownstone Court<br>Wyckoff, NJ 07481 | Co-Owner | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Jeffrey Lester, Esq.<br>Braverman & Lester<br>374 Main Street<br>Hackensack, NJ 07601 | Attorney for Melissa Couch Andreottis | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |

| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>   (as authorized by court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

17-086848 - LaE