## SUBJECT

| Assessor's Parcel # | 00170-0000-00006-0000 | | Tax Year 2017 | | R.E. Taxes $ 6,724 |
|---|---|---|---|---|---|
| Project Name | 811 Willow AVe Condo Assoc. | | Map Reference Google | | Census Tract 0186.00 |
| Phase # 1 | | | | | |

Occupant: [ ] Owner [ ] Tenant [X] Vacant    Special Assessments $ 0.00    HOA $ 348 [ ] per year [X] per month

Property Rights Appraised: [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type: [X] Purchase Transaction [ ] Refinance Transaction [ ] Other (describe)

Lender/Client Wells Fargo Bank, N.A.    Address: 1525 West W.T. Harris Blvd, CHARLOTTE, NC 28262

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No

Report data source(s) used, offering price(s), and date(s). DOM Unk;Not listed on local MLS (HCMLS).

## CONTRACT

I [X] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.
Non-arms length sale;standard real estate contract. No value was given to non-realty items.

Contract Price $ 580,000    Date of Contract 09/17/2018    Is the property seller the owner of public record? [X] Yes [ ] No    Data Source(s) Tax records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No

If Yes, report the total dollar amount and describe the items to be paid. $0;;No financial assistance provided.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | Condominium Unit Housing Trends | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location [X] Urban [ ] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE | AGE | One-Unit | 20 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $(000) | (yrs) | 2-4 Unit | 70 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 300 Low | 0 | Multi-Family | 5 % |
| Neighborhood Boundaries 14th St to the north, Washington St to the east, Newark St to the south, | | | | | | 1500 High | 130 | Commercial | 5 % |
| Jackson St to the west. | | | | | | 500 Pred. | 100 | Other | % |

Neighborhood Description The subject neighborhood is a residential area comprised of variously styled one and two family dwellings in average condition. Some amounts of small commercial properties were noted. Essential services and most amenities are located within 0.5 mile and include adequate shopping and transportation.

Market Conditions (including support for the above conclusions) See Attached Addendum

## PROJECT SITE

Topography LEVELED    Size TYPICAL    Density TYPICAL    View N;Res;

Specific Zoning Classification R - 2    Zoning Description Residential Stabilization

Zoning Compliance [X] Legal [ ] Legal Nonconforming - Do the zoning regulations permit rebuilding to current density? [ ] Yes [ ] No
[ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | | | Public | Other (describe) | | | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | | [X] | | | Street ASPHALT | | [X] | |
| Gas | [X] | | Sanitary Sewer | | [X] | | | Alley NONE | | | |

FEMA Special Flood Hazard Area [X] Yes [ ] No    FEMA Flood Zone AE    FEMA Map # 34017C0106D    FEMA Map Date 08/16/2006

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.

## PROJECT INFORMATION

Data source(s) for project information Inspection, Condo Association, Property Management, Tax Records, MLS.

Project Description [ ] Detached [X] Row or Townhouse [ ] Garden [ ] Mid-Rise [ ] High-Rise [ ] Other (describe)

| General Description | | General Description | | Subject Phase | | If Project Completed | | If Project Incomplete | |
|---|---|---|---|---|---|---|---|---|---|
| # of Stories 5 | | Exterior Walls Brick | | # of Units | 10 | # of Phases | 1 | # of Planned Phases | |
| # of Elevators 0 | | Roof Surface Flat | | # of Units Completed | 10 | # of Units | 10 | # of Planned Units | |
| [X] Existing [ ] Proposed | | Total # Parking 0 | | # of Units For Sale | 0 | # of Units for Sale | 0 | # of Units for Sale | |
| [ ] Under Construction | | Ratio (spaces/units) 0 | | # of Units Sold | 10 | # of Units Sold | 10 | # of Units Sold | |
| Year Built 1908 | | Type n/a | | # of Units Rented | 3 | # of Units Rented | 3 | # of Units Rented | |
| Effective Age 10 | | Guest Parking 0 | | # of Owner Occupied Units | 7 | # of Owner Occupied Units | 7 | # of Owner Occupied Units | |

Project Primary Occupancy [X] Principal Residence [ ] Second Home or Recreational [ ] Tenant

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [X] No

Management Group - [ ] Homeowners' Association [ ] Developer [X] Management Agent - Provide name of management company. MBM Management

Does any single entity (the same individual, investor group, corporation, etc.) own more than 10% of the total units in the project? [ ] Yes [X] No If Yes, describe

Was the project created by the conversion of an existing building(s) into a condominium? [X] Yes [ ] No If Yes, describe the original use and the date of conversion.
Converted in June 2010 from multi family

Are the units, common elements, and recreation facilities complete (including any planned rehabilitation for a condominium conversion)? [X] Yes [ ] No If No, describe

Is there any commercial space in the project? [ ] Yes [X] No If Yes, describe and indicate the overall percentage of the commercial space.

