|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Proposed Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on October 18, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br>                                           Debtor. | Chapter:   7<br><br>Case No.: 17-15603 (JKS)<br><br>Hearing Date:  October 16, 2018<br>Hearing Time:  10:00 a.m. |

**ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY FREE
AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES
PURSUANT TO 11 U.S.C. §363 (b) and (f) AND THE INTEREST OF CO-OWNER
<u>PURUSANT TO 11 U.S.C. §363(h)</u>**

　　　　The relief set forth on the following page, numbered two (2) through four (4) be and hereby is **ORDERED.**

**DATED: October 18, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0033839 - 2

Page 2

| | |
|---|---|
| Debtor: | Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services |
| Case No. | 17-15603(JKS) |
| Caption: | Order Authorizing Trustee to Sell Real Property Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §363 (b) and (f) and Interest of Co-Owner Prusuant to 11 U.S.C. §363(h) |

**THIS MATTER**, having been opened to the Court upon the motion of Charles M. Forman (the "Trustee"), chapter 7 trustee of Mark Anthony Andreottis a/k/a Mark Andreotti d/b/a Praetorian Investor Services (the "Debtor"), through his attorneys, Forman Holt, for entry of an Order Authorizing Trustee to Sell Estate's Interest in Real Property pursuant to 11 U.S.C. §§ 363(b) and (f) and 11 U.S.C. §363(h) to Kevin Murphy and Katia Montresor ("Buyers") for Five Hundred Eight Thousand ($580,000) Dollars (the "Motion"); and the Court having reviewed the pleadings submitted and written and oral objections, if any; and based upon the record established during the course of this case and counsels' argument at the hearing, the Court finds that:

    A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O). Venue of this case and this matter in this district is property under 28 U.S.C. §§ 1408 and 1409.

    B.    As evidenced by the Certification of Service filed with the Court, proper, timely, adequate and sufficient notice of the Motion has been provided in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure.

    C.    The Trustee has satisfied the applicable criteria of 11 U.S.C. §363(b) and (f) and and Bankruptcy Rules 2002 and 6004 and therefore, the sale of the Property as contemplated in the Motion is determined to be appropriate.

    D.    The consideration paid by Buyer is (i) fair and reasonable; (ii) the highest and best offer for the Property and (iii) constitutes reasonable equivalent value and fair consideration.

F0033839 - 2

Page 3

| | |
|---|---|
| Debtor: | Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services |
| Case No. | 17-15603(JKS) |
| Caption: | Order Authorizing Trustee to Sell Real Property Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §363 (b) and (f) and Interest of Co-Owner Prusuant to 11 U.S.C. §363(h) |

F.  The sale of the Property to Buyer reflects the exercise of the Trustee's sound business judgment and a proper exercise of the Trustee's fiduciary duties.

G.  Buyers are good faith purchasers for value.

**THEREFORE, IT IS ORDERED AS FOLLOWS:**

1.  All objections to the Motion or to the sale of the Property to Buyer that have not been withdrawn, waived or settled are overruled on the merits.

2.  The terms and conditions of the Contract[1] are approved in all respects.

3.  The Trustee is authorized, directed and empowered to sell the Property to Buyers pursuant to 11 U.S.C. § 363(b) and to take all measures and further actions as may reasonably be required consistent with this Order for the purpose of effecting the proposed sale.

4.  The Property shall be transferred to Buyers free and clear of all liens, claims, interests and encumbrances with valid liens, claims, interests and encumbrances to attach to proceeds to the extent of available funds.

5.  The Property shall also be transferred free and clear of the interest of Melissa Couch Andreotti and the Trustee is authorized to sell the interest of Melissa Couch Andreotti in the Property pursuant to 11 U.S.C. §363(h). The Trustee is authorized to sign all documents on behalf of Melissa Couch Andreotti necessary and appropriate to transfer title to the Buyers as contemplated herein.

6.  Except as set forth herein, the estate's interest in the Property is sold "AS IS and

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as in the Trustee's Certification submitted in support of the Motion.

F0033839 - 2

Debtor:     Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services
Case No.    17-15603(JKS)
Caption:    Order Authorizing Trustee to Sell Real Property Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §363 (b) and (f) and Interest of Co-Owner Prusuant to 11 U.S.C. §363(h)

WHERE IS" and shall remain subject to all recorded and enforceable easements, rights of way, permissive and restrictive covenants, and pursuant to the Master Deed for 811 Willow Avenue Condominiums dated June 13, 2003 and recorded on June 13, 2003 in the Office of the Register of Hudson County at Deed Book 07068, page 00096, *et seq.* as the same may have been lawfully amended.

    7.    Buyers are good faith purchasers for value entitled to the protections afforded under 11 U.S.C. §363(m).

    8.    The court retains exclusive jurisdiction to enforce and implement this order and to resolve any disputes, controversies or claims arising out of or relating to this order or the contract.

