UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                    Case No.: 17-15603(JKS)

MARK ANTHONY ANDREOTTIS, II                               Chapter:    7

                                                          Judge:    John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, the chapter 7 trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court
District of New Jersey
P.O. Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable John J. Sherwood on November 27, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D.   If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
The Trustee intends to abandon and will destroy various books and records and miscellaneous personal documents owned by the Debtor and currently located at a warehouse maintained by A.J. Willner Auctions, Mahwah, New Jersey.  The  items to be abandoned and destroyed consist of, among other things, documents related to various criminal and civil lawsuits, life insurance statements, music CDs, video games, movie manuscript, magazines and books, film canisters, and files related to the debtor's businesses known as Metropolitan Title Company and New Horizon Settlement Services.

The documents are being stored without cost at this time; however, they must be removed from the Willner warehouse within the next 30 days.   Upon their abandonment, the Trustee will have the documents destroyed with the cost to be borne by the Debtor's estate.

Liens on property:

None

Amount of equity claimed as exempt:

 None claimed

Objections must be served on, and requests for additional information directed to:

Name:          Kim R. Lynch, Esq.

Address:       Forman Holt, 66 Route 17 North, Paramus, NJ 07652

Telephone No.:  (201) 845-1000

F0035170 - 1