| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ 07652<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br>                          Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS) |

**Order Filed on October 31, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

# CONSENT ORDER FURTHER EXTENDING THE TIME TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) be and hereby is **ORDERED**.

**DATED: October 31, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0035292 - 1

Page 2

Debtors: Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services
Case No.: 17-15603 (JKS)
Caption: Consent Order Further Extending Time to Object to Debtor's Discharge

**THIS MATTER,** having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Service (the "Debtor"), through his attorneys, Forman Holt, for the entry of a consent order further extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including February 4, 2019, without prejudice to further extension.

The undersigned consent to the
form and entry of this Order.

| | |
|---|---|
| BOYLE & VALENTI LAW, P.C. | FORMAN HOLT |
| Attorneys for Debtor | Attorneys for Trustee |
| | |
| By: /s/ Carrie J. Boyle | By: /s/ Kim R. Lynch |
|     Carrie J. Boyle |     Kim R. Lynch |
| | |
| Dated: October 29, 2018 | Dated: October 30, 2018 |

F0035292 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 6              Date Rcvd: Oct 31, 2018
                               Form ID: pdf903          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
db          +Mark Anthony Andreottis, II,   USP Lewisburg,   Post Office Box 1000,
              Lewisburg, PA 17837-1000
aty         +Forman Holt,   66 route 17 North, First Fl,   Paramus, NJ 07652-2672
aty         +McCabe Weisberg& Conway. PC,   216 Haddon Avenue Suite 600,   Westmont, NJ 08108-2814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Appraiser    A.Atkins Appraisal Corp. ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Auctioneer    AJ Willner Auctions LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    New Jersey Title Insurance Company
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Trustee Charles M. Forman ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Ditech Financial LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Debtor Mark Anthony Andreottis, II ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    811 Willow Ave Condo Assoc.
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    DITECH FINANCIAL ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Travelers Insurance Co. ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of U.S. Trustee    United States Trustee ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
               LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of U.S. Trustee    U.S. Trustee ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Attorney    Maciag Law, LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Appraiser    A. Atkins Appraisal Company
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Kearny Bank ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of U.S. Trustee    United States Trustee NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Debtor Mark Anthony Andreottis, II NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Auctioneer    AJ Willner Auctions LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Trustee Charles M. Forman NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    OCWEN LOAN SERVICING LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Attorney    Maciag Law, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com

```
District/off: 0312-2              User: admin                 Page 2 of 6                   Date Rcvd: Oct 31, 2018
                                  Form ID: pdf903             Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Alexandra T. Garcia    on behalf of U.S. Trustee    U.S. Trustee NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Auctioneer    A.J. Willner Auctions, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    New Jersey Title Insurance Company
               NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Appraiser    A. Atkins Appraisal Company NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Kearny Bank NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Travelers Insurance Co. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Appraiser    A.Atkins Appraisal Corp. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor     811 Willow Ave Condo Assoc. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    New Jersey Title Insurance Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor     811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Charles M. Forman    on behalf of Debtor Mark Anthony Andreottis, II cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    OCWEN LOAN SERVICING LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    A.J. Willner Auctions, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    U.S. Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor     811 Willow Ave Condo Assoc. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    AJ Willner Auctions LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A. Atkins Appraisal Company cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Kearny Bank cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    New Jersey Title Insurance Company
               cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    DITECH FINANCIAL cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Travelers Insurance Co. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Attorney    Maciag Law, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A.Atkins Appraisal Corp. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    United States Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Trustee Charles M. Forman DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    OCWEN LOAN SERVICING LLC DFinkler.LawDJF@verizon.net
```

```
District/off: 0312-2          User: admin              Page 3 of 6              Date Rcvd: Oct 31, 2018
                              Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          David J. Finkler    on behalf of Creditor    Kearny Bank DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor    New Jersey Title Insurance Company
           DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor    DITECH FINANCIAL DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of U.S. Trustee    U.S. Trustee DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Auctioneer    AJ Willner Auctions LLC DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of U.S. Trustee    United States Trustee DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Attorney    Maciag Law, LLC DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor    Ditech Financial LLC DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Debtor Mark Anthony Andreottis, II DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor    811 Willow Ave Condo Assoc. DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Appraiser    A. Atkins Appraisal Company
           DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Appraiser    A.Atkins Appraisal Corp. DFinkler.LawDJF@verizon.net
          Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Debtor Mark Anthony Andreottis, II dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Kearny Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    OCWEN LOAN SERVICING LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    811 Willow Ave Condo Assoc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Auctioneer    A.J. Willner Auctions, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Title Insurance Company
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Appraiser    A.Atkins Appraisal Corp. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    PNC Bank NA dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Trustee Charles M. Forman dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Attorney    Maciag Law, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Travelers Insurance Co. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of U.S. Trustee    United States Trustee dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Appraiser    A. Atkins Appraisal Company dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of U.S. Trustee    U.S. Trustee dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Defendant    PNC Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Auctioneer    AJ Willner Auctions LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Defendant    The United States of America eamonn.ohagan@usdoj.gov
          Jennifer D. Gould    on behalf of Creditor    811 Willow Ave Condo Assoc. jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Kim R. Lynch    on behalf of Auctioneer    AJ Willner Auctions LLC klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           klynch@formanlaw.com,    kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor    Travelers Insurance Co. klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Debtor Mark Anthony Andreottis, II klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor    811 Willow Ave Condo Assoc. klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor    Kearny Bank klynch@formanlaw.com,    kanema@formanlaw.com
          Kim R. Lynch    on behalf of Appraiser    A. Atkins Appraisal Company klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor    OCWEN LOAN SERVICING LLC klynch@formanlaw.com,
           kanema@formanlaw.com
```

```
District/off: 0312-2          User: admin              Page 4 of 6              Date Rcvd: Oct 31, 2018
                              Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Kim R. Lynch     on behalf of Creditor    DITECH FINANCIAL klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch     on behalf of Appraiser    A.Atkins Appraisal Corp. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch     on behalf of U.S. Trustee    U.S. Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch     on behalf of U.S. Trustee    United States Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch     on behalf of Attorney    Maciag Law, LLC klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch     on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
               klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch     on behalf of Creditor    New Jersey Title Insurance Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch     on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
              Kim R. Lynch     on behalf of Auctioneer    A.J. Willner Auctions, LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    New Jersey Title Insurance Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Meaghan  Tuohey     on behalf of Appraiser    A. Atkins Appraisal Company meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Creditor    DITECH FINANCIAL meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Attorney    Maciag Law, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of U.S. Trustee    United States Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Debtor Mark Anthony Andreottis, II meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Creditor    Travelers Insurance Co. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Auctioneer    A.J. Willner Auctions, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               meaghan@2eklaw.com,  G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Appraiser    A.Atkins Appraisal Corp. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of U.S. Trustee    U.S. Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Creditor    OCWEN LOAN SERVICING LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Creditor    Kearny Bank meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey     on behalf of Trustee Charles M. Forman meaghan@2eklaw.com,
               G19176@notify.cincompass.com
```

```
District/off: 0312-2          User: admin              Page 5 of 6              Date Rcvd: Oct 31, 2018
                              Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Meaghan Tuohey   on behalf of Creditor    New Jersey Title Insurance Company meaghan@2eklaw.com, G19176@notify.cincompass.com
      Meaghan Tuohey   on behalf of Auctioneer    AJ Willner Auctions LLC meaghan@2eklaw.com, G19176@notify.cincompass.com
      Meaghan Tuohey   on behalf of Creditor    Ditech Financial LLC meaghan@2eklaw.com, G19176@notify.cincompass.com
      Michael A. Artis   on behalf of Attorney    Maciag Law, LLC michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Creditor    811 Willow Ave Condo Assoc. michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Creditor    Ditech Financial LLC michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Auctioneer    A.J. Willner Auctions, LLC michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Creditor    DITECH FINANCIAL michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Trustee Charles M. Forman michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Appraiser    A.Atkins Appraisal Corp. michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Creditor    Travelers Insurance Co. michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Creditor    Kearny Bank michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Debtor Mark Anthony Andreottis, II michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Creditor    OCWEN LOAN SERVICING LLC michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Auctioneer    AJ Willner Auctions LLC michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Creditor    New Jersey Title Insurance Company michael.a.artis@usdoj.gov
      Michael A. Artis   on behalf of Appraiser    A. Atkins Appraisal Company michael.a.artis@usdoj.gov
      Miriam Rosenblatt   on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Creditor    New Jersey Title Insurance Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt   on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Mitchell Malzberg   on behalf of Interested Party Katia Montresor mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
      Mitchell Malzberg   on behalf of Interested Party Kevin Murphy mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
      Murphy Durkin   on behalf of U.S. Trustee    U.S. Trustee maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Creditor    OCWEN LOAN SERVICING LLC maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Appraiser    A. Atkins Appraisal Company maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Trustee Charles M. Forman maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Creditor    Travelers Insurance Co. maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Creditor    DITECH FINANCIAL maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Auctioneer    A.J. Willner Auctions, LLC maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Creditor    New Jersey Title Insurance Company maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Debtor Mark Anthony Andreottis, II maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Creditor    811 Willow Ave Condo Assoc. maresta@durkinlawfirm.com
      Murphy Durkin   on behalf of Attorney    Maciag Law, LLC maresta@durkinlawfirm.com

