UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

Order Filed on February 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Chapter:   7 |
| MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES, <br><br> Debtor. | Case No.:  17-15603 (JKS) |

## CONSENT ORDER FURTHER EXTENDING THE
## TIME TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following page, numbered two (2) be and hereby is

**ORDERED**.

**DATED: February 4, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

F0041552 - 1

Page 2

| | |
|---|---|
| Debtors: | Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services |
| Case No.: | 17-15603 (JKS) |
| Caption: | Consent Order Further Extending Time to Object to Debtor's Discharge |

**THIS MATTER,** having been brought before the court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Service (the "Debtor"), through his attorneys, Forman Holt, for the entry of a consent order further extending the time to object to the Debtor's discharge pursuant to 11 U.S.C. §727; and the parties having consented to the form and entry of this Consent Order, and the undersigned counsel having been authorized to sign this Consent Order on behalf of their respective clients; and for good cause shown, it is hereby

**ORDERED** that the deadline to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 shall be and is hereby extended to and including June 4, 2019, without prejudice to further extension.

The undersigned consent to the
form and entry of this Order.

BOYLE & VALENTI LAW, P.C.           FORMAN HOLT
Attorneys for Debtor                Attorneys for Trustee


By: */s/ Carrie J. Boyle*_____   By: */s/ Kim R. Lynch*_____
    Carrie J. Boyle                     Kim R. Lynch

Dated:  January 28, 2019            Dated:  January 25, 2019

F0041552 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 6          Date Rcvd: Feb 04, 2019
                             Form ID: pdf903         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db            +Mark Anthony Andreottis, II,    USP Lewisburg,   Post Office Box 1000,
               Lewisburg, PA 17837-1000
aty           +Forman Holt,   66 route 17 North, First Fl,    Paramus, NJ 07652-2672
aty           +McCabe Weisberg& Conway. PC,   216 Haddon Avenue Suite 600,    Westmont, NJ 08108-2814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
        Aleisha Candace Jennings    on behalf of Appraiser   A.Atkins Appraisal Corp. ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Auctioneer   AJ Willner Auctions LLC ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    New Jersey Title Insurance Company
         ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Auctioneer   A.J. Willner Auctions, LLC
         ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Trustee Charles M. Forman ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    Ditech Financial LLC ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Debtor Mark Anthony Andreottis, II ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    811 Willow Ave Condo Assoc.
         ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    DITECH FINANCIAL ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    Travelers Insurance Co. ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of U.S. Trustee   United States Trustee ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
         LLC ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of U.S. Trustee   U.S. Trustee ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Attorney   Maciag Law, LLC ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Appraiser   A. Atkins Appraisal Company
         ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    Kearny Bank ajennings@rasflaw.com
        Alexandra T. Garcia    on behalf of U.S. Trustee   United States Trustee NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Debtor Mark Anthony Andreottis, II NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Auctioneer   AJ Willner Auctions LLC NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Trustee Charles M. Forman NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Creditor    OCWEN LOAN SERVICING LLC NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Attorney   Maciag Law, LLC NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
         NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of U.S. Trustee   U.S. Trustee NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com

District/off: 0312-2          User: admin              Page 2 of 6          Date Rcvd: Feb 04, 2019
                              Form ID: pdf903          Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Alexandra T. Garcia    on behalf of Auctioneer   A.J. Willner Auctions, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    New Jersey Title Insurance Company
           NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Appraiser    A. Atkins Appraisal Company NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Kearny Bank NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    Travelers Insurance Co. NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Appraiser    A.Atkins Appraisal Corp. NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    811 Willow Ave Condo Assoc. NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Andrew L. Spivack    on behalf of Creditor   New Jersey Title Insurance Company nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Appraiser   A. Atkins Appraisal Company nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   Kearny Bank nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Appraiser   A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Attorney   Maciag Law, LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of U.S. Trustee   United States Trustee nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   Travelers Insurance Co. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Auctioneer   AJ Willner Auctions LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of U.S. Trustee   U.S. Trustee nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Auctioneer   A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor   DITECH FINANCIAL nj.bkecf@fedphe.com
          Carrie J. Boyle    on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com,
           cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
           wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
          Charles M. Forman    on behalf of Debtor Mark Anthony Andreottis, II cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Creditor    OCWEN LOAN SERVICING LLC cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Auctioneer   A.J. Willner Auctions, LLC cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Creditor    Ditech Financial LLC cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of U.S. Trustee   U.S. Trustee cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Creditor    811 Willow Ave Condo Assoc. cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Auctioneer   AJ Willner Auctions LLC cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Appraiser   A. Atkins Appraisal Company cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Creditor   Kearny Bank cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Creditor   New Jersey Title Insurance Company
           cforman@formanlaw.com,  lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Creditor   DITECH FINANCIAL cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Creditor   Travelers Insurance Co. cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Attorney   Maciag Law, LLC cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of Appraiser   A.Atkins Appraisal Corp. cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          Charles M. Forman    on behalf of U.S. Trustee   United States Trustee cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com
          David J. Finkler    on behalf of Auctioneer   A.J. Willner Auctions, LLC
           DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Trustee Charles M. Forman DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor   OCWEN LOAN SERVICING LLC DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor    Kearny Bank DFinkler.LawDJF@verizon.net

