**Order Filed on April 16, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(B)

Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
10 Grove Street, 2nd Floor
Haddonfield, NJ 08033
(856) 499-3335
cboyle@b-vlaw.com

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,

Debtor.

Chapter: 7

Case No.: 17-15603

Judge: Hon. John K. Sherwood

## CONSENT ORDER REQUIRING CHAPTER 7 DEBTOR, MARK ANTHONY ANDREOTTIS (a.k.a. MARK ANDREOTTI) TO APPEAR FOR MANDATORY MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 341(a)

The relief set forth on the following pages, numbered three (3) through three (3) is hereby ORDERED.

**DATED: April 16, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0044599 - 1

Debtor:      Mark A. Andreottis
Case No.:    17-15603-JKS
Order:       Requiring Chapter 7 Debtor Mark Anthony Andreottis (a.k.a. Mark Andreotti) to Appear for Mandatory Meeting of Creditors Pursuant to 11 U.S.C. § 341(a)
Page 2 of 3

This matter being brought before the court upon the application of Mark Anthony Andreottis (the "Debtor"), through his attorney, Carrie Boyle, for entry of a consent order pursuant to D.N.J. LBR 9021-1(b) authorizing and directing the Debtor to appear and testify under oath telephonically at a meeting of creditors to be held pursuant to 11 U.S.C. § 341(a); and the Debtor, Charles M. Forman, Chapter 7 Trustee, through his attorneys, Forman Holt (Kim R. Lynch, Esq.) and the Department of Justice, Office of the United States Trustee, through its attorney, Michael A. Artis, Esq., having consented to the form and entry of this Consent Order; and for good cause shown; it is

IT IS ORDERED as follows:

1. The Debtor, Mark Anthony Andreottis (a.k.a. Mark Andreotti) be and hereby is authorized and directed to appear and testify under oath telephonically at a meeting of creditors pursuant to 11 U.S.C. § 341(a) Meeting of Creditors while incarcerated at Lewisburg Federal Prison Camp.

2. The Debtor, though his attorney, shall coordinate with the Lewisburg Federal Prison Camp and the Trustee to schedule a telephonic meeting of creditors, with such meeting of creditors to be held within 45 days from entry of this Consent Order.

3. The Debtor, through his attorneys, shall notify all parties having filed a Notice of Appearance and Request for Notice under Rule 9019(b) of the date, time and call in number for the meeting of creditors.

4. Lewisburg Federal Prison Camp shall provide Debtor and his counsel with a phone line in which the Debtor can call into a conference line set up by the Chapter 7 Trustee wherein

F0044599 - 1

Debtor: Mark A. Andreottis
Case No.: 17-15603-JKS
Order: Requiring Chapter 7 Debtor Mark Anthony Andreottis (a.k.a. Mark Andreotti) to Appear for Mandatory Meeting of Creditors Pursuant to 11 U.S.C. § 341(a)
Page 3 of 3

the mandatory meeting of creditors will be held and recorded by the Chapter 7 Trustee.

FORMAN HOLT
Attorneys for Charles M. Forman
Chapter 7 Trustee

Dated: April 12, 2019

By: _____
Kim R. Lynch, Esquire

By: _____
Carrie J. Boyle, Esquire
*Attorney for the Debtor*

Without Objection:

DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTE

By: _____
Michael A. Artis, Esquire
Staff Attorney

F0044599 - 1