| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Carrie J. Boyle, Esq.**<br>**Boyle & Valenti Law, P.C.**<br>10 Grove Street<br>Haddonfield, NJ 08033<br>(856) 499-3335<br>(856) 499-3304 facsimile<br>cboyle@b-vlaw.com<br>*Attorneys for Debtors* | |
| In re:<br>　　**Mark Anthony Andreottis, II,**<br>　　　　　　**Debtor** | Case No.:　　17-15603<br><br>Chapter:　　**7**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: |

# CERTIFICATION OF SERVICE

1. I, **Crystal M. Vitullo**:

    ☐ represent _____ in the this matter.

    ☑ am the secretary/paralegal for **Carrie J. Boyle, Esquire,** who represents
    **Mark Andreottis, II** in this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On **April 30, 2019**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    　　**- Notice of Scheduled 341 Meeting of Creditors**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:　**May 1, 2019**　　　　　　　　　　　　　　　　**/s/Crystal M. Vitullo**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Attn: M. Murphy Durkin, Esq.<br>Kearny Bank<br>f/k/a Kearny Federal Savings Bank<br>1120 Bloomfield Avenue<br>West Caldwell, NJ 07007 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Fidelity National Title Insurance Co<br>2533 N 117th Avenue<br>Omaha, NE 68164 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| 811 Willow Avenue Condo Association<br>c/o Law Office of Meghan Tuohey<br>10 Tilt Street<br>Haledon, NJ 07508 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Travelers Casualty and Surety Company of America<br>c/o David Finkler, Esquire<br>266 Harristown Road, Suite 203<br>Glen Rock, NJ 07452 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| AT&T Mobility LLC<br>c/o AT&T Services, Inc.<br>Karen A. Cavagnaro<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Ditech Financial<br>c/o Denise E. Carlon<br>KML Law Group PC<br>Sentry Office Plaza<br>216 Haddon Avenue, Suite 206<br>Westmont, NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    rev. 8/1/15    Best Case Bankruptcy

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| Ocwen<br>c/o Aleisha Candace Jennings, Esq.<br>Ras Cintron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Michael A. Artis<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Charles M. Forman, Esquire<br>c/o Kim Lynch, Esq.<br>Forman Holt<br>66 Route 17 North<br>Paramus, NJ 07652 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| New Jersey Title Insurance Company<br>c/o William J. Levant<br>Kaplin Stewart Meloff Reiter & Stein PC<br>1800 Chapel Avenu, Suite 320<br>Cherry Hill, NJ 08002 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Ditech Financial LLC<br>c/o Laura Egerman, Esq.<br>Ras Cintron, LLC<br>130 Clinton Road, Suite Lobbe B, Suite 202<br>Fairfield, NJ 07004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Ditech Financial LLC<br>c/o Alexandra T. Garcia, Esq.<br>McCabe, Weisberg & Conway PC<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Ditech Financial LLC<br>c/o Nicholas V. Rogers, Esq.<br>Phelan Hallinan Diamond & Jones, PC<br>400 Fellowship Road, Suite 100 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                                           *rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| Mt. Laurel, NJ 08054 | | ☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Ocwen Loan Servicing<br>c/o Miriam Rosenblatt, Esq<br>Robertson, Anschutz & Schneid, PL<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| SN Servicing Corporation<br>c/o Jonathan C. Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, NY 10004 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Eamonn O'Hagan<br>Assistant US Attorney<br>District of NJ<br>970 Broad Street<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Mitchell Malzberg, Esq<br>Law Offices of Mitchell J. Malzberg LLC<br>PO Box 5122<br>6 E. Main Street, Suite 7<br>Clinton, NJ 08809 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Maciag Law, LLC<br>475 Wall Street<br>Princeton, NJ 08540 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| 811 Willow Avenue Condo Assoc.<br>c/o Jennifer D. Gould, Esq.<br>Stark & Stark PC<br>777 Township Line Road, Suite 120<br>Yardley, PA 19067 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |

2

rev. 8/1/15

| | | |
|---|---|---|
| Ditech Financial<br>c/o Andrew L. Spivak, Esq<br>Phelan Hallinan Diamond & Jones PC<br>1617 JFK Blvd, Suite 1400<br>Philadelphia, PA 19103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| Melissa Andreotti<br>12 Stone Hedge Drive<br>Goshen, NY 10924-5410 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |
| PNC Bank<br>c/o Denise E. Carlon<br>KML Law Group<br>Sentry Office Plaza<br>216 Haddon Avenue, Suite 206<br>Westmont, NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other __<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2