UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                    Case No.:  <u>17-15603(JKS)</u>

MARK ANTHONY ANDREOTTIS, II                               Chapter:   <u>  7           </u>

                                                          Judge:     <u>John K. Sherwood</u>

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, the chapter 7 trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable John J. Sherwood on July 23, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> The Trustee proposes to abandon the estate's interest in real property located at 385 Brownstone Court, Wyckoff, New Jersey with a fair market value of $950,000 on the basis that it is of inconsequential value and burdensome to the estate.

> Liens on property:
>
> Mortgage held by US Bank Trust National Association as Trustee of the Cabana Series III Trust in the approximate amount of $945,933.98
>
> In addition, the property is subject to the interest of Melissa Andreottis, who holds a one-half interest in the property.

> Amount of equity claimed as exempt:
> None claimed

F0053968 - 1

Objections must be served on, and requests for additional information directed to:
Name:           Kim R. Lynch, Esq.
Address:        Forman Holt, 66 Route 17 North, Paramus, NJ 07652
Telephone No.:  (201) 845-1000

F0053968 - 1