Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−15603−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Anthony Andreottis II
   aka Mark Andreotti, dba Praetorian
   Investor Svcs
   USP Lewisburg
   Post Office Box 1000
   Lewisburg, PA 17837

Social Security No.:
   xxx−xx−5548

Employer's Tax I.D. No.:
   80−0276082

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule on 06/14/2019 or to the List of Creditors on , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 7 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,

whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: June 17, 2019
JAN: ntp

<u>John K. Sherwood</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 6              Date Rcvd: Jun 17, 2019
                             Form ID: oresadoc        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
db          +Mark Anthony Andreottis, II,   USP Lewisburg,   Post Office Box 1000,
              Lewisburg, PA 17837-1000
aty         +Forman Holt,   66 route 17 North, First Fl,   Paramus, NJ 07652-2672
aty         +McCabe Weisberg& Conway. PC,   216 Haddon Avenue Suite 600,   Westmont, NJ 08108-2814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2019 23:56:23      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Appraiser    A.Atkins Appraisal Corp. ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Auctioneer    AJ Willner Auctions LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    New Jersey Title Insurance Company
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Trustee Charles M. Forman ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Ditech Financial LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Debtor Mark Anthony Andreottis, II ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    811 Willow Ave Condo Assoc.
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    DITECH FINANCIAL ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Travelers Insurance Co. ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of U.S. Trustee    United States Trustee ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing
               LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of U.S. Trustee    U.S. Trustee ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Attorney    Maciag Law, LLC ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Appraiser    A. Atkins Appraisal Company
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Kearny Bank ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of U.S. Trustee    United States Trustee NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Debtor Mark Anthony Andreottis, II NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Auctioneer    AJ Willner Auctions LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Trustee Charles M. Forman NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    OCWEN LOAN SERVICING LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Attorney    Maciag Law, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com

```
District/off: 0312-2           User: admin                 Page 2 of 6            Date Rcvd: Jun 17, 2019
                               Form ID: oresadoc           Total Noticed: 4


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of U.S. Trustee    U.S. Trustee NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Auctioneer    A.J. Willner Auctions, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    New Jersey Title Insurance Company
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Appraiser    A. Atkins Appraisal Company NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Kearny Bank NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Appraiser    A.Atkins Appraisal Corp. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Travelers Insurance Co. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    811 Willow Ave Condo Assoc. NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    New Jersey Title Insurance Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Charles M. Forman    on behalf of Debtor Mark Anthony Andreottis, II cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    OCWEN LOAN SERVICING LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman     cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    A.J. Willner Auctions, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Ditech Financial LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    U.S. Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    811 Willow Ave Condo Assoc. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A. Atkins Appraisal Company cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Kearny Bank cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Auctioneer    AJ Willner Auctions LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    New Jersey Title Insurance Company
               cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    DITECH FINANCIAL cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Creditor    Travelers Insurance Co. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Attorney    Maciag Law, LLC cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of U.S. Trustee    United States Trustee cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Appraiser    A.Atkins Appraisal Corp. cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Appraiser    A.Atkins Appraisal Corp. DFinkler.LawDJF@verizon.net
```

```
District/off: 0312-2                  User: admin                    Page 3 of 6                  Date Rcvd: Jun 17, 2019
                                      Form ID: oresadoc              Total Noticed: 4


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David J. Finkler    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Trustee Charles M. Forman DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    OCWEN LOAN SERVICING LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Kearny Bank DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    New Jersey Title Insurance Company
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    U.S. Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Auctioneer    AJ Willner Auctions LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    DITECH FINANCIAL DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of U.S. Trustee    United States Trustee DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Attorney    Maciag Law, LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Ditech Financial LLC DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Debtor Mark Anthony Andreottis, II DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    811 Willow Ave Condo Assoc. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net
              David J. Finkler    on behalf of Appraiser    A. Atkins Appraisal Company
               DFinkler.LawDJF@verizon.net
