UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                                Case No.:  17-15603(JKS)

MARK ANTHONY ANDREOTTIS, II                       Chapter:    7

                                                                         Judge:    John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, the chapter 7 trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable John J. Sherwood on March 31, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> The Trustee proposes to abandon the Debtor's interest in GFY Homes, LLC and Praetorian Investor Services, LLC in which the Debtor holds a 50% interest on the basis that they are of inconsequential value and burdensome to the estate. GFY Homes, LLC owns real property located at 126 Pine Grove Terrace, Newark, New Jersey with a value of approximately $100,000.

> Liens on property:
>
> The real property owned by GFY Homes, LLC is subject to various tax and municipal liens totaling approximately $99,000.                                                  .

> Amount of equity claimed as exempt:
> None claimed

Objections must be served on, and requests for additional information directed to:
Name:              Kim R. Lynch, Esq.
Address:           Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.:  (201) 845-1000
Email:              klynch@formanlaw.com

F0075806 - 1