UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.: 17-15603(JKS)

MARK ANTHONY ANDREOTTIS, II                         Chapter:  7

                                                    Judge:    John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, the chapter 7 trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable John J. Sherwood on March 31, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> The Trustee proposes to abandon the Debtor's interest in GFY Homes, LLC and Praetorian Investor Services, LLC in which the Debtor holds a 50% interest on the basis that they are of inconsequential value and burdensome to the estate. GFY Homes, LLC owns real property located at 126 Pine Grove Terrace, Newark, New Jersey with a value of approximately $100,000.

> Liens on property:
>
> The real property owned by GFY Homes, LLC is subject to various tax and municipal liens totaling approximately $99,000.

> Amount of equity claimed as exempt:
> None claimed

Objections must be served on, and requests for additional information directed to:
Name:           Kim R. Lynch, Esq.
Address:        Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.:  (201) 845-1000
Email:          klynch@formanlaw.com

F0075806 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                                   Chapter 7
      Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0312-2          User: admin              Page 1 of 3             Date Rcvd: Mar 02, 2020
                              Form ID: pdf905          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
```
db          +Mark Anthony Andreottis, II,   USP Lewisburg,   Post Office Box 1000,
             Lewisburg, PA 17837-1000
aty         +Forman Holt,   66 route 17 North, First Fl,   Paramus, NJ 07652-2672
aty         +Maciag Law, LLC,   475 Wall Street,   Princeton, NJ 08540-1509
cr          +811 Willow Ave Condo Assoc.,   MBM Group,   215 Adams Street,   Hoboken, NJ 07030-2598
intp        +Katia Montresor,   811 Willow Ave.,   #1N,   Hoboken, NJ 07030-2916
cr          +Kearny Bank,   C/o Durkin & Durkin, LLC,   1120 Bloomfield Ave,   West Caldwell, NJ 07006-7138
intp        +Kevin Murphy,   811 Willow Ave.,   #1N,   Hoboken, NJ 07030-2916
cr          +New Jersey Title Insurance Company,   2001 Route 46, Suite 310,   Parsippany, nj 07054-1315
cr          +OCWEN LOAN SERVICING LLC,   6409 Congress Ave Suite 100,   Boca Raton, FL  33487,
             UNITED STATES 33487-2853
cr          +SN Servicing Corporation,   Friedman Vartolo LLP,   85 Broad Street,   Suite 501,
             New York, NY 10004-1734
cr          +Sanford Funding LLC,   Deborah Feldstein, Esq.,   Pellegrino & Feldstein, LLC,
             290 Route 46 West,   Denville, NJ 07834-1239
cr          +Travelers Insurance Co.,   c/o Law offices of David J. Finkler, P.C.,   266 Harriston Road,
             Suite 203,   Glen Rock, NJ 07452-3321
517162017   +811 Willow Ave. Condo Association,   c/o MBM Group,   215 Adams Street,
             Hoboken, NJ 07030-2598
518304595   +811 Willow Avenue Condo Assoc.,   c/o Law Office of,   Meaghan Tuohey,   10 Tilt Street,
             Haledon, NJ 07508-1332
518301934   +CATIC Title Insurance Co.,   c/o William Levant,   Kaplin Stewart Meloff Reiter & Stein,
             910 Harvest Drive, 2nd Floor,   P.O. Box 3037,   Blue Bell, PA 19422-0765
517155924   +Deutsche Bank National Trust Company,   Ocwen Loan Servicing, LLC,
             Attn: Cashiering Department,   1661 Worthington Road, Suite 100,
             West Palm Beach, FL 33409-6493
516715889   +Ditech Financial,   1100 Virginia Dr. #100A,   Port Washington, PA 19034-3277
516951585   +Fidelity National Title Insurance Company,   2533 N 117th Ave,   Omaha, NE 68164-3679
518301935   +Irene Andreotti,   c/o Marianne Pagliaroni,   990 Cropwell Road,   Cherry Hill, NJ 08003-1437
517382544   +Irene Andreottis,   Attn: Marianne Pagliaroni,   990 Cropwell Road,
             Cherry Hill, NJ 08003-1437
516715888   +Kearny Bank,   120 Passaic Ave,   Fairfield, NJ 07004-3523
518304600   +Kearny Bank f/k/a Kearny,   Federal Savings,   c/o Durkin & Durkin LLC,
             1120 Bloomfield Avenue,   Caldwell, NJ 07007. 07006-7138
517362901   +Maciag Law LLC,   Thaddeus R. Maciag, Esq.,   475 Wall Street,   Princeton, NJ 08540-1509
518301933    Melissa Andreotti,   12 Stone Hedge Drive,   Goshen, NY 10924-5410
516959772   +Ocwen,   P.O. Box 24646,   W. Palm Beach, FL 33416-4646
516959773   +PNC Bank,   1 PNC Plaza,   249 5th Ave,   Pittsburgh, PA 15222-2707
517363607   +TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,   C/O DAVID J. FINKLER, ESQ.,
             266 HARRISTOWN RD, SUITE 203,   GLEN ROCK, NJ 07452-3321
517038250    US Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2020 01:02:18    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2020 01:02:15    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
app         +E-mail/Text: atkinsappraisal@aol.com Mar 03 2020 01:01:38    A. Atkins Appraisal Company,
             122 Clinton Road,   Fairfield, NJ 07004-2900
app         +E-mail/Text: atkinsappraisal@aol.com Mar 03 2020 01:01:38    A.Atkins Appraisal Corp.,
             122 Clinton Road, Suite 2A,   Fairfield, NJ 07004-2900
auc         +E-mail/Text: msklar@ajwillnerauctions.com Mar 03 2020 01:02:11    A.J. Willner Auctions, LLC,
             PO Box 1012,   Springfield, NJ 07081-5012
auc         +E-mail/Text: msklar@ajwillnerauctions.com Mar 03 2020 01:02:11    AJ Willner Auctions LLC,
             POB 1012,   Springfield, NJ 07081-5012
517375875   +E-mail/Text: g20956@att.com Mar 03 2020 01:02:59    AT&T Mobility II LLC,
             c/o AT&T Services, Inc.,   Karen A. Cavagnaro - Lead Paralegal,   One AT&T Way Roo 3A104,
             Bedminister, NJ 07921-2693
516820057    E-mail/Text: bankruptcy.bnc@ditech.com Mar 03 2020 01:01:36
             Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
516847141   +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 03 2020 01:01:15    Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
517284197   +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2020 01:02:15    United State Trustee,
             One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
517463159   +E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2020 01:02:18    United States of America,
             c/o United States Attorney's Office,   970 Broad Street, Suite 700,   Newark, NJ 07102-2527
516865875   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2020 01:16:33    Verizon,
             by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 12
```

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Mar 02, 2020
                              Form ID: pdf905          Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518304597         Ditech Financial,    c/o RAS Cintron.
518304601         Ocwen Loan Servicing,    c/o RAS Cintron.
518304602         PNC Bank.
516966581         TBD
518304604         US Bank Trust National,   Association as,   Trustee of the Cabana,   Series III Trust.,
                   c/o Freidman Vartollo LLP.
516966580         US Government
518304603         United States of America.
516878278*        Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154
518304692      ##+Melissa Andreotti,   386 Brownstone Court,   Wyckoff NJ 07481-2430
                                                                                           TOTALS: 7, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:

```
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Charles M. Forman     cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net,
               finklerdr93613@notify.bestcase.com
              Deborah T. Feldstein    on behalf of Creditor    Sanford Funding LLC dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    PNC Bank NA dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant    The United States of America eamonn.ohagan@usdoj.gov
              Jennifer D. Gould    on behalf of Creditor    811 Willow Ave Condo Assoc. jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
               klynch@formanlaw.com,    kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,    kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-2               User: admin                  Page 3 of 3                 Date Rcvd: Mar 02, 2020
                                   Form ID: pdf905              Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Meaghan   Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Miriam   Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com,
           mrosenblatt@rasflaw.com
          Mitchell   Malzberg    on behalf of Interested Party Katia  Montresor mmalzberg@mjmalzberglaw.com,
           dlapham@mjmalzberglaw.com
          Mitchell   Malzberg    on behalf of Interested Party Kevin  Murphy mmalzberg@mjmalzberglaw.com,
           dlapham@mjmalzberglaw.com
          Murphy   Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com,
           mdurkin@durkinlawfirm.com
          Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
           efile.wjl@kaplaw.com
          William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company
           efile.wjl@kaplaw.com
          William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
                                                                                              TOTAL: 35
```