UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
290 ROUTE 46 WEST
DENVILLE, NJ  07834
(973) 586-2300
Deborah Feldstein - 030521994
ATTORNEYS FOR MOVANT: Sanford Funding LLC

Order Filed on March 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:
Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services

CASE NO. 17-15603-JKS

HEARING DATE: December 17, 2019

Judge: Sherwood

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY
## NUNC PRO TUNC

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: March 5, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Mark Anthony Andreottis, II a/k/a mark Andreotti d/b/a Praetorian Investor Services

Case No: 17-15603-JKS

Caption of Order: ORDER FOR RELIEF FROM THE AUTOMATIC STAY NUNC PRO TUNC

Upon the motion of **Sanford Funding LLC** under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated nunc pro tunc as to the tax lien foreclosure for tax sale certificate 2010-0230 under Docket No. F-014703-19.

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.