UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

PELLEGRINO & FELDSTEIN, LLC
290 ROUTE 46 WEST
DENVILLE, NJ 07834
(973) 586-2300
Deborah Feldstein - 030521994
ATTORNEYS FOR MOVANT: Sanford Funding
LLC

**Order Filed on March 5, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:
Mark Anthony Andreottis, II a/k/a Mark Andreotti
d/b/a Praetorian Investor Services

CASE NO. 17-15603-JKS

HEARING DATE: December 17, 2019

Judge: Sherwood

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY
## NUNC PRO TUNC

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: March 5, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: Mark Anthony Andreottis, II a/k/a mark Andreotti d/b/a Praetorian Investor Services

Case No: 17-15603-JKS

Caption of Order:  ORDER FOR RELIEF FROM THE AUTOMATIC STAY NUNC PRO TUNC

Upon the motion of **Sanford Funding LLC** under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated nunc pro tunc as to the tax lien foreclosure for tax sale certificate 2010-0230 under Docket No. F-014703-19.

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2        Date Rcvd: Mar 05, 2020
                           Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db              +Mark Anthony Andreottis, II,    USP Lewisburg,    Post Office Box 1000,
                 Lewisburg, PA 17837-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
        Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
        Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
          NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
        Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
          nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
        Carrie J. Boyle    on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com,
          cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
          wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
        Charles M. Forman    cforman@formanlaw.com,    lcapasso@formanlaw.com;cforman@iq7technology.com
        Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
          lcapasso@formanlaw.com:cforman@iq7technology.com
        David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net,
          finklerdr93613@notify.bestcase.com
        Deborah T. Feldstein    on behalf of Creditor    Sanford Funding LLC dfeldstein@caplaw.net
        Denise E. Carlon    on behalf of Creditor    PNC Bank NA dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Eamonn O'Hagan    on behalf of Defendant    The United States of America eamonn.ohagan@usdoj.gov
        Jennifer D. Gould    on behalf of Creditor    811 Willow Ave Condo Assoc. jgould@stark-stark.com,
          mdepietro@stark-stark.com
        Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
          bankruptcy@friedmanvartolo.com
        Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
          klynch@formanlaw.com,  kanema@formanlaw.com
        Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
        Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
          bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
        Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
          G19176@notify.cincompass.com
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
        Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com,
          mrosenblatt@rasflaw.com

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Mar 05, 2020
                              Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Mitchell  Malzberg   on behalf of Interested Party Katia  Montresor mmalzberg@mjmalzberglaw.com,
                 dlapham@mjmalzberglaw.com
              Mitchell  Malzberg   on behalf of Interested Party Kevin  Murphy mmalzberg@mjmalzberglaw.com,
                 dlapham@mjmalzberglaw.com
              Murphy  Durkin   on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com,
                 mdurkin@durkinlawfirm.com
              Nicholas V. Rogers   on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
                 nj.bkecf@fedphe.com
              Nicholas V. Rogers   on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Nicholas V. Rogers   on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant   on behalf of Defendant    New Jersey Title Insurance Company
                 efile.wjl@kaplaw.com
              William J. Levant   on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
              William J. Levant   on behalf of Creditor    New Jersey Title Insurance Company
                 efile.wjl@kaplaw.com
                                                                              TOTAL: 35
```