| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ  0762<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch<br>klynch@formanlaw.com | Order Filed on June 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>                          Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS)<br><br>Judge:   John K. Sherwood |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER AUTHORIZING RETENTION OF BEDERSON, LLP,

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: June 10, 2020**

/s/ John K. Sherwood

Honorable John K. Sherwood
United States Bankruptcy Court

F0076079 - 1

Page 2
In re:    Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services
Case No.:    17-15603(JKS)
Caption:    Order Authorizing Retention of Bederson LLP

Upon the applicant's request for authorization to retain Bederson LLP as accountants, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  347 Mount Pleasant Avenue
                                    West Orange, New Jersey 07052
2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).
3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.
4. The effective date of retention is the date the application was filed with the court.

F0076079 - 1                                    2

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Anthony Andreottis, II  
    Debtor

Case No. 17-15603-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Jun 10, 2020  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.  
db          +Mark Anthony Andreottis, II,   USP Lewisburg,   Post Office Box 1000,    Lewisburg, PA 17837-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:

         Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com  
         Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com  
         Carrie J. Boyle    on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com, cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com  
         Charles M. Forman    cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com  
         Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com, lcapasso@formanlaw.com;cforman@iq7technology.com  
         David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net, finklerdr93613@notify.bestcase.com  
         Deborah T. Feldstein    on behalf of Creditor    Sanford Funding LLC dfeldstein@caplaw.net  
         Denise E. Carlon    on behalf of Creditor    PNC Bank NA dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eamonn O'Hagan    on behalf of Defendant    The United States of America eamonn.ohagan@usdoj.gov  
         Jennifer D. Gould    on behalf of Creditor    811 Willow Ave Condo Assoc. jgould@stark-stark.com, mdepietro@stark-stark.com  
         Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation bankruptcy@friedmanvartolo.com  
         Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee klynch@formanlaw.com, kanema@formanlaw.com  
         Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com, kanema@formanlaw.com  
         Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com, G19176@notify.cincompass.com  
         Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
         Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 10, 2020
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Mitchell  Malzberg    on behalf of Interested Party Katia  Montresor mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
        Mitchell  Malzberg    on behalf of Interested Party Kevin  Murphy mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
        Murphy  Durkin    on behalf of Creditor   Kearny Bank maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
        Nicholas V. Rogers    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor   DITECH FINANCIAL nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William J. Levant    on behalf of Defendant   New Jersey Title Insurance Company efile.wjl@kaplaw.com
        William J. Levant    on behalf of Plaintiff   CATIC Title Insurance Company efile.wjl@kaplaw.com
        William J. Levant    on behalf of Creditor   New Jersey Title Insurance Company efile.wjl@kaplaw.com

        TOTAL: 35