| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ )7662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on August 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br>                                                                Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS)<br><br>Hearing Date:  August 18, 2020<br>Hearing Time:  10:00 a.m. |

**ORDER DISALLOWING CLAIM NO. 8-1 FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 5000-AR12**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: August 20, 2020**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

F0089502 - 1

Page (2)
Debtor:     Mark Anthony Andreottis
Case No.    17-15603 (JKS)
Caption:    Order Disallowing Claim No. 8-1 filed by Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2005-AR12, Mortgage Pass-Through Certificates Series 5000-AR12

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of Mark Anthony Andreottis a/k/a Mark Andreotti d/b/a Praetorian Investor Services, through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure Disallowing Claim No. 8-1 filed by Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2005-AR12, Mortgage Pass-Through Certificates Series 5000-AR12; and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that Claim No. 8-1 filed by Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Pass-Through Certificates Series 5000-AR12 be and hereby is disallowed.

F0089502 - 1