Order Filed on August 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ )7662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>                                              Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS)<br><br>Hearing Date: August 18, 2020<br>Hearing Time: 10:00 a.m. |

### ORDER DISALLOWING CLAIM NOS. 1-1 AND 5-1 FILED BY DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: August 20, 2020**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

F0092788 - 1

Page (2)
Debtor:     Mark Anthony Andreottis
Case No.    17-15603 (JKS)
Caption:    Order Disallowing Claim Nos. 1-1 and 5-1 filed by Ditech Financial LLC f/k/a Green Tree Servicing LLC

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of Mark Anthony Andreottis a/k/a Mark Andreotti d/b/a Praetorian Investor Services, through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure Disallowing Claim Nos. 1-1 and 5-1 filed by Ditech Financial LLC f/k/a Green Tree Servicing LLC ("Claimant"); and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby **ORDERED as follows:**

1. Claim No. 1-1 filed by Claimant be and hereby is disallowed; however, this order shall not affect Claimant's lien on the real property located at 150 Sixth Street, #3, Hoboken, New Jersey (the "Hoboken Property"). Said lien shall remain a secured lien on the Hoboken Property and shall pass through the bankruptcy case unaffected by the discharge. Claimant may proceed with its state court rights based on the Trustee's abandonment of the Hoboken Property [D.I. 154 and 159] and pursue its *in rem* rights against the Hoboken Property.

2. Claim No. 5-1 filed by Claimant be and hereby is disallowed; however, this order shall not affect Claimant's lien on the real property located at 573 Bergen Street, Newark, New Jersey (the "Newark Property"). Said lien shall remain a secured lien on the Newark Property and shall pass through the bankruptcy case unaffected by the discharge. Claimant may proceed with its state court rights based on the Order Granting Motion for Relief From Stay entered on January 18, 2018 [D.I. 118] and pursue its *in rem* rights against the Newark Property.

F0092788 - 1