| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ )7662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on August 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br>                                                           Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS)<br><br>Hearing Date:  August 18, 2020<br>Hearing Time:  10:00 a.m. |

### ORDER DISALLOWING CLAIM NO. 2-1 KEARNY BANK
### FORMERLY KNOWN AS KEARNY FEDERAL SAVINGS BANK

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: August 20, 2020**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

F0089513 - 1

Page (2)
Debtor:      Mark Anthony Andreottis
Case No.     17-15603 (JKS)
Caption:     Order Disallowing Claim No. 2-1 filed by Kearny Bank formerly known as Kearny Federal Saving Bank

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of Mark Anthony Andreottis a/k/a Mark Andreotti d/b/a Praetorian Investor Services, through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure Disallowing Claim No. 2-1 filed by Kearny Bank formerly known as Kearny Savings Bank; and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that Claim No. 2-1 filed by Kearny Bank formerly known as Kearney Federal Savings Bank be and hereby is disallowed.

F0089513 - 1