| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ )7662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on August 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>                    Debtor. | Chapter: 7<br><br>Case No.: 17-15603 (JKS)<br><br>Hearing Date: August 18, 2020<br>Hearing Time: 10:00 a.m. |

**ORDER MODIFYING AND RECLASSIFYING CLAIM NO. 9-1
FILED BY 811 WILLOW AVE. CONDO ASSOCIATION**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: August 20, 2020**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

F0089527 - 1

Page (2)
Debtor:     Mark Anthony Andreottis
Case No.    17-15603 (JKS)
Caption:    Order Modifying and Reclassifying Claim No. 9-1 filed by 811 Willow Ave.
            Condo Association

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of Mark Anthony Andreottis a/k/a Mark Andreotti d/b/a Praetorian Investor Services, through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure Modifying and Reclassifying Claim No. 9-1 filed by 811 Willow Ave. Condo Association; and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that Claim No. 9-1 filed by 811 Willow Ave. Condo Association be and hereby is modified and reclassified to reflect a timely filed general unsecured claim in the amount of $13,966.77.

F0089527 - 1