| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ )7662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on August 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br>                                        Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS)<br><br>Hearing Date:  August 18, 2020<br>Hearing Time:  10:00 a.m. |

**ORDER DISALLOWING CLAIM NO. 8-1 FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR12, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 5000-AR12**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: August 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

F0089502 - 1

Page (2)
Debtor:       Mark Anthony Andreottis
Case No.     17-15603 (JKS)
Caption:      Order Disallowing Claim No. 8-1 filed by Deutsche Bank National Trust
              Company as Trustee for Indymac Indx Mortgage Loan Trust 2005-AR12,
              Mortgage Pass-Through Certificates Series 5000-AR12

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of Mark Anthony Andreottis a/k/a Mark Andreotti d/b/a Praetorian Investor Services, through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure Disallowing Claim No. 8-1 filed by Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Loan Trust 2005-AR12, Mortgage Pass-Through Certificates Series 5000-AR12; and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that Claim No. 8-1 filed by Deutsche Bank National Trust Company as Trustee for Indymac Indx Mortgage Pass-Through Certificates Series 5000-AR12 be and hereby is disallowed.

F0089502 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Anthony Andreottis, II  
    Debtor

Case No. 17-15603-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Aug 20, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
db         +Mark Anthony Andreottis, II,   USP Lewisburg,   Post Office Box 1000,
             Lewisburg, PA 17837-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
        Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
        Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
         NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
         nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
        Carrie J. Boyle    on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com,
         cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
        Charles M. Forman    cforman@formanlaw.com,
         lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
        Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
         lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
        David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net,
         finklerdr93613@notify.bestcase.com
        Deborah T. Feldstein    on behalf of Creditor    Sanford Funding LLC dfeldstein@caplaw.net
        Denise E. Carlon    on behalf of Creditor    PNC Bank NA dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Eamonn O'Hagan    on behalf of Defendant    The United States of America eamonn.ohagan@usdoj.gov
        Jennifer D. Gould    on behalf of Creditor    811 Willow Ave Condo Assoc. jgould@stark-stark.com,
         mdepietro@stark-stark.com
        Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
         bankruptcy@friedmanvartolo.com
        Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
         klynch@formanlaw.com,  kanema@formanlaw.com
        Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
        Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
         bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
         G19176@notify.cincompass.com
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov

```
District/off: 0312-2          User: admin                 Page 2 of 2           Date Rcvd: Aug 20, 2020
                              Form ID: pdf903             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
       Miriam Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
       Mitchell Malzberg    on behalf of Interested Party Katia Montresor mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
       Mitchell Malzberg    on behalf of Interested Party Kevin Murphy mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com
       Murphy Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com, mdurkin@durkinlawfirm.com
       Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com
       Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
       Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
       William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company efile.wjl@kaplaw.com
       William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
       William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company efile.wjl@kaplaw.com

       TOTAL: 35