| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ )7662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on August 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br>                                   Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS)<br><br>Hearing Date:  August 18, 2020<br>Hearing Time:  10:00 a.m. |

**ORDER DISALLOWING CLAIM NOS. 1-1 AND 5-1 FILED BY
<u>DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC</u>**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: August 20, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0092788 - 1

Page (2)
Debtor:     Mark Anthony Andreottis
Case No.    17-15603 (JKS)
Caption:    Order Disallowing Claim Nos. 1-1 and 5-1 filed by Ditech Financial LLC f/k/a Green Tree Servicing LLC

**THIS MATTER** having been brought before this Court upon the motion (the "Motion") of Charles M. Forman, chapter 7 trustee of Mark Anthony Andreottis a/k/a Mark Andreotti d/b/a Praetorian Investor Services, through his attorneys, Forman Holt, for the entry of an Order pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure Disallowing Claim Nos. 1-1 and 5-1 filed by Ditech Financial LLC f/k/a Green Tree Servicing LLC ("Claimant"); and the Court having reviewed the pleadings filed and considered the opposition, if any, and good and sufficient notice having been given; and for good cause shown; it is hereby **ORDERED as follows:**

1.    Claim No. 1-1 filed by Claimant be and hereby is disallowed; however, this order shall not affect Claimant's lien on the real property located at 150 Sixth Street, #3, Hoboken, New Jersey (the "Hoboken Property"). Said lien shall remain a secured lien on the Hoboken Property and shall pass through the bankruptcy case unaffected by the discharge. Claimant may proceed with its state court rights based on the Trustee's abandonment of the Hoboken Property [D.I. 154 and 159] and pursue its *in rem* rights against the Hoboken Property.

2.    Claim No. 5-1 filed by Claimant be and hereby is disallowed; however, this order shall not affect Claimant's lien on the real property located at 573 Bergen Street, Newark, New Jersey (the "Newark Property"). Said lien shall remain a secured lien on the Newark Property and shall pass through the bankruptcy case unaffected by the discharge. Claimant may proceed with its state court rights based on the Order Granting Motion for Relief From Stay entered on January 18, 2018 [D.I. 118] and pursue its *in rem* rights against the Newark Property.

F0092788 - 1

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                Page 1 of 2              Date Rcvd: Aug 20, 2020
                               Form ID: pdf903            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db             +Mark Anthony Andreottis, II,   USP Lewisburg,   Post Office Box 1000,
                Lewisburg, PA 17837-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    DITECH FINANCIAL NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Carrie J. Boyle    on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
               wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
              Charles M. Forman    cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
              Charles M. Forman    on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
               lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
              David J. Finkler    on behalf of Creditor    Travelers Insurance Co. DFinkler.LawDJF@verizon.net,
               finklerdr93613@notify.bestcase.com
              Deborah T. Feldstein    on behalf of Creditor    Sanford Funding LLC dfeldstein@caplaw.net
              Denise E. Carlon    on behalf of Creditor    PNC Bank NA dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Defendant    The United States of America eamonn.ohagan@usdoj.gov
              Jennifer D. Gould    on behalf of Creditor    811 Willow Ave Condo Assoc. jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kim R. Lynch    on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
               klynch@formanlaw.com,   kanema@formanlaw.com
              Kim R. Lynch    on behalf of Trustee Charles M. Forman klynch@formanlaw.com,   kanema@formanlaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Meaghan Tuohey    on behalf of Creditor    811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
               G19176@notify.cincompass.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov

```
District/off: 0312-2                User: admin                    Page 2 of 2                   Date Rcvd: Aug 20, 2020
                                    Form ID: pdf903                Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Miriam   Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com,
               mrosenblatt@rasflaw.com
              Mitchell  Malzberg    on behalf of Interested Party Katia   Montresor mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Mitchell  Malzberg    on behalf of Interested Party Kevin   Murphy mmalzberg@mjmalzberglaw.com,
               dlapham@mjmalzberglaw.com
              Murphy   Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com,
               mdurkin@durkinlawfirm.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
              William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
               efile.wjl@kaplaw.com
                                                                                                             TOTAL: 35
```