UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
365 West Passaic Street, Suite 400
Rochelle Park, NJ )7662
Telephone:  (201) 845-1000
Facsimile:  (201) 655-6650
Attorneys for Charles M. Forman,
Chapter 7 Trustee
Kim R. Lynch (KL-5866)
klynch@formanlaw.com

**Order Filed on August 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARK ANTHONY ANDREOTTIS, II a/k/a MARK
ANDREOTTI d/b/a PRAETORIAN INVESTOR
SERVICES,

                                         Debtor.

Chapter:   7

Case No.:  17-15603 (JKS)

Hearing Date:  August 18, 2020
Hearing Time:  10:00 a.m.

## ORDER DISALLOWING CLAIM NO. 2-1 KEARNY BANK
## FORMERLY KNOWN AS KEARNY FEDERAL SAVINGS BANK

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: August 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

F0089513 - 1

Page (2)
Debtor:     Mark Anthony Andreottis
Case No.    17-15603 (JKS)
Caption:    Order Disallowing Claim No. 2-1 filed by Kearny Bank formerly known as
            Kearny Federal Saving Bank

**THIS MATTER** having been brought before this Court upon the motion (the "Motion")
of Charles M. Forman, chapter 7 trustee of Mark Anthony Andreottis a/k/a Mark Andreotti d/b/a
Praetorian Investor Services, through his attorneys, Forman Holt, for the entry of an Order
pursuant to 11 U.S.C. §502(a) and Rule 3007 of the Federal Rules of Bankruptcy Procedure
Disallowing Claim No. 2-1 filed by Kearny Bank formerly known as Kearny Savings Bank; and
the Court having reviewed the pleadings filed and considered the opposition, if any, and good and
sufficient notice having been given; and for good cause shown; it is hereby

**ORDERED** that Claim No. 2-1 filed by Kearny Bank formerly known as Kearney
Federal Savings Bank be and hereby is disallowed.

F0089513 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 20, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db              +Mark Anthony Andreottis, II,    USP Lewisburg,    Post Office Box 1000,
                 Lewisburg, PA 17837-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020

Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
          Aleisha Candace Jennings  on behalf of Creditor   OCWEN LOAN SERVICING LLC ajennings@rasflaw.com
          Alexandra T. Garcia  on behalf of Creditor   Ditech Financial LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia  on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia  on behalf of Creditor   DITECH FINANCIAL NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Andrew L. Spivack  on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           nj.bkecf@fedphe.com
          Andrew L. Spivack  on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com
          Andrew L. Spivack  on behalf of Creditor   DITECH FINANCIAL nj.bkecf@fedphe.com
          Carrie J. Boyle  on behalf of Debtor Mark Anthony Andreottis, II cboyle@b-vlaw.com,
           cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;l
           wood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com
          Charles M. Forman   cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
          Charles M. Forman  on behalf of Trustee Charles M. Forman cforman@formanlaw.com,
           lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com
          David J. Finkler  on behalf of Creditor   Travelers Insurance Co. DFinkler.LawDJF@verizon.net,
           finklerdr93613@notify.bestcase.com
          Deborah T. Feldstein  on behalf of Creditor   Sanford Funding LLC dfeldstein@caplaw.net
          Denise E. Carlon  on behalf of Creditor   PNC Bank NA dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn O'Hagan  on behalf of Defendant   The United States of America eamonn.ohagan@usdoj.gov
          Jennifer D. Gould  on behalf of Creditor   811 Willow Ave Condo Assoc. jgould@stark-stark.com,
           mdepietro@stark-stark.com
          Jonathan C. Schwalb  on behalf of Creditor   SN Servicing Corporation
           bankruptcy@friedmanvartolo.com
          Kim R. Lynch   on behalf of Plaintiff Charles M. Forman, as Chapter 7 Trustee
           klynch@formanlaw.com,  kanema@formanlaw.com
          Kim R. Lynch   on behalf of Trustee Charles M. Forman klynch@formanlaw.com,  kanema@formanlaw.com
          Laura M. Egerman  on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman  on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
           bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman  on behalf of Creditor   DITECH FINANCIAL bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Meaghan Tuohey  on behalf of Creditor   811 Willow Ave Condo Assoc. meaghan@2eklaw.com,
           G19176@notify.cincompass.com
          Michael A. Artis  on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 20, 2020
                             Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Miriam  Rosenblatt    on behalf of Creditor    OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com,
           mrosenblatt@rasflaw.com
          Mitchell  Malzberg    on behalf of Interested Party Katia  Montresor mmalzberg@mjmalzberglaw.com,
           dlapham@mjmalzberglaw.com
          Mitchell  Malzberg    on behalf of Interested Party Kevin  Murphy mmalzberg@mjmalzberglaw.com,
           dlapham@mjmalzberglaw.com
          Murphy  Durkin    on behalf of Creditor    Kearny Bank maresta@durkinlawfirm.com,
           mdurkin@durkinlawfirm.com
          Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William J. Levant    on behalf of Defendant    New Jersey Title Insurance Company
           efile.wjl@kaplaw.com
          William J. Levant    on behalf of Plaintiff    CATIC Title Insurance Company efile.wjl@kaplaw.com
          William J. Levant    on behalf of Creditor    New Jersey Title Insurance Company
           efile.wjl@kaplaw.com
                                                                                        TOTAL: 35
```