UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                          Case No.:  17-15603(JKS)

MARK ANTHONY ANDREOTTIS, II                                     Chapter:   7

                                                                Judge:     John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, the chapter 7 trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable John J. Sherwood on January 5, 2021, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> The Trustee proposes to abandon the estate's interest in real property located at 573 Bergen Street, Newark, New Jersey with a fair market value of $207,300 on the basis that it is of inconsequential value and burdensome to the estate.

> Liens on property:
>
> Mortgage held by Ditech Financial in the amount of $230,000.

> Amount of equity claimed as exempt:
> None claimed

Objections must be served on, and requests for additional information directed to:
Name:         Kim R. Lynch, Esq.
Address:      Forman Holt, 365 West Passaic Street, Suite 400, Rochelle Park, NJ 07662
Telephone No.: (201) 845-1000
E-Mail:       klynch@formanlaw.com

F0089326 - 1