Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                 Case No.: 17−15603−JKS
                                                 Chapter: 7
                                                 Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark Anthony Andreottis II
   aka Mark Andreotti, dba Praetorian
   Investor Svcs
   USP Lewisburg
   Post Office Box 1000
   Lewisburg, PA 17837

Social Security No.:
   xxx−xx−5548

Employer's Tax I.D. No.:
   80−0276082

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       1/7/21
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Formanlaw LLC d/b/a Forman Holt, Trustee's Attorney

COMMISSION OR FEES
$95,625.00

EXPENSES
$1,763.67

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
               creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
               creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 4, 2020
JAN:

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mark Anthony Andreottis, II  
    Debtor(s)

Case No. 17-15603-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 04, 2020      Form ID: 137      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Andreottis, II, USP Lewisburg, Post Office Box 1000, Lewisburg, PA 17837-1000 |
| aty | + | Forman Holt, 66 route 17 North, First Fl, Paramus, NJ 07652-2672 |
| aty | + | Maciag Law, LLC, 475 Wall Street, Princeton, NJ 08540-1509 |
| cr | + | 811 Willow Ave Condo Assoc., MBM Group, 215 Adams Street, Hoboken, NJ 07030-2598 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| intp | + | Katia Montresor, 811 Willow Ave., #1N, Hoboken, NJ 07030-2916 |
| cr | + | Kearny Bank, C/o Durkin & Durkin, LLC, 1120 Bloomfield Ave, West Caldwell, NJ 07006-7138 |
| intp | + | Kevin Murphy, 811 Willow Ave., #1N, Hoboken, NJ 07030-2916 |
| cr | + | New Jersey Title Insurance Company, 2001 Route 46, Suite 310, Parsippany, nj 07054-1315 |
| cr | + | OCWEN LOAN SERVICING LLC, 6409 Congress Ave Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Sanford Funding LLC, Deborah Feldstein, Esq., Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| cr | + | Travelers Insurance Co., c/o Law offices of David J. Finkler, P.C, 266 Harriston Road, Suite 203, Glen Rock, NJ 07452-3321 |
| 517162017 | + | 811 Willow Ave. Condo Association, c/o MBM Group, 215 Adams Street, Hoboken, NJ 07030-2598 |
| 518304595 | + | 811 Willow Avenue Condo Assoc., c/o Law Office of, Meaghan Tuohey, 10 Tilt Street, Haledon, NJ 07508-1332 |
| 518301934 | + | CATIC Title Insurance Co., c/o William Levant, Kaplin Stewart Meloff Reiter & Stein, 910 Harvest Drive, 2nd Floor, P.O. Box 3037 Blue Bell, PA 19422-0765 |
| 517155924 | + | Deutsche Bank National Trust Company, Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 516715889 | + | Ditech Financial, 1100 Virginia Dr. #100A, Port Washington, PA 19034-3277 |
| 516820057 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516951585 | + | Fidelity National Title Insurance Company, 2533 N 117th Ave, Omaha, NE 68164-3679 |
| 518301935 | + | Irene Andreotti, c/o Marianne Pagliaroni, 990 Cropwell Road, Cherry Hill, NJ 08003-1437 |
| 517382544 | + | Irene Andreottis, Attn: Marianne Pagliaroni, 990 Cropwell Road, Cherry Hill, NJ 08003-1437 |
| 516715888 | + | Kearny Bank, 120 Passaic Ave, Fairfield, NJ 07004-3523 |
| 518304600 | + | Kearny Bank f/k/a Kearny, Federal Savings, c/o Durkin & Durkin LLC, 1120 Bloomfield Avenue, Caldwell, NJ 07007. 07006-7138 |
| 517362901 | + | Maciag Law LLC, Thaddeus R. Maciag, Esq., 475 Wall Street, Princeton, NJ 08540-1509 |
| 518301933 | | Melissa Andreotti, 12 Stone Hedge Drive, Goshen, NY 10924-5410 |
| 516959772 | + | Ocwen, P.O. Box 24646, W. Palm Beach, FL 33416-4646 |
| 516959773 | + | PNC Bank, 1 PNC Plaza, 249 5th Ave, Pittsburgh, PA 15222-2707 |
| 518997614 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517363607 | + | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, C/O DAVID J. FINKLER, ESQ., 266 HARRISTOWN RD, SUITE 203, GLEN ROCK, NJ 07452-3321 |
| 517038250 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2020 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| Recip | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 04 2020 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Dec 04 2020 22:32:00 | A. Atkins Appraisal Company, 122 Clinton Road, Fairfield, NJ 07004-2900 |
| app | + | Email/Text: atkinsappraisal@aol.com | Dec 04 2020 22:32:00 | A.Atkins Appraisal Corp., 122 Clinton Road, Suite 2A, Fairfield, NJ 07004-2900 |
| auc | + | Email/Text: msklar@ajwillnerauctions.com | Dec 04 2020 22:33:00 | A.J. Willner Auctions, LLC, PO Box 1012, Springfield, NJ 07081-5012 |
| auc | + | Email/Text: msklar@ajwillnerauctions.com | Dec 04 2020 22:33:00 | AJ Willner Auctions LLC, POB 1012, Springfield, NJ 07081-5012 |
| 517375875 | + | Email/Text: g20956@att.com | Dec 04 2020 22:34:00 | AT&T Mobility II LLC, c/o AT&T Services, Inc., Karen A. Cavagnaro - Lead Paralegal, One AT&T Way Roo 3A104, Bedminister, NJ 07921-2693 |
| 516847141 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2020 22:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517284197 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2020 22:33:00 | United State Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517463159 | + | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2020 22:33:00 | United States of America, c/o United States Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 516865875 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 05 2020 01:18:32 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518304597 | | Ditech Financial, c/o RAS Cintron. |
| 518304601 | | Ocwen Loan Servicing, c/o RAS Cintron. |
| 518304602 | | PNC Bank. |
| 516966581 | | TBD |
| 518304604 | | US Bank Trust National, Association as, Trustee of the Cabana, Series III Trust., c/o Freidman Vartollo LLP. |
| 516966580 | | US Government |
| 518304603 | | United States of America. |
| 516878278 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 518304692 | ##+ | Melissa Andreotti, 386 Brownstone Court, Wyckoff NJ 07481-2430 |

TOTAL: 7 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor OCWEN LOAN SERVICING LLC ajennings@rasflaw.com |
| Alexandra T. Garcia | on behalf of Creditor DITECH FINANCIAL NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Carrie J. Boyle | on behalf of Debtor Mark Anthony Andreottis II cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| David J. Finkler | on behalf of Creditor Travelers Insurance Co. DFinkler.LawDJF@verizon.net finklerdr93613@notify.bestcase.com |
| Deborah T. Feldstein | on behalf of Creditor Sanford Funding LLC dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor PNC Bank NA dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Defendant The United States of America eamonn.ohagan@usdoj.gov |
| Jennifer D. Gould | on behalf of Creditor 811 Willow Ave Condo Assoc. jgould@stark-stark.com mdepietro@stark-stark.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Kim R. Lynch | on behalf of Plaintiff Charles M. Forman as Chapter 7 Trustee klynch@formanlaw.com, kanema@formanlaw.com |
| Kim R. Lynch | on behalf of Trustee Charles M. Forman klynch@formanlaw.com kanema@formanlaw.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor DITECH FINANCIAL bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Meaghan Tuohey | on behalf of Creditor 811 Willow Ave Condo Assoc. meaghan@2eklaw.com G19176@notify.cincompass.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Miriam Rosenblatt | on behalf of Creditor OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com |
| Mitchell Malzberg | on behalf of Interested Party Katia Montresor mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | on behalf of Interested Party Kevin Murphy mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 04, 2020 | Form ID: 137 | Total Noticed: 42 |

Murphy Durkin
    on behalf of Creditor Kearny Bank maresta@durkinlawfirm.com mdurkin@durkinlawfirm.com

Nicholas V. Rogers
    on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor DITECH FINANCIAL nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William J. Levant
    on behalf of Creditor New Jersey Title Insurance Company efile.wjl@kaplaw.com

William J. Levant
    on behalf of Defendant New Jersey Title Insurance Company efile.wjl@kaplaw.com

William J. Levant
    on behalf of Plaintiff CATIC Title Insurance Company efile.wjl@kaplaw.com

TOTAL: 32