UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

Order Filed on December 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARK ANTHONY ANDREOTTIS II

DEBTOR

Case No.: 17-15603 (JKS)

Hearing Date:

Judge:   JOHN K. SHERWOOD

Chapter   7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 17, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $2,591.50 | $44.10 |

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-15603-JKS

Mark Anthony Andreottis, II  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3

Date Rcvd: Dec 17, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Andreottis, II, USP Lewisburg, Post Office Box 1000, Lewisburg, PA 17837-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor OCWEN LOAN SERVICING LLC ajennings@rasflaw.com |
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor DITECH FINANCIAL NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Carrie J. Boyle | on behalf of Debtor Mark Anthony Andreottis  II cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com |

Case 17-15603-JKS    Doc 244    Filed 12/19/20    Entered 12/20/20 00:19:51    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| David J. Finkler | on behalf of Creditor Travelers Insurance Co. DFinkler.LawDJF@verizon.net  finklerdr93613@notify.bestcase.com |
| Deborah T. Feldstein | on behalf of Creditor Sanford Funding LLC dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor PNC Bank NA dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Defendant The United States of America eamonn.ohagan@usdoj.gov |
| Jennifer D. Gould | on behalf of Creditor 811 Willow Ave Condo Assoc. jgould@stark-stark.com  mdepietro@stark-stark.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Kim R. Lynch | on behalf of Plaintiff Charles M. Forman  as Chapter 7 Trustee klynch@formanlaw.com, kanema@formanlaw.com |
| Kim R. Lynch | on behalf of Trustee Charles M. Forman klynch@formanlaw.com  kanema@formanlaw.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor DITECH FINANCIAL bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Meaghan Tuohey | on behalf of Creditor 811 Willow Ave Condo Assoc. meaghan@2eklaw.com  G19176@notify.cincompass.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Miriam Rosenblatt | on behalf of Creditor OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com |
| Mitchell Malzberg | on behalf of Interested Party Katia Montresor mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Mitchell Malzberg | on behalf of Interested Party Kevin Murphy mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |
| Murphy Durkin | on behalf of Creditor Kearny Bank maresta@durkinlawfirm.com  mdurkin@durkinlawfirm.com |
| Nicholas V. Rogers | on behalf of Creditor DITECH FINANCIAL nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William J. Levant | on behalf of Defendant New Jersey Title Insurance Company efile.wjl@kaplaw.com |
| William J. Levant | on behalf of Plaintiff CATIC Title Insurance Company efile.wjl@kaplaw.com |
| William J. Levant | on behalf of Creditor New Jersey Title Insurance Company efile.wjl@kaplaw.com |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Dec 17, 2020 Form ID: pdf903 Total Noticed: 1
TOTAL: 32