| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on January 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>                              Debtor. | Chapter:   7<br><br>Case No.:  17-15603 (JKS)<br><br>Hearing Date:  January 7, 2021<br>Hearing Time: 10:00 a.m. |

**ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO FORMAN HOLT, ATTORNEYS FOR TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 7, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

F0117407 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services |
| Case No: | 17-15603(JKS) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** that Forman Holt be and hereby awarded final compensation for services rendered in the amount of $__95,625.00__ and reimbursement of expenses in the amount of $__1,763.67__.

F0117407 - 1