| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, NJ 07662<br>Telephone: (201) 845-1000<br>Facsimile: (201) 655-6650<br>Attorneys for Charles M. Forman,<br>Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | Order Filed on January 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MARK ANTHONY ANDREOTTIS, II a/k/a MARK ANDREOTTI d/b/a PRAETORIAN INVESTOR SERVICES,<br><br>                              Debtor. | Chapter: 7<br><br>Case No.: 17-15603 (JKS)<br><br>Hearing Date: January 7, 2021<br>Hearing Time: 10:00 a.m. |

**ORDER GRANTING FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES TO FORMAN HOLT, ATTORNEYS FOR TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 7, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

F0117407 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | Mark Anthony Andreottis, II a/k/a Mark Andreotti d/b/a Praetorian Investor Services |
| Case No: | 17-15603(JKS) |
| Caption of Order: | Order Granting Final Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for final compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** that Forman Holt be and hereby awarded final compensation for services rendered in the amount of $__95,625.00__ and reimbursement of expenses in the amount of $__1,763.67__.

F0117407 - 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 17-15603-JKS
Mark Anthony Andreottis, II                                                                    Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3
Date Rcvd: Jan 07, 2021       Form ID: pdf903          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID      Recipient Name and Address**
db          +  Mark Anthony Andreottis, II, USP Lewisburg, Post Office Box 1000, Lewisburg, PA 17837-1000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

**Name**                      **Email Address**
Aleisha Candace Jennings
                              on behalf of Creditor OCWEN LOAN SERVICING LLC ajennings@raslg.com

Alexandra T. Garcia
                              on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
                              on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
                              on behalf of Creditor DITECH FINANCIAL NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Carrie J. Boyle
                              on behalf of Debtor Mark Anthony Andreottis II cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Charles M. Forman
    cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
    on behalf of Trustee Charles M. Forman cforman@formanlaw.com
    lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

David J. Finkler
    on behalf of Creditor Travelers Insurance Co. DFinkler.LawDJF@verizon.net  finklerdr93613@notify.bestcase.com

Deborah T. Feldstein
    on behalf of Creditor Sanford Funding LLC dfeldstein@caplaw.net

Denise E. Carlon
    on behalf of Creditor PNC Bank NA dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eamonn O'Hagan
    on behalf of Defendant The United States of America eamonn.ohagan@usdoj.gov

Jennifer D. Gould
    on behalf of Creditor 811 Willow Ave Condo Assoc. jgould@stark-stark.com  mdepietro@stark-stark.com

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com

Kim R. Lynch
    on behalf of Plaintiff Charles M. Forman  as Chapter 7 Trustee klynch@formanlaw.com, kanema@formanlaw.com

Kim R. Lynch
    on behalf of Trustee Charles M. Forman klynch@formanlaw.com  kanema@formanlaw.com

Laura M. Egerman
    on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman
    on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman
    on behalf of Creditor DITECH FINANCIAL bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Meaghan Tuohey
    on behalf of Creditor 811 Willow Ave Condo Assoc. meaghan@2eklaw.com  G19176@notify.cincompass.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Miriam Rosenblatt
    on behalf of Creditor OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com

Mitchell Malzberg
    on behalf of Interested Party Katia Montresor mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Mitchell Malzberg
    on behalf of Interested Party Kevin Murphy mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Murphy Durkin
    on behalf of Creditor Kearny Bank maresta@durkinlawfirm.com  mdurkin@durkinlawfirm.com

Nicholas V. Rogers
    on behalf of Creditor DITECH FINANCIAL nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William J. Levant
    on behalf of Defendant New Jersey Title Insurance Company efile.wjl@kaplaw.com

William J. Levant
    on behalf of Plaintiff CATIC Title Insurance Company efile.wjl@kaplaw.com

William J. Levant
    on behalf of Creditor New Jersey Title Insurance Company efile.wjl@kaplaw.com

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Jan 07, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 32