**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| In re:   Mark Anthony Andreottis II | § Case No. 17-15603-JKS |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Charles M. Forman, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U S Bankruptcy Court
50 Walnut Street
Newark, NJ  07102

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on July 08, 2021 in Courtroom 3D, 50 Walnut Street, Newark, NJ. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/02/2021           By:   /s/ Charles M. Forman
                                                          Trustee

Charles M. Forman
365 West Passaic Street
Suite 400
Rochelle Park, NJ  07662
(201) 845-1000
cforman@formanlaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

In re:    Mark Anthony Andreottis II    § Case No. 17-15603-JKS
         §
         §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATION FOR COMPENSATION

*The Final Report shows receipts of*         $         630,049.57

*and approved disbursements of*              $         556,550.97

*leaving a balance on hand of* [1]            $          73,498.60

**Balance on hand:**                         $          73,498.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ditech Financial LLC fka Green Tree Servicing LLC | 945,933.98 | 0.00 | 0.00 | 0.00 |
| 00002-2 | Kearny Bank | 732,372.67 | 732,372.67 | 0.00 | 0.00 |
| 2 | Kearny Bank | 0.00 | 0.00 | 0.00 | 0.00 |
| 00004A | INTERNAL REVENUE SERVICE | 254,649.20 | 254,649.20 | 0.00 | 0.00 |
| 5 | Ditech Financial LLC fka Green Tree Servicing LLC | 217,726.61 | 0.00 | 0.00 | 0.00 |
| 8 | Deutsche Bank National Trust Company Ocwen Loan Servicing, L | 421,911.71 | 0.00 | 0.00 | 0.00 |
| 15 | United States of America c/o United States Attorney's Office | 2,123,351.89 | 2,123,351.89 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $    73,498.60

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES M. FORMAN, CHAPTER 7 TRUSTEE | 34,752.48 | 0.00 | 18,860.81 |
| Attorney for Trustee, Fees - FORMAN HOLT | 1,763.67 | 0.00 | 957.18 |
| Attorney for Trustee, Expenses - FORMAN HOLT | 95,625.00 | 0.00 | 51,897.46 |
| Accountant for Trustee, Fees - BEDERSON LLP | 2,591.50 | 0.00 | 1,406.45 |
| Accountant for Trustee, Expenses - BEDERSON LLP | 44.10 | 0.00 | 23.93 |
| Auctioneer, Fees - A.J. WILLNER AUCTIONS, LLC | 5,004.30 | 5,004.30 | 0.00 |
| Auctioneer, Expenses - A.J. WILLNER AUCTIONS, LLC | 950.00 | 950.00 | 0.00 |
| Fees, United States Trustee | 650.00 | 0.00 | 352.77 |
| Other, Fees - A ATKINS APPRAISAL CO | 3,975.00 | 3,975.00 | 0.00 |
| Other, Expenses - A ATKINS APPRAISAL CO | 213.86 | 213.86 | 0.00 |

Total to be paid for chapter 7 administration expenses:    $    73,498.60
Remaining balance:    $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee/D-I-P , Fees - Maciag Law LLC (ADMINISTRATIVE)  Thaddeus R. Maciag, Esq. | 18,663.50 | 0.00 | 0.00 |
| Attorney for Trustee/D-I-P , Expenses - Maciag Law LLC | 95.62 | 0.00 | 0.00 |

Total to be paid for prior chapter administration expenses:    $    0.00
Remaining balance:    $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $95,454.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00004B | INTERNAL REVENUE SERVICE | 24,325.45 | 0.00 | 0.00 |
| 17 | State of New Jersey Division of Taxation | 71,129.48 | 0.00 | 0.00 |

Total to be paid for priority claims:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

|   |   | Remaining balance: | $ 0.00 |
|---|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,049,035.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Verizon by American InfoSource LP as agent | 306.22 | 0.00 | 0.00 |
| 4 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 00004C | INTERNAL REVENUE SERVICE | 734,991.37 | 0.00 | 0.00 |
| 6 | Fidelity National Title Insurance Company | 13,449.96 | 0.00 | 0.00 |
| 7 | US Department of Education | 14,494.45 | 0.00 | 0.00 |
| 9 | 811 Willow Ave. Condo Association c/o MBM Group | 13,966.77 | 0.00 | 0.00 |
| 12 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA C/O DAVID J | 67,434.84 | 0.00 | 0.00 |
| 13 | AT&T Mobility II LLC c/o AT&T Services, Inc. Karen A. Cavagn | 4,392.16 | 0.00 | 0.00 |
| 14 | Irene Andreottis Attn: Marianne Pagliaroni | 200,000.00 | 0.00 | 0.00 |

|   | Total to be paid for timely general unsecured claims: | $ 0.00 |
|---|---|---|
|   | Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $2,962,656.09 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | CATIC Title Insurance Co. c/o William Levant Kaplin Stewart | 2,962,656.09 | 0.00 | 0.00 |

|   | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| | Remaining balance: | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $511,512.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 00004D | Internal Revenue Service | 511,512.10 | 0.00 | 0.00 |

| | Total to be paid for subordinated claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

Prepared By: /s/ Charles M. Forman
Trustee

Charles M. Forman
365 West Passaic Street
Suite 400
Rochelle Park, NJ  07662
(201) 845-1000
cforman@formanlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**