Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−15603−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Mark Anthony Andreottis II
  aka Mark Andreotti, dba Praetorian
  Investor Svcs
  USP Lewisburg
  Post Office Box 1000
  Lewisburg, PA 17837

Social Security No.:
  xxx−xx−5548

Employer's Tax I.D. No.:
  80−0276082

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:           July 15, 2021
TIME:           10:00 AM
LOCATION:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $630,049.57
TOTAL DISBURSEMENTS:    $556,550.97
BALANCE ON HAND:        $73,498.60

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Charles M. Forman. Chapter 7 Trustee

COMMISSION OR FEES
$34,752.48

EXPENSES

$0.00

---

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: June 16, 2021
JAN: dlr

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-15603-JKS |
| Mark Anthony Andreottis, II | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 16, 2021 | Form ID: 192 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Andreottis, II, USP Lewisburg, Post Office Box 1000, Lewisburg, PA 17837-1000 |
| aty | | Forman Holt, 66 route 17 North, First Fl, Paramus, NJ 07652 |
| aty | + | Maciag Law, LLC, 475 Wall Street, Princeton, NJ 08540-1509 |
| cr | + | 811 Willow Ave Condo Assoc., MBM Group, 215 Adams Street, Hoboken, NJ 07030-2598 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| intp | + | Katia Montresor, 811 Willow Ave., #1N, Hoboken, NJ 07030-2916 |
| cr | + | Kearny Bank, C/o Durkin & Durkin, LLC, 1120 Bloomfield Ave, West Caldwell, NJ 07006-7138 |
| intp | + | Kevin Murphy, 811 Willow Ave., #1N, Hoboken, NJ 07030-2916 |
| cr | + | New Jersey Title Insurance Company, 2001 Route 46, Suite 310, Parsippany, nj 07054-1315 |
| cr | + | OCWEN LOAN SERVICING LLC, 6409 Congress Ave Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Sanford Funding LLC, Deborah Feldstein, Esq., Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| cr | + | Travelers Insurance Co., c/o Law offices of David J. Finkler, P.C, 266 Harriston Road, Suite 203, Glen Rock, NJ 07452-3321 |
| 517162017 | + | 811 Willow Ave. Condo Association, c/o MBM Group, 215 Adams Street, Hoboken, NJ 07030-2598 |
| 518304595 | + | 811 Willow Avenue Condo Assoc., c/o Law Office of, Meaghan Tuohey, 10 Tilt Street, Haledon, NJ 07508-1332 |
| 518301934 | + | CATIC Title Insurance Co., c/o William Levant, Kaplin Stewart Meloff Reiter & Stein, 910 Harvest Drive, 2nd Floor, P.O. Box 3037 Blue Bell, PA 19422-0765 |
| 517155924 | + | Deutsche Bank National Trust Company, Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 516715889 | + | Ditech Financial, 1100 Virginia Dr. #100A, Port Washington, PA 19034-3277 |
| 516820057 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516951585 | + | Fidelity National Title Insurance Company, 2533 N 117th Ave, Omaha, NE 68164-3679 |
| 518301935 | + | Irene Andreotti, c/o Marianne Pagliaroni, 990 Cropwell Road, Cherry Hill, NJ 08003-1437 |
| 517382544 | + | Irene Andreottis, Attn: Marianne Pagliaroni, 990 Cropwell Road, Cherry Hill, NJ 08003-1437 |
| 516715888 | + | Kearny Bank, 120 Passaic Ave, Fairfield, NJ 07004-3523 |
| 518304600 | + | Kearny Bank f/k/a Kearny, Federal Savings, c/o Durkin & Durkin LLC, 1120 Bloomfield Avenue, Caldwell, NJ 07007. 07006-7138 |
| 517362901 | + | Maciag Law LLC, Thaddeus R. Maciag, Esq., 475 Wall Street, Princeton, NJ 08540-1509 |
| 518301933 | | Melissa Andreotti, 12 Stone Hedge Drive, Goshen, NY 10924-5410 |
| 516959772 | + | Ocwen, P.O. Box 24646, W. Palm Beach, FL 33416-4646 |
| 516959773 | + | PNC Bank, 1 PNC Plaza, 249 5th Ave, Pittsburgh, PA 15222-2707 |
| 518997614 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517363607 | + | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, C/O DAVID J. FINKLER, ESQ., 266 HARRISTOWN RD, SUITE 203, GLEN ROCK, NJ 07452-3321 |
| 517038250 | | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2021 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

Case 17-15603-JKS    Doc 256    Filed 06/18/21    Entered 06/19/21 00:14:25    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 192 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 16 2021 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jun 16 2021 20:47:00 | A. Atkins Appraisal Company, 122 Clinton Road, Fairfield, NJ 07004-2900 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jun 16 2021 20:47:00 | A.Atkins Appraisal Corp., 122 Clinton Road, Suite 2A, Fairfield, NJ 07004-2900 |
| auc | + | Email/Text: msklar@ajwillnerauctions.com | Jun 16 2021 20:47:00 | A.J. Willner Auctions, LLC, PO Box 1012, Springfield, NJ 07081-5012 |
| auc | + | Email/Text: msklar@ajwillnerauctions.com | Jun 16 2021 20:47:00 | AJ Willner Auctions LLC, POB 1012, Springfield, NJ 07081-5012 |
| 517375875 | + | Email/Text: g20956@att.com | Jun 16 2021 20:48:00 | AT&T Mobility II LLC, c/o AT&T Services, Inc., Karen A. Cavagnaro - Lead Paralegal, One AT&T Way Roo 3A104, Bedminister, NJ 07921-2693 |
| 516847141 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2021 20:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517284197 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2021 20:47:00 | United State Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517463159 | + | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2021 20:47:00 | United States of America, c/o United States Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 516865875 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 16 2021 20:53:09 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518304597 | | Ditech Financial, c/o RAS Cintron. |
| 518304601 | | Ocwen Loan Servicing, c/o RAS Cintron. |
| 518304602 | | PNC Bank. |
| 516966581 | | TBD |
| 518304604 | | US Bank Trust National, Association as, Trustee of the Cabana, Series III Trust., c/o Freidman Vartollo LLP. |
| 516966580 | | US Government |
| 518304603 | | United States of America. |
| 516878278 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 518304692 | ##+ | Melissa Andreotti, 386 Brownstone Court, Wyckoff NJ 07481-2430 |

TOTAL: 7 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021            Signature:        /s/Joseph Speetjens

Case 17-15603-JKS    Doc 256    Filed 06/18/21    Entered 06/19/21 00:14:25    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 192 | Total Noticed: 42 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Aleisha Candace Jennings
on behalf of Creditor OCWEN LOAN SERVICING LLC ajennings@raslg.com

Alexandra T. Garcia
on behalf of Creditor DITECH FINANCIAL NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Alexandra T. Garcia
on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Carrie J. Boyle
on behalf of Debtor Mark Anthony Andreottis  II cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com

Charles M. Forman
cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
on behalf of Trustee Charles M. Forman cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

David J. Finkler
on behalf of Creditor Travelers Insurance Co. DFinkler.LawDJF@verizon.net  finklerdr93613@notify.bestcase.com

Deborah T. Feldstein
on behalf of Creditor Sanford Funding LLC dfeldstein@caplaw.net

Denise E. Carlon
on behalf of Creditor PNC Bank NA dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eamonn O'Hagan
on behalf of Defendant The United States of America eamonn.ohagan@usdoj.gov

Jennifer D. Gould
on behalf of Creditor 811 Willow Ave Condo Assoc. jgould@stark-stark.com  mdepietro@stark-stark.com

Jonathan C. Schwalb
on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com

Kim R. Lynch
on behalf of Plaintiff Charles M. Forman  as Chapter 7 Trustee klynch@formanlaw.com, kanema@formanlaw.com

Kim R. Lynch
on behalf of Trustee Charles M. Forman klynch@formanlaw.com  kanema@formanlaw.com

Laura M. Egerman
on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman
on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman
on behalf of Creditor DITECH FINANCIAL bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Meaghan Tuohey
on behalf of Creditor 811 Willow Ave Condo Assoc. meaghan@2eklaw.com  G19176@notify.cincompass.com

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Miriam Rosenblatt
on behalf of Creditor OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com

Mitchell Malzberg
on behalf of Interested Party Katia Montresor mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Mitchell Malzberg
on behalf of Interested Party Kevin Murphy mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Murphy Durkin

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 192 | Total Noticed: 42 |

|  |  |
|---|---|
|  | on behalf of Creditor Kearny Bank maresta@durkinlawfirm.com  mdurkin@durkinlawfirm.com |
| Nicholas V. Rogers | on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor DITECH FINANCIAL nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William J. Levant | on behalf of Creditor New Jersey Title Insurance Company efile.wjl@kaplaw.com |
| William J. Levant | on behalf of Defendant New Jersey Title Insurance Company efile.wjl@kaplaw.com |
| William J. Levant | on behalf of Plaintiff CATIC Title Insurance Company efile.wjl@kaplaw.com |

TOTAL: 32