UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

50 Walnut Street
Newark, NJ 07102

**Order Filed on September 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mark Anthony Andreottis, II

| | |
|---|---|
| Case No.: | 17-15603 |
| Chapter: | 7 |
| Hearing Date: | 8/5/2021 |
| Judge: | Sherwood |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following page is **ORDERED**.

**DATED: September 22, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF NEW JERSEY**

In Re:

    Mark Anthony Andreottis II             CHAPTER 7
                                                     CASE NO. 17-15603 - JKS

                Debtor(s)

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

    The relief set forth is hereby **ORDERED,**

    **AND NOW**, this 22nd day of September, 2021, upon consideration of the Chapter 7 Trustee's Final Report and Application for Compensation (Docket Entry Nos. 250 & 251) and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, and after consideration of the Limited Objection to the Chapter 7 Trustee's Final Report and Proposed Final Distribution (Docket Entry No. 258), which was filed by Maciag Law LLC, and upon careful review of the Chapter 7 Trustee's Final Report, it is **ORDERED**, that the sum of $34,752.48 is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.