UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

50 Walnut Street
Newark, NJ 07102

**Order Filed on September 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mark Anthony Andreottis, II

| | |
|---|---|
| Case No.: | 17-15603 |
| Chapter: | 7 |
| Hearing Date: | 8/5/2021 |
| Judge: | Sherwood |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following page is **ORDERED**.

**DATED: September 22, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF NEW JERSEY**

In Re:

    Mark Anthony Andreottis II            CHAPTER 7
                                                      CASE NO. 17-15603 - JKS

    Debtor(s)

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

    The relief set forth is hereby **ORDERED,**

    **AND NOW**, this 22nd day of September, 2021, upon consideration of the Chapter 7 Trustee's Final Report and Application for Compensation (Docket Entry Nos. 250 & 251) and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, and after consideration of the Limited Objection to the Chapter 7 Trustee's Final Report and Proposed Final Distribution (Docket Entry No. 258), which was filed by Maciag Law LLC, and upon careful review of the Chapter 7 Trustee's Final Report, it is **ORDERED**, that the sum of $34,752.48 is reasonable compensation for the services in this case by Charles M. Forman, trustee; that such sum does not exceed the limitation prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the Trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-15603-JKS |
| Mark Anthony Andreottis, II | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 22, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mark Anthony Andreottis, II, USP Lewisburg, Post Office Box 1000, Lewisburg, PA 17837-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 24, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor OCWEN LOAN SERVICING LLC ajennings@raslg.com |
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor DITECH FINANCIAL NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Carrie J. Boyle | on behalf of Debtor Mark Anthony Andreottis II cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com |

Case 17-15603-JKS    Doc 260    Filed 09/24/21    Entered 09/25/21 00:12:03    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Charles M. Forman
    cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Charles M. Forman
    on behalf of Trustee Charles M. Forman cforman@formanlaw.com
    lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

David J. Finkler
    on behalf of Creditor Travelers Insurance Co. DFinkler.LawDJF@verizon.net  finklerdr93613@notify.bestcase.com

Deborah T. Feldstein
    on behalf of Creditor Sanford Funding LLC dfeldstein@caplaw.net

Denise E. Carlon
    on behalf of Creditor PNC Bank NA dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eamonn O'Hagan
    on behalf of Defendant The United States of America eamonn.ohagan@usdoj.gov

Jennifer D. Gould
    on behalf of Creditor 811 Willow Ave Condo Assoc. jgould@stark-stark.com  mdepietro@stark-stark.com

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com

Kim R. Lynch
    on behalf of Plaintiff Charles M. Forman  as Chapter 7 Trustee klynch@formanlaw.com, kanema@formanlaw.com

Kim R. Lynch
    on behalf of Trustee Charles M. Forman klynch@formanlaw.com  kanema@formanlaw.com

Laura M. Egerman
    on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman
    on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bkyecf@rasflaw.com
    bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman
    on behalf of Creditor DITECH FINANCIAL bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Meaghan Tuohey
    on behalf of Creditor 811 Willow Ave Condo Assoc. meaghan@2eklaw.com  G19176@notify.cincompass.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Miriam Rosenblatt
    on behalf of Creditor OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com

Mitchell Malzberg
    on behalf of Interested Party Katia Montresor mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Mitchell Malzberg
    on behalf of Interested Party Kevin Murphy mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com

Murphy Durkin
    on behalf of Creditor Kearny Bank maresta@durkinlawfirm.com  mdurkin@durkinlawfirm.com

Nicholas V. Rogers
    on behalf of Creditor DITECH FINANCIAL nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William J. Levant
    on behalf of Defendant New Jersey Title Insurance Company efile.wjl@kaplaw.com

William J. Levant
    on behalf of Plaintiff CATIC Title Insurance Company efile.wjl@kaplaw.com

William J. Levant
    on behalf of Creditor New Jersey Title Insurance Company efile.wjl@kaplaw.com

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Sep 22, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 32