**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Mark Anthony Andreottis II <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5548 <br> EIN   80-0276082 |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–15603–JKS | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Anthony Andreottis II
aka Mark Andreotti, dba Praetorian Investor Svcs

11/3/21                                        **By the court:**   John K. Sherwood
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Mark Anthony Andreottis, II  
    Debtor

Case No. 17-15603-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 03, 2021 | Form ID: 318 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Anthony Andreottis, II, USP Lewisburg, Post Office Box 1000, Lewisburg, PA 17837-1000 |
| aty | | Forman Holt, 66 route 17 North, First Fl, Paramus, NJ 07652 |
| aty | + | Maciag Law, LLC, 475 Wall Street, Princeton, NJ 08540-1509 |
| cr | + | 811 Willow Ave Condo Assoc., MBM Group, 215 Adams Street, Hoboken, NJ 07030-2598 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| intp | + | Katia Montresor, 811 Willow Ave., #1N, Hoboken, NJ 07030-2916 |
| cr | + | Kearny Bank, C/o Durkin & Durkin, LLC, 1120 Bloomfield Ave, West Caldwell, NJ 07006-7138 |
| intp | + | Kevin Murphy, 811 Willow Ave., #1N, Hoboken, NJ 07030-2916 |
| cr | + | New Jersey Title Insurance Company, 2001 Route 46, Suite 310, Parsippany, nj 07054-1315 |
| cr | + | OCWEN LOAN SERVICING LLC, 6409 Congress Ave Suite 100, Boca Raton, FL 33487, UNITED STATES 33487-2853 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Sanford Funding LLC, Deborah Feldstein, Esq., Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| cr | + | Travelers Insurance Co., c/o Law offices of David J. Finkler, P.C, 266 Harriston Road, Suite 203, Glen Rock, NJ 07452-3321 |
| 517162017 | + | 811 Willow Ave. Condo Association, c/o MBM Group, 215 Adams Street, Hoboken, NJ 07030-2598 |
| 518304595 | + | 811 Willow Avenue Condo Assoc., c/o Law Office of, Meaghan Tuohey, 10 Tilt Street, Haledon, NJ 07508-1332 |
| 518301934 | + | CATIC Title Insurance Co., c/o William Levant, Kaplin Stewart Meloff Reiter & Stein, 910 Harvest Drive, 2nd Floor, P.O. Box 3037 Blue Bell, PA 19422-0765 |
| 517155924 | + | Deutsche Bank National Trust Company, Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 516715889 | + | Ditech Financial, 1100 Virginia Dr. #100A, Port Washington, PA 19034-3277 |
| 516820057 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516951585 | + | Fidelity National Title Insurance Company, 2533 N 117th Ave, Omaha, NE 68164-3679 |
| 518301935 | + | Irene Andreotti, c/o Marianne Pagliaroni, 990 Cropwell Road, Cherry Hill, NJ 08003-1437 |
| 517382544 | + | Irene Andreottis, Attn: Marianne Pagliaroni, 990 Cropwell Road, Cherry Hill, NJ 08003-1437 |
| 516715888 | + | Kearny Bank, 120 Passaic Ave, Fairfield, NJ 07004-3523 |
| 518304600 | + | Kearny Bank f/k/a Kearny, Federal Savings, c/o Durkin & Durkin LLC, 1120 Bloomfield Avenue, Caldwell, NJ 07007. 07006-7138 |
| 517362901 | + | Maciag Law LLC, Thaddeus R. Maciag, Esq., 475 Wall Street, Princeton, NJ 08540-1509 |
| 518301933 | | Melissa Andreotti, 12 Stone Hedge Drive, Goshen, NY 10924-5410 |
| 516959772 | + | Ocwen, P.O. Box 24646, W. Palm Beach, FL 33416-4646 |
| 516959773 | + | PNC Bank, 1 PNC Plaza, 249 5th Ave, Pittsburgh, PA 15222-2707 |
| 518997614 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517363607 | + | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, C/O DAVID J. FINKLER, ESQ., 266 HARRISTOWN RD, SUITE 203, GLEN ROCK, NJ 07452-3321 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: charles.forman@txitrustee.com | Nov 03 2021 20:23:00 | Charles M. Forman, Forman Holt, 365 West Passaic St., Suite 400, Rochelle Park, NJ 07662-3005 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2021 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

Case 17-15603-JKS    Doc 262    Filed 11/05/21    Entered 11/06/21 00:10:41    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: 318 | Total Noticed: 43 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 03 2021 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Nov 03 2021 20:23:00 | A. Atkins Appraisal Company, 122 Clinton Road, Fairfield, NJ 07004-2900 |
| app | + | Email/Text: atkinsappraisal@aol.com | Nov 03 2021 20:23:00 | A.Atkins Appraisal Corp., 122 Clinton Road, Suite 2A, Fairfield, NJ 07004-2900 |
| auc | + | Email/Text: msklar@ajwillnerauctions.com | Nov 03 2021 20:23:00 | A.J. Willner Auctions, LLC, PO Box 1012, Springfield, NJ 07081-5012 |
| auc | + | Email/Text: msklar@ajwillnerauctions.com | Nov 03 2021 20:23:00 | AJ Willner Auctions LLC, POB 1012, Springfield, NJ 07081-5012 |
| 517375875 | + | EDI: CINGMIDLAND.COM | Nov 04 2021 00:28:00 | AT&T Mobility II LLC, c/o AT&T Services, Inc., Karen A. Cavagnaro - Lead Paralegal, One AT&T Way Roo 3A104, Bedminster, NJ 07921-2693 |
| 516847141 | + | EDI: IRS.COM | Nov 04 2021 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517038250 | | EDI: ECMC.COM | Nov 04 2021 00:23:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 517284197 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2021 20:23:00 | United State Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517463159 | + | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2021 20:23:00 | United States of America, c/o United States Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 516865875 | + | EDI: AIS.COM | Nov 04 2021 00:28:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518304597 | | Ditech Financial, c/o RAS Cintron. |
| 518304601 | | Ocwen Loan Servicing, c/o RAS Cintron. |
| 518304602 | | PNC Bank. |
| 516966581 | | TBD |
| 518304604 | | US Bank Trust National, Association as, Trustee of the Cabana, Series III Trust., c/o Freidman Vartollo LLP. |
| 516966580 | | US Government |
| 518304603 | | United States of America. |
| aty | *+ | Charles M. Forman, Forman Holt, 365 West Passaic St., Suite 400, Rochelle Park, NJ 07662-3005 |
| 516878278 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 518304692 | ##+ | Melissa Andreotti, 386 Brownstone Court, Wyckoff NJ 07481-2430 |

TOTAL: 7 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Nov 03, 2021 | Form ID: 318 | Total Noticed: 43

Date: Nov 05, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor OCWEN LOAN SERVICING LLC ajennings@raslg.com |
| Alexandra T. Garcia | on behalf of Creditor DITECH FINANCIAL NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Carrie J. Boyle | on behalf of Debtor Mark Anthony Andreottis  II cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net;J.CR73128@notify.bestcase.com |
| Charles M. Forman | cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| David J. Finkler | on behalf of Creditor Travelers Insurance Co. DFinkler.LawDJF@verizon.net  finklerdr93613@notify.bestcase.com |
| Deborah T. Feldstein | on behalf of Creditor Sanford Funding LLC dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor PNC Bank NA dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Defendant The United States of America eamonn.ohagan@usdoj.gov |
| Jennifer D. Gould | on behalf of Creditor 811 Willow Ave Condo Assoc. jgould@stark-stark.com  mdepietro@stark-stark.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Kim R. Lynch | on behalf of Plaintiff Charles M. Forman  as Chapter 7 Trustee klynch@formanlaw.com, kanema@formanlaw.com |
| Kim R. Lynch | on behalf of Trustee Charles M. Forman klynch@formanlaw.com  kanema@formanlaw.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor DITECH FINANCIAL bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Meaghan Tuohey | on behalf of Creditor 811 Willow Ave Condo Assoc. meaghan@2eklaw.com  G19176@notify.cincompass.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Miriam Rosenblatt | on behalf of Creditor OCWEN LOAN SERVICING LLC miriam.rosenblatt@mhllp.com |
| Mitchell Malzberg | on behalf of Interested Party Katia Montresor mmalzberg@mjmalzberglaw.com  dlapham@mjmalzberglaw.com |

District/off: 0312-2    User: admin    Page 4 of 4
Date Rcvd: Nov 03, 2021    Form ID: 318    Total Noticed: 43

| | |
|---|---|
| Mitchell Malzberg | on behalf of Interested Party Kevin Murphy mmalzberg@mjmalzberglaw.com dlapham@mjmalzberglaw.com |
| Murphy Durkin | on behalf of Creditor Kearny Bank maresta@durkinlawfirm.com mdurkin@durkinlawfirm.com |
| Nicholas V. Rogers | on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor Ditech Financial LLC fka Green Tree Servicing LLC nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor DITECH FINANCIAL nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William J. Levant | on behalf of Creditor New Jersey Title Insurance Company efile.wjl@kaplaw.com |
| William J. Levant | on behalf of Defendant New Jersey Title Insurance Company efile.wjl@kaplaw.com |
| William J. Levant | on behalf of Plaintiff CATIC Title Insurance Company efile.wjl@kaplaw.com |

TOTAL: 32