## PROJECT INFORMATION

Describe the common elements and recreational facilities. Hallway

Are any common elements leased to or by the Homeowners' Association? ☐ Yes ☒ No   If Yes, describe the rental terms and options.

Is the project subject to a ground rent? ☐ Yes ☒ No   If Yes, $ _____ per year (describe terms and conditions) _____

Are the parking facilities adequate for the project size and type? ☒ Yes ☐ No   If No, describe and comment on the effect on value and marketability.

## PROJECT ANALYSIS

I ☐ did ☒ did not analyze the condominium project budget for the current year. Explain the results of the analysis of the budget (adequacy of fees, reserves, etc.), or why the analysis was not performed. **Not provided**

Are there any other fees (other than regular HOA charges) for the use of the project facilities? ☐ Yes ☒ No   If Yes, report the monthly facility charges and describe. _____

Compared to other competitive projects of similar quality and design, the subject unit charge appears ☐ High ☒ Average ☐ Low   If High or Low, describe.

Are there any special or unusual characteristics of the project (based on the condominium documents, HOA meetings, or other information) known to the appraiser? ☐ Yes ☒ No   If Yes, describe and explain the effect on value and marketability.

Unit Charge $ **348.00** per month X 12 = $ **4,176** per year   Annual assessment charge per year per square feet of gross living area = $ **5.42**

Utilities included in the unit monthly assessment ☐ None ☐ Heat ☐ Air Conditioning ☐ Electricity ☐ Gas ☒ Water ☒ Sewer ☐ Cable ☐ Other (describe)

## UNIT DESCRIPTION

| GENERAL DESCRIPTION | INTERIOR materials/condition | AMENITIES | Appliances | CAR STORAGE |
|---|---|---|---|---|
| Floor # 1 | Floors HD WOOD/AVG | Fireplace(s) # 0 | Refrigerator | ☒ None |
| # of Levels 1 | Walls DRY WALL/AVG | Woodstove(s) # 0 | ☒ Range/Oven | ☐ Garage ☐ Covered ☐ Open |
| Heating Type FWA   Fuel Gas | Trim/Finish WOOD/AVG | Deck/Patio None | ☐ Disp ☐ Microwave | # of Cars 0 |
| ☒ Central AC ☐ Individual AC | Bath Wainscot C. TILE/AVG | Porch/Balcony None | ☐ Dishwasher | ☐ Assigned ☐ Owned |
| ☐ Other (describe) | Doors WOOD/AVG | Other None | ☐ Washer/Dryer | Parking Space # |

Finished area above grade contains: 4 Rooms   2 Bedrooms   1.1 Bath(s)   770 Square Feet of Gross Living Area Above Grade

Are the heating and cooling for the individual units separately metered? ☒ Yes ☐ No   If No, describe and comment on compatibility to other projects in the market area.

Additional features (special energy efficient items, etc.). None

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C3;Kitchen-updated-six to ten years ago;Bathrooms-updated-six to ten years ago;subject appears to be in good condition, Power was off at time of inspection.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No   If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No   If No, describe.

## PRIOR SALE HISTORY

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) HCMLS, TAX RECORDS

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) HCMLS, TAX RECORDS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | HCMLS, TAX RECORDS | HCMLS, TAX RECORDS | HCMLS, TAX RECORDS | HCMLS, TAX RECORDS |
| Effective Date of Data Source(s) | 09/26/2018 | 09/06/2018 | 09/26/2018 | 09/26/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales   SUBJECT HAS NOT BEEN SOLD W/IN PAST 36 MONTHS. COMPS HAVE NOT BEEN SOLD W/IN PAST 12 MONTHS, EXCEPT AS NOTED.

| | SUBJECT | COMPARABLE SALE #1 | | COMPARABLE SALE #2 | | COMPARABLE SALE #3 | |
|---|---|---|---|---|---|---|---|
| Address | Address and Unit #2, Hoboken, NJ 07030 | 811 Willow Ave 4, Hoboken, NJ 07030 | | 222 Monroe St 6, Hoboken, NJ 07030 | | 507 Garden St 1, Hoboken, NJ 07030 | |
| Project Name and Phase | 811 Willow AVe Condo  1 | 811 Willow Ave Condo Assoc  1 | | 1 | | 1 | |
| Proximity to Subject | | 0.00 miles NW | | 0.62 miles SW | | 0.30 miles SE | |
| Sale Price | $ 580,000 | $ 610,000 | | $ 610,000 | | $ 625,000 | |
| Sale Price/Gross Liv. Area | $ 753.25 sq. ft. | $ 746.63 sq. ft. | | $ 868.95 sq. ft. | | $ 765.93 sq. ft. | |
| Data Source(s) | | HCMLS #180002215;DOM 12 | | HCMLS #3;DOM 3 | | HCMLS #180005011;DOM 13 | |
| Verification Source(s) | | TAX RECORDS | | TAX RECORDS | | TAX RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s04/18;c02/18 | | s04/18;c03/18 | | s04/18;c04/18 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| HOA Mo. Assessment | $348 | $350 | 0 | $266 | 0 | $150 | 0 |
| Common Elements and Rec. Facilities | LAND NONE | LAND NONE | | LAND NONE | | LAND NONE | |
| Floor Location | 1 | 2 | 0 | 1 | | 1 | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | RT1L;Row | RT1L;Row | | RT1L;Row | | RT1L;Row | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 110 | 110 | | 33 | 0 | 117 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade Room Count | Total 4  Bdrms. 2  Baths 1.1 | Total 4  Bdrms. 2  Baths 1.1 | | Total 4  Bdrms. 2  Baths 1.0 | 5,000 | Total 4  Bdrms. 2  Baths 1.0 | 5,000 |
| Gross Living Area | 770 sq. ft. | 817 sq. ft. | -9,400 | 702 sq. ft. | 13,600 | 816 sq. ft. | -9,200 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA / C AIR | FWA / C AIR | | HWBB / NONE | 5,000 | HWBB / NONE | 5,000 |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | None | None | | 1cv;Assigned | -25,000 | None | |
| Porch/Patio/Deck | NONE | NONE | 10,000 | NONE | | NONE | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - $ 600 | | ☐ + ☒ - $ 1,400 | | ☒ + ☐ - $ 800 | |
| Adjusted Sale Price of Comparables | | Net Adj. 0.1% % Gross Adj. 3.2% % $ 610,600 | | Net Adj. -0.2 % Gross Adj. 8.0% % $ 608,600 | | Net Adj. 0.1% % Gross Adj. 3.1% % $ 625,800 | |

Summary of Sales Comparison Approach   Adjustments were extracted from paired sales, historic paired sales and realtors in the subject market area. Most eight was given to comp 1 as it is locate din the subject's project. Age adjustment is not warranted as market has a preference for condition/effective age. HOA Difference of more than 15% of subjet's HOA does not have a negative impact onvalue or marketability.

Indicated Value by Sales Comparison Approach $  610,000

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ _____  X Gross Rent Multiplier _____  = $ _____  Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM) _____

Indicated Value by:  Sales Comparison Approach $  610,000 _____  Income Approach (if developed) $ _____
MOST ENPHASIS PLACED ON SALES COMPARISON APPROACH. THE INCOME AND COST APPROACH IS NOT CONSIDERED APPLICABLE.

This appraisal is made ☒ "as is,"  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   NONE

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject unit, (2) inspect and analyze the condominium project, (3) inspect the neighborhood, (4) inspect each of the comparable sales from at least the street, (5) research, verify, and analyze data from reliable public and/or private sources, and (6) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.    The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.    The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.    The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.    The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.    The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.    The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

2.    I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3.    I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4.    I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5.    I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6.    I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7.    I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8.    I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9.    I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

---

**APPRAISER**

Signature _____
Name  FERNANDO CORTICINHO
Company Name  FC CERTIFIED APPRAISALS, LLC
Company Address  P.O. BOX 5513
NEWARK, NJ 07105
Telephone Number  973-589-9074
Email Address  FERNANDO.CORTICINHO@YAHOO.COM
Date of Signature and Report  09/26/2018
Effective Date of Appraisal  09/26/2018
State Certification #  42RC00196500
or State License # _____
or Other (describe) _____  State # _____
State  NJ
Expiration Date of Certification or License  12/31/2019

ADDRESS OF PROPERTY APPRAISED
811 Willow Ave                              Unit # 2
Hoboken, NJ  07030

APPRAISED VALUE OF SUBJECT PROPERTY $ _____ 610,000

LENDER/CLIENT
Name  ServiceLink Valuation Solutions LLC
Company Name  Wells Fargo Bank, N.A.

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____

Telephone Number _____
Email Address _____
Date of Signature _____
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection _____
☐ Did inspect interior and exterior of subject property
   Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street