    9.    All filing and recording officers are directed to accept, file and record all instruments of transfer to be filed and recorded pursuant to and in accordance with this order.

    10.    PNC Bank shall be entitled to $78,000 from the proceeds of sale of the Property, with such amount being in full and final satisfaction of the PNC Mortgage.

    11.    The Condo Association shall be paid an amount equal to six-months' association fees at closing and shall be reimbursed $700 for expenses related to the Property. Any deficiency owed to the Condo Association shall be treated as a timely filed general unsecured, non-priority claim.

    12.    The stay provided for under Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived.

F0033839 - 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 6           Date Rcvd: Oct 19, 2018
                               Form ID: pdf903             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db          +Mark Anthony Andreottis, II,   USP Lewisburg,   Post Office Box 1000,
              Lewisburg, PA 17837-1000
aty         +Forman Holt,   66 route 17 North, First Fl,   Paramus, NJ 07652-2672
aty         +McCabe Weisberg& Conway. PC,   216 Haddon Avenue Suite 600,   Westmont, NJ 08108-2814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Appraiser    A.Atkins Appraisal Corp. ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Auctioneer    AJ Willner Auctions LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    New Jersey Title Insurance Company
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Trustee Charles M. Forman ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Ditech Financial LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Debtor Mark Anthony Andreottis, II ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    811 Willow Ave Condo Assoc.
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    DITECH FINANCIAL ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Travelers Insurance Co. ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of U.S. Trustee    United States Trustee ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
               LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of U.S. Trustee    U.S. Trustee ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Attorney    Maciag Law, LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Appraiser    A. Atkins Appraisal Company
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Kearny Bank ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of U.S. Trustee    United States Trustee NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Debtor Mark Anthony Andreottis, II NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Auctioneer    AJ Willner Auctions LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Trustee Charles M. Forman NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    OCWEN LOAN SERVICING LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Attorney    Maciag Law, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of U.S. Trustee    U.S. Trustee NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com

```
District/off: 0312-2          User: admin              Page 2 of 6              Date Rcvd: Oct 19, 2018
                              Form ID: pdf903          Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Alexandra T. Garcia    on behalf of Auctioneer    A.J. Willner Auctions, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    New Jersey Title Insurance Company
               NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Appraiser    A. Atkins Appraisal Company NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Kearny Bank NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Travelers Insurance Co. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Appraiser    A.Atkins Appraisal Corp. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    811 Willow Ave Condo Assoc. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    New Jersey Title Insurance Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Charles M. Forman    on behalf of Debtor Mark Anthony Andreottis, II cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    OCWEN LOAN SERVICING LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    A.J. Willner Auctions, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    U.S. Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    811 Willow Ave Condo Assoc. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    AJ Willner Auctions LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A. Atkins Appraisal Company cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Kearny Bank cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    New Jersey Title Insurance Company
               cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    DITECH FINANCIAL cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Travelers Insurance Co. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Attorney    Maciag Law, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A.Atkins Appraisal Corp. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    United States Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Trustee Charles M. Forman DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    OCWEN LOAN SERVICING LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Kearny Bank DFinkler.LawDJF@verizon.net
```

```
District/off: 0312-2           User: admin              Page 3 of 6              Date Rcvd: Oct 19, 2018
                               Form ID: pdf903          Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David J. Finkler    on behalf of Creditor    New Jersey Title Insurance Company
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor     DITECH FINANCIAL DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    U.S. Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Auctioneer    AJ Willner Auctions LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    United States Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Attorney    Maciag Law, LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Debtor Mark Anthony Andreottis, II DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor     811 Willow Ave Condo Assoc. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Appraiser    A. Atkins Appraisal Company
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Appraiser    A.Atkins Appraisal Corp. DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor     DITECH FINANCIAL dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Debtor Mark Anthony Andreottis, II dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Kearny Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor     OCWEN LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    811 Willow Ave Condo Assoc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Auctioneer    A.J. Willner Auctions, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Title Insurance Company
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A.Atkins Appraisal Corp. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank NA dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Trustee Charles M. Forman dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Attorney    Maciag Law, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Travelers Insurance Co. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    United States Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A. Atkins Appraisal Company dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    U.S. Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Defendant    PNC Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Auctioneer    AJ Willner Auctions LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant    The United States of America eamonn.ohagan@usdoj.gov
              Jennifer D. Gould    on behalf of Creditor    811 Willow Ave Condo Assoc. jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kim R. Lynch    on behalf of Auctioneer    AJ Willner Auctions LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Travelers Insurance Co. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Debtor Mark Anthony Andreottis, II klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    811 Willow Ave Condo Assoc. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Kearny Bank klynch@formanlaw.com, kanema@formanlaw.com
              Kim R. Lynch    on behalf of Appraiser    A. Atkins Appraisal Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    OCWEN LOAN SERVICING LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    DITECH FINANCIAL klynch@formanlaw.com,
               kanema@formanlaw.com
```

```
District/off: 0312-2          User: admin                 Page 4 of 6            Date Rcvd: Oct 19, 2018
                              Form ID: pdf903             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kim R. Lynch    on behalf of Appraiser    A.Atkins Appraisal Corp. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of U.S. Trustee    U.S. Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of U.S. Trustee    United States Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Attorney    Maciag Law, LLC klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
               klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    New Jersey Title Insurance Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch    on behalf of Auctioneer    A.J. Willner Auctions, LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    New Jersey Title Insurance Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Meaghan    Tuohey    on behalf of Appraiser    A. Atkins Appraisal Company meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    DITECH FINANCIAL meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Attorney    Maciag Law, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of U.S. Trustee    United States Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Debtor Mark Anthony Andreottis, II meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    Travelers Insurance Co. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Auctioneer    A.J. Willner Auctions, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               meaghan@2eklaw.com,  G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Appraiser    A.Atkins Appraisal Corp. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of U.S. Trustee    U.S. Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    OCWEN LOAN SERVICING LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    Kearny Bank meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Trustee Charles M. Forman meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan    Tuohey    on behalf of Creditor    New Jersey Title Insurance Company meaghan@2eklaw.com,
               G19176@notify.cincompass.com
```

```
District/off: 0312-2           User: admin                 Page 5 of 6               Date Rcvd: Oct 19, 2018
                               Form ID: pdf903             Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Meaghan   Tuohey    on behalf of Auctioneer    AJ Willner Auctions LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    Ditech Financial LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis    on behalf of Attorney    Maciag Law, LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    811 Willow Ave Condo Assoc. michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    Ditech Financial LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Auctioneer    A.J. Willner Auctions, LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    DITECH FINANCIAL michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Trustee Charles M. Forman michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Appraiser    A.Atkins Appraisal Corp. michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    Travelers Insurance Co. michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    Kearny Bank michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Debtor Mark Anthony Andreottis, II michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    OCWEN LOAN SERVICING LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Auctioneer    AJ Willner Auctions LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    New Jersey Title Insurance Company
               michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Appraiser    A. Atkins Appraisal Company michael.a.artis@usdoj.gov
              Miriam   Rosenblatt    on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    New Jersey Title Insurance Company
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Mitchell   Malzberg    on behalf of Interested Party Katia   Montresor mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Mitchell   Malzberg    on behalf of Interested Party Kevin   Murphy mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Murphy   Durkin    on behalf of U.S. Trustee    U.S. Trustee maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Creditor    OCWEN LOAN SERVICING LLC maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Appraiser    A. Atkins Appraisal Company maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Trustee Charles M. Forman maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Creditor    Travelers Insurance Co. maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Creditor    DITECH FINANCIAL maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Auctioneer    A.J. Willner Auctions, LLC maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Creditor    New Jersey Title Insurance Company
               maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Debtor Mark Anthony Andreottis, II maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Creditor    811 Willow Ave Condo Assoc. maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Attorney    Maciag Law, LLC maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Auctioneer    AJ Willner Auctions LLC maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Creditor    Ditech Financial LLC maresta@durkinlawfirm.com
```

```
District/off: 0312-2                  User: admin                    Page 6 of 6                    Date Rcvd: Oct 19, 2018
                                      Form ID: pdf903                Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Murphy    Durkin    on behalf of Appraiser    A.Atkins Appraisal Corp. maresta@durkinlawfirm.com
              Murphy    Durkin    on behalf of U.S. Trustee    United States Trustee maresta@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    New Jersey Title Insurance Company
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              Scott Aaron Levin    on behalf of Defendant    Travelers Casualty and Surety of America, Inc.,
               Assignee of Five Star Funding LLC slevin@mdmlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Debtor Mark Anthony Andreottis, II efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    811 Willow Ave Condo Assoc. efile.wjl@kaplaw.com
              William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    DITECH FINANCIAL efile.wjl@kaplaw.com
              William J. Levant    on behalf of U.S. Trustee    U.S. Trustee efile.wjl@kaplaw.com
              William J. Levant    on behalf of Appraiser    A.Atkins Appraisal Corp. efile.wjl@kaplaw.com
              William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Appraiser    A. Atkins Appraisal Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    A.J. Willner Auctions, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Travelers Insurance Co. efile.wjl@kaplaw.com
              William J. Levant    on behalf of U.S. Trustee    United States Trustee efile.wjl@kaplaw.com
              William J. Levant    on behalf of Attorney    Maciag Law, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    AJ Willner Auctions LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Kearny Bank efile.wjl@kaplaw.com
              William J. Levant    on behalf of Trustee Charles M. Forman efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    OCWEN LOAN SERVICING LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               efile.wjl@kaplaw.com
                                                                                               TOTAL: 253
```