```
District/off: 0312-2          User: admin                Page 6 of 6              Date Rcvd: Oct 31, 2018
                              Form ID: pdf903            Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Murphy   Durkin    on behalf of Auctioneer    AJ Willner Auctions LLC maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Creditor    Ditech Financial LLC maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of Appraiser    A.Atkins Appraisal Corp. maresta@durkinlawfirm.com
              Murphy   Durkin    on behalf of U.S. Trustee    United States Trustee maresta@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    New Jersey Title Insurance Company
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              Scott Aaron Levin    on behalf of Defendant    Travelers Casualty and Surety of America, Inc.,
               Assignee of Five Star Funding LLC slevin@mdmlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Debtor Mark Anthony Andreottis, II efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    811 Willow Ave Condo Assoc. efile.wjl@kaplaw.com
              William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    DITECH FINANCIAL efile.wjl@kaplaw.com
              William J. Levant    on behalf of U.S. Trustee    U.S. Trustee efile.wjl@kaplaw.com
              William J. Levant    on behalf of Appraiser    A.Atkins Appraisal Corp. efile.wjl@kaplaw.com
              William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Appraiser    A. Atkins Appraisal Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    A.J. Willner Auctions, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Travelers Insurance Co. efile.wjl@kaplaw.com
              William J. Levant    on behalf of U.S. Trustee    United States Trustee efile.wjl@kaplaw.com
              William J. Levant    on behalf of Attorney    Maciag Law, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    AJ Willner Auctions LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Kearny Bank efile.wjl@kaplaw.com
              William J. Levant    on behalf of Trustee Charles M. Forman efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    OCWEN LOAN SERVICING LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               efile.wjl@kaplaw.com
                                                                                             TOTAL: 253
```