District/off: 0312-2          User: admin              Page 3 of 6              Date Rcvd: Feb 04, 2019
                             Form ID: pdf903           Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David J. Finkler    on behalf of Creditor   New Jersey Title Insurance Company
           DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor   DITECH FINANCIAL DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of U.S. Trustee   U.S. Trustee DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Auctioneer   AJ Willner Auctions LLC DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of U.S. Trustee   United States Trustee DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Attorney   Maciag Law, LLC DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor   Ditech Financial LLC DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Debtor Mark Anthony Andreottis, II DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor   811 Willow Ave Condo Assoc. DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Creditor   Travelers Insurance Co. DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Appraiser   A. Atkins Appraisal Company
           DFinkler.LawDJF@verizon.net
          David J. Finkler    on behalf of Appraiser   A.Atkins Appraisal Corp. DFinkler.LawDJF@verizon.net
          Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Debtor Mark Anthony Andreottis, II dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Kearny Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   OCWEN LOAN SERVICING LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   811 Willow Ave Condo Assoc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Auctioneer   A.J. Willner Auctions, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   New Jersey Title Insurance Company
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Appraiser   A.Atkins Appraisal Corp. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   PNC Bank NA dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Trustee Charles M. Forman dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Attorney   Maciag Law, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Travelers Insurance Co. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of U.S. Trustee   United States Trustee dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Appraiser   A. Atkins Appraisal Company dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of U.S. Trustee   U.S. Trustee dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Defendant   PNC Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Auctioneer   AJ Willner Auctions LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn  O'Hagan    on behalf of Defendant   The United States of America eamonn.ohagan@usdoj.gov
          Jennifer D. Gould    on behalf of Creditor   811 Willow Ave Condo Assoc. jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Kim R. Lynch    on behalf of Auctioneer   AJ Willner Auctions LLC klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           klynch@formanlaw.com,  kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor   Travelers Insurance Co. klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Debtor Mark Anthony Andreottis, II klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor   811 Willow Ave Condo Assoc. klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor   Ditech Financial LLC klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor   Kearny Bank klynch@formanlaw.com,  kanema@formanlaw.com
          Kim R. Lynch    on behalf of Appraiser   A. Atkins Appraisal Company klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor   OCWEN LOAN SERVICING LLC klynch@formanlaw.com,
           kanema@formanlaw.com
          Kim R. Lynch    on behalf of Creditor   DITECH FINANCIAL klynch@formanlaw.com,
           kanema@formanlaw.com

District/off: 0312-2          User: admin              Page 4 of 6          Date Rcvd: Feb 04, 2019
                             Form ID: pdf903           Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Kim R. Lynch    on behalf of Appraiser   A.Atkins Appraisal Corp. klynch@formanlaw.com,
        kanema@formanlaw.com
      Kim R. Lynch    on behalf of U.S. Trustee   U.S. Trustee klynch@formanlaw.com,
        kanema@formanlaw.com
      Kim R. Lynch    on behalf of U.S. Trustee   United States Trustee klynch@formanlaw.com,
        kanema@formanlaw.com
      Kim R. Lynch    on behalf of Attorney   Maciag Law, LLC klynch@formanlaw.com,  kanema@formanlaw.com
      Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
        klynch@formanlaw.com,  kanema@formanlaw.com
      Kim R. Lynch    on behalf of Creditor   New Jersey Title Insurance Company klynch@formanlaw.com,
        kanema@formanlaw.com
      Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
      Kim R. Lynch    on behalf of Auctioneer   A.J. Willner Auctions, LLC klynch@formanlaw.com,
        kanema@formanlaw.com
      Laura M. Egerman    on behalf of Creditor   DITECH FINANCIAL bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Auctioneer   A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Auctioneer   AJ Willner Auctions LLC bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of U.S. Trustee   United States Trustee bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Appraiser   A. Atkins Appraisal Company bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of U.S. Trustee   U.S. Trustee bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
        bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Appraiser   A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   Kearny Bank bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   New Jersey Title Insurance Company bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Attorney   Maciag Law, LLC bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor   Travelers Insurance Co. bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
      Meaghan  Tuohey   on behalf of Appraiser   A. Atkins Appraisal Company meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Creditor   DITECH FINANCIAL meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Attorney   Maciag Law, LLC meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of U.S. Trustee   United States Trustee meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Debtor Mark Anthony Andreottis, II meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Creditor   Travelers Insurance Co. meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Auctioneer   A.J. Willner Auctions, LLC meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
        meaghan@eklaw.com,  G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Creditor   811 Willow Ave Condo Assoc. meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Appraiser   A.Atkins Appraisal Corp. meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of U.S. Trustee   U.S. Trustee meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Creditor   OCWEN LOAN SERVICING LLC meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Creditor   Kearny Bank meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Trustee Charles M. Forman meaghan@eklaw.com,
        G19176@notify.cincompass.com
      Meaghan  Tuohey   on behalf of Creditor   New Jersey Title Insurance Company meaghan@eklaw.com,
        G19176@notify.cincompass.com

District/off: 0312-2          User: admin              Page 5 of 6              Date Rcvd: Feb 04, 2019
                              Form ID: pdf903          Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Meaghan  Tuohey   on behalf of Auctioneer   AJ Willner Auctions LLC meaghan@2eklaw.com,
              G19176@notify.cincompass.com
              Meaghan  Tuohey   on behalf of Creditor   Ditech Financial LLC meaghan@2eklaw.com,
              G19176@notify.cincompass.com
              Michael A. Artis   on behalf of Attorney   Maciag Law, LLC michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Creditor   811 Willow Ave Condo Assoc. michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Creditor   Ditech Financial LLC michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
              michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Auctioneer   A.J. Willner Auctions, LLC michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of U.S. Trustee   United States Trustee michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Creditor   DITECH FINANCIAL michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Trustee Charles M. Forman michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Appraiser   A.Atkins Appraisal Corp. michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Creditor   Travelers Insurance Co. michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Creditor   Kearny Bank michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Debtor Mark Anthony Andreottis, II michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Creditor   OCWEN LOAN SERVICING LLC michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Auctioneer   AJ Willner Auctions LLC michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Creditor   New Jersey Title Insurance Company
              michael.a.artis@usdoj.gov
              Michael A. Artis   on behalf of Appraiser   A. Atkins Appraisal Company michael.a.artis@usdoj.gov
              Miriam  Rosenblatt   on behalf of Attorney   Maciag Law, LLC bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Auctioneer   A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of U.S. Trustee   United States Trustee bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Creditor   Travelers Insurance Co. bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Appraiser   A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Appraiser   A. Atkins Appraisal Company bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Creditor   OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Creditor   New Jersey Title Insurance Company
              bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Auctioneer   AJ Willner Auctions LLC bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Creditor   DITECH FINANCIAL bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
              bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of U.S. Trustee   U.S. Trustee bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Creditor   811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Miriam  Rosenblatt   on behalf of Creditor   Kearny Bank bkyecf@rasflaw.com,
              mrosenblatt@rasflaw.com
              Mitchell  Malzberg   on behalf of Interested Party Katia  Montresor mmalzberg@mjmalzberglaw.com,
              dlapham@mjmalzberglaw.com
              Mitchell  Malzberg   on behalf of Interested Party Kevin  Murphy mmalzberg@mjmalzberglaw.com,
              dlapham@mjmalzberglaw.com
              Murphy  Durkin   on behalf of U.S. Trustee   U.S. Trustee maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Creditor   OCWEN LOAN SERVICING LLC maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
              maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Appraiser   A. Atkins Appraisal Company maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Trustee Charles M. Forman maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Creditor   Travelers Insurance Co. maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Creditor   Kearny Bank maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Creditor   DITECH FINANCIAL maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Auctioneer   A.J. Willner Auctions, LLC maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Creditor   New Jersey Title Insurance Company
              maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Debtor Mark Anthony Andreottis, II maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Creditor   811 Willow Ave Condo Assoc. maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Attorney   Maciag Law, LLC maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Auctioneer   AJ Willner Auctions LLC maresta@durkinlawfirm.com
              Murphy  Durkin   on behalf of Creditor   Ditech Financial LLC maresta@durkinlawfirm.com

```
District/off: 0312-2          User: admin              Page 6 of 6            Date Rcvd: Feb 04, 2019
                              Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Murphy  Durkin    on behalf of Appraiser    A.Atkins Appraisal Corp. maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of U.S. Trustee    United States Trustee maresta@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    New Jersey Title Insurance Company
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              Scott Aaron Levin    USTPRegion03.NE.ECF@usdoj.com    Travelers Casualty and Surety of America, Inc.,
               Assignee of Five Star Funding LLC slevin@mdmlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Debtor Mark Anthony Andreottis, II efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    811 Willow Ave Condo Assoc. efile.wjl@kaplaw.com
              William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    DITECH FINANCIAL efile.wjl@kaplaw.com
              William J. Levant    on behalf of U.S. Trustee    U.S. Trustee efile.wjl@kaplaw.com
              William J. Levant    on behalf of Appraiser    A.Atkins Appraisal Corp. efile.wjl@kaplaw.com
              William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Appraiser    A. Atkins Appraisal Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    A.J. Willner Auctions, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Travelers Insurance Co. efile.wjl@kaplaw.com
              William J. Levant    on behalf of U.S. Trustee    United States Trustee efile.wjl@kaplaw.com
              William J. Levant    on behalf of Attorney    Maciag Law, LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Auctioneer    AJ Willner Auctions LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Kearny Bank efile.wjl@kaplaw.com
              William J. Levant    on behalf of Trustee Charles M. Forman efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    OCWEN LOAN SERVICING LLC efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               efile.wjl@kaplaw.com
                                                                                      TOTAL: 253
```