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Auctioneer    AJ Willner Auctions LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Debtor Mark Anthony Andreottis, II dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Kearny Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    OCWEN LOAN SERVICING LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Auctioneer    A.J. Willner Auctions, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    811 Willow Ave Condo Assoc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Title Insurance Company
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A.Atkins Appraisal Corp. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank NA dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Trustee Charles M. Forman dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Attorney    Maciag Law, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Travelers Insurance Co. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    United States Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Appraiser    A. Atkins Appraisal Company dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of U.S. Trustee    U.S. Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Defendant    PNC Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant    The United States of America eamonn.ohagan@usdoj.gov
              Jennifer D. Gould    on behalf of Creditor    811 Willow Ave Condo Assoc. jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kim R. Lynch    on behalf of Auctioneer    AJ Willner Auctions LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               klynch@formanlaw.com,    kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Travelers Insurance Co. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Debtor Mark Anthony Andreottis, II klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    811 Willow Ave Condo Assoc. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Kearny Bank klynch@formanlaw.com,    kanema@formanlaw.com
              Kim R. Lynch    on behalf of Appraiser    A. Atkins Appraisal Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    Ditech Financial LLC klynch@formanlaw.com,
               kanema@formanlaw.com
```

```
District/off: 0312-2           User: admin             Page 4 of 6              Date Rcvd: Jun 17, 2019
                               Form ID: oresadoc       Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Kim R. Lynch    on behalf of Creditor    OCWEN LOAN SERVICING LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    DITECH FINANCIAL klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Appraiser    A.Atkins Appraisal Corp. klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of U.S. Trustee    U.S. Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of U.S. Trustee    United States Trustee klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Attorney    Maciag Law, LLC klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
               klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Creditor    New Jersey Title Insurance Company klynch@formanlaw.com,
               kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Auctioneer    A.J. Willner Auctions, LLC klynch@formanlaw.com,
               kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer    A.J. Willner Auctions, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Auctioneer    AJ Willner Auctions LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    United States Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser    A. Atkins Appraisal Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of U.S. Trustee    U.S. Trustee bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Appraiser    A.Atkins Appraisal Corp. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Kearny Bank bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    New Jersey Title Insurance Company bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    811 Willow Ave Condo Assoc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Attorney    Maciag Law, LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Travelers Insurance Co. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Debtor Mark Anthony Andreottis, II bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Trustee Charles M. Forman bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Meaghan  Tuohey    on behalf of Appraiser    A. Atkins Appraisal Company meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Creditor    DITECH FINANCIAL meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Attorney    Maciag Law, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of U.S. Trustee    United States Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Debtor Mark Anthony Andreottis, II meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Creditor    Travelers Insurance Co. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Auctioneer    A.J. Willner Auctions, LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               meaghan@2eklaw.com,   G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Appraiser    A.Atkins Appraisal Corp. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of U.S. Trustee    U.S. Trustee meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Creditor    OCWEN LOAN SERVICING LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan  Tuohey    on behalf of Creditor    Kearny Bank meaghan@2eklaw.com,
               G19176@notify.cincompass.com
```

```
District/off: 0312-2           User: admin                  Page 5 of 6              Date Rcvd: Jun 17, 2019
                               Form ID: oresadoc            Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Meaghan   Tuohey    on behalf of Trustee Charles M. Forman meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    New Jersey Title Insurance Company meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Auctioneer    AJ Willner Auctions LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Meaghan   Tuohey    on behalf of Creditor    Ditech Financial LLC meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis    on behalf of Attorney    Maciag Law, LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    811 Willow Ave Condo Assoc. michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    Ditech Financial LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Auctioneer    A.J. Willner Auctions, LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor     DITECH FINANCIAL michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Trustee Charles M. Forman michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Appraiser    A.Atkins Appraisal Corp. michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    Travelers Insurance Co. michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    Kearny Bank michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    OCWEN LOAN SERVICING LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Debtor Mark Anthony Andreottis, II michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Auctioneer    AJ Willner Auctions LLC michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Creditor    New Jersey Title Insurance Company
               michael.a.artis@usdoj.gov
              Michael A. Artis    on behalf of Appraiser    A. Atkins Appraisal Company michael.a.artis@usdoj.gov
              Miriam  Rosenblatt    on behalf of Attorney    Maciag Law, LLC miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of U.S. Trustee    United States Trustee
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Auctioneer    A.J. Willner Auctions, LLC
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    Travelers Insurance Co. miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    Ditech Financial LLC miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Trustee Charles M. Forman miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Appraiser    A.Atkins Appraisal Corp.
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Appraiser    A. Atkins Appraisal Company
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Debtor Mark Anthony Andreottis, II miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    New Jersey Title Insurance Company
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Auctioneer    AJ Willner Auctions LLC
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor     DITECH FINANCIAL miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of U.S. Trustee    U.S. Trustee miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    811 Willow Ave Condo Assoc.
               miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    Kearny Bank miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Mitchell  Malzberg    on behalf of Interested Party Katia   Montresor mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Mitchell  Malzberg    on behalf of Interested Party Kevin   Murphy mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Murphy  Durkin    on behalf of U.S. Trustee    U.S. Trustee maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Creditor    OCWEN LOAN SERVICING LLC maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Appraiser    A. Atkins Appraisal Company maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Trustee Charles M. Forman maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Creditor    Travelers Insurance Co. maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Creditor     DITECH FINANCIAL maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Auctioneer    A.J. Willner Auctions, LLC maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Creditor    New Jersey Title Insurance Company
               maresta@durkinlawfirm.com
              Murphy  Durkin    on behalf of Debtor Mark Anthony Andreottis, II maresta@durkinlawfirm.com
```

```
District/off: 0312-2           User: admin              Page 6 of 6              Date Rcvd: Jun 17, 2019
                               Form ID: oresadoc        Total Noticed: 4


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Murphy    Durkin     on behalf of Creditor    811 Willow Ave Condo Assoc. maresta@durkinlawfirm.com
             Murphy    Durkin     on behalf of Attorney    Maciag Law, LLC maresta@durkinlawfirm.com
             Murphy    Durkin     on behalf of Auctioneer    AJ Willner Auctions LLC maresta@durkinlawfirm.com
             Murphy    Durkin     on behalf of Creditor    Ditech Financial LLC maresta@durkinlawfirm.com
             Murphy    Durkin     on behalf of Appraiser    A.Atkins Appraisal Corp. maresta@durkinlawfirm.com
             Murphy    Durkin     on behalf of U.S. Trustee    United States Trustee maresta@durkinlawfirm.com
             Nicholas V. Rogers    on behalf of Auctioneer    A.J. Willner Auctions, LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Appraiser    A.Atkins Appraisal Corp. nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of U.S. Trustee    U.S. Trustee nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    Travelers Insurance Co. nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    Kearny Bank nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Appraiser    A. Atkins Appraisal Company nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of U.S. Trustee    United States Trustee nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Auctioneer    AJ Willner Auctions LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    811 Willow Ave Condo Assoc. nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    OCWEN LOAN SERVICING LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Attorney    Maciag Law, LLC nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Debtor Mark Anthony Andreottis, II nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    New Jersey Title Insurance Company
              nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
              nj.bkecf@fedphe.com
             Nicholas V. Rogers    on behalf of Trustee Charles M. Forman nj.bkecf@fedphe.com
             Scott Aaron Levin    on behalf of Defendant    Travelers Casualty and Surety of America, Inc.,
              Assignee of Five Star Funding LLC slevin@mdmlaw.com
             U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
             United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
             William J. Levant    on behalf of Debtor Mark Anthony Andreottis, II efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    811 Willow Ave Condo Assoc. efile.wjl@kaplaw.com
             William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
              efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    DITECH FINANCIAL efile.wjl@kaplaw.com
             William J. Levant    on behalf of U.S. Trustee    U.S. Trustee efile.wjl@kaplaw.com
             William J. Levant    on behalf of Appraiser    A.Atkins Appraisal Corp. efile.wjl@kaplaw.com
             William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company
              efile.wjl@kaplaw.com
             William J. Levant    on behalf of Appraiser    A. Atkins Appraisal Company efile.wjl@kaplaw.com
             William J. Levant    on behalf of Auctioneer    A.J. Willner Auctions, LLC efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    Travelers Insurance Co. efile.wjl@kaplaw.com
             William J. Levant    on behalf of U.S. Trustee    United States Trustee efile.wjl@kaplaw.com
             William J. Levant    on behalf of Attorney    Maciag Law, LLC efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    Ditech Financial LLC efile.wjl@kaplaw.com
             William J. Levant    on behalf of Auctioneer    AJ Willner Auctions LLC efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    Kearny Bank efile.wjl@kaplaw.com
             William J. Levant    on behalf of Trustee Charles M. Forman efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    OCWEN LOAN SERVICING LLC efile.wjl@kaplaw.com
             William J. Levant    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
              efile.wjl@kaplaw.com
                                                                                              TOTAL: 253
```