**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | | |
|---|---|---|
| In re: Mark Anthony Andreottis II | § | Case No. 17-15603-JKS |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Charles M. Forman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,491,140.71 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $630,049.57 | |

    3) Total gross receipts of $630,049.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $630,049.57 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 4,820,218.74 | 4,695,946.06 | 3,110,373.76 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 691,977.72 | 691,977.72 | 630,049.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 18,759.12 | 18,759.12 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 24,325.45 | 95,454.93 | 95,454.93 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 310,077.67 | 4,525,236.48 | 4,523,203.96 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$5,154,621.86** | **$10,027,374.31** | **$8,439,769.49** | **$630,049.57** |

4) This case was originally filed under Chapter 13 on 03/22/2017 and it was converted to Chapter 7 on 11/01/2017. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2021          By: /s/ Charles M. Forman
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 811 Willow Ave #1S, Hoboken NJ 07030 | 1110-000 | 580,000.00 |
| Artwork & Wine | 1129-000 | 50,043.00 |
| Class Action Settlement | 1249-000 | 6.57 |
| **TOTAL GROSS RECEIPTS** | | **$630,049.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 811 Willow Avenue Condo Assoc. | 4110-000 | 15,999.29 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PNC Bank | 4110-000 | 96,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Bank Trust National Association as Trustee of the Cabana Series III Trust c/o Freidman Vartollo, LLP | 4110-000 | 945,933.98 | 0.00 | 0.00 | 0.00 |
| 1 | Ditech Financial LLC fka Green Tree Servicing LLC | 4210-000 | 230,000.00 | 945,933.98 | 0.00 | 0.00 |
| 2 | Kearny Bank | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00002-2 | Kearny Bank | 4210-000 | 732,372.67 | 732,372.67 | 732,372.67 | 0.00 |
| 00004A | INTERNAL REVENUE SERVICE | 4210-000 | 254,649.20 | 254,649.20 | 254,649.20 | 0.00 |
| 5 | Ditech Financial LLC fka Green Tree Servicing LLC | 4210-000 | 0.00 | 217,726.61 | 0.00 | 0.00 |
| 8 | Deutsche Bank National Trust Company Ocwen Loan Servicing, L | 4210-000 | 421,911.71 | 421,911.71 | 0.00 | 0.00 |
| 15 | United States of America c/o United States Attorney's Office | 4210-000 | 2,123,351.89 | 2,123,351.89 | 2,123,351.89 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$4,820,218.74** | **$4,695,946.06** | **$3,110,373.76** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES M. FORMAN, CHAPTER 7 TRUSTEE | 2100-000 | N/A | 34,752.48 | 34,752.48 | 18,860.81 |
| A ATKINS APPRAISAL CO | 3711-000 | N/A | 3,975.00 | 3,975.00 | 3,975.00 |
| A ATKINS APPRAISAL CO | 3712-000 | N/A | 213.86 | 213.86 | 213.86 |
| BEDERSON LLP | 3410-000 | N/A | 2,591.50 | 2,591.50 | 1,406.45 |
| BEDERSON LLP | 3420-000 | N/A | 44.10 | 44.10 | 23.93 |
| A.J. WILLNER AUCTIONS, LLC | 3610-000 | N/A | 5,004.30 | 5,004.30 | 5,004.30 |
| A.J. WILLNER AUCTIONS, LLC | 3620-000 | N/A | 950.00 | 950.00 | 950.00 |
| United State Trustee (ADMINISTRATIVE) One Newark Center Sui | 2950-000 | N/A | 650.00 | 650.00 | 352.77 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 55.91 | 55.91 | 55.91 |
| CORVELLI SERVICES LLC | 2420-000 | N/A | 373.19 | 373.19 | 373.19 |
| GLOBAL COVERAGE, INC. | 2420-000 | N/A | 518.85 | 518.85 | 518.85 |
| NJ LOCKSMITH & DOOR SERVICE CO., INC. | 2420-000 | N/A | 333.19 | 333.19 | 333.19 |
| PRESTIGE TITLE AGENCY, INC. | 2420-000 | N/A | 390.00 | 390.00 | 390.00 |
| TRUSTEE RESOURCE GROUP | 2420-000 | N/A | 462.00 | 462.00 | 462.00 |
| 811 Willow Ave Condo Assoc | 2500-000 | N/A | 1,401.32 | 1,401.32 | 1,401.32 |
| Cortes & Hay Title Agency, Inc. | 2500-000 | N/A | 285.00 | 285.00 | 285.00 |
| Ocwen | 2500-000 | N/A | 463,203.93 | 463,203.93 | 463,203.93 |
| PNC Bank | 2500-000 | N/A | 78,000.00 | 78,000.00 | 78,000.00 |
| Signature Bank | 2600-000 | N/A | 582.33 | 582.33 | 582.33 |
| Texas Capital Bank | 2600-000 | N/A | 207.76 | 207.76 | 207.76 |
| ESSEX COUNTY REGISTER | 2990-000 | N/A | 80.00 | 80.00 | 80.00 |
| GUARANTEED SUBPOENA SERVICE, INC. | 2990-000 | N/A | 135.33 | 135.33 | 135.33 |
| NEVADA SECRETARY OF STATE | 2990-000 | N/A | 22.00 | 22.00 | 22.00 |
| PRESTIGE TITLE AGENCY, INC. | 2990-000 | N/A | 357.00 | 357.00 | 357.00 |
| FORMAN HOLT | 3110-000 | N/A | 1,763.67 | 1,763.67 | 957.18 |
| FORMAN HOLT | 3120-000 | N/A | 95,625.00 | 95,625.00 | 51,897.46 |
| TOTAL CHAPTER 7 ADMIN. FEES and CHARGES | | N/A | $691,977.72 | $691,977.72 | $630,049.57 |

**EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Maciag Law LLC (ADMINISTRATIVE) Thaddeus R. Maciag, Esq. | 6210-000 | N/A | 18,663.50 | 18,663.50 | 0.00 |
| Maciag Law LLC | 6220-000 | N/A | 95.62 | 95.62 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | **N/A** | **$18,759.12** | **$18,759.12** | **$0.00** |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004B | INTERNAL REVENUE SERVICE | 5800-000 | 24,325.45 | 24,325.45 | 24,325.45 | 0.00 |
| 17 | State of New Jersey Division of Taxation | 5800-000 | N/A | 71,129.48 | 71,129.48 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$24,325.45** | **$95,454.93** | **$95,454.93** | **$0.00** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Verizon by American InfoSource LP as agent | 7100-000 | 306.22 | 306.22 | 306.22 | 0.00 |
| 4 | INTERNAL REVENUE SERVICE | 7100-000 | 10,000.00 | 0.00 | 0.00 | 0.00 |
| 00004C | INTERNAL REVENUE SERVICE | 7100-000 | 0.00 | 734,991.37 | 734,991.37 | 0.00 |
| 00004D | Internal Revenue Service | 7300-000 | N/A | 511,512.10 | 511,512.10 | 0.00 |
| 6 | Fidelity National Title Insurance Company | 7100-000 | 13,450.00 | 13,449.96 | 13,449.96 | 0.00 |
| 7 | US Department of Education | 7100-000 | 14,494.45 | 14,494.45 | 14,494.45 | 0.00 |
| 9 | 811 Willow Ave. Condo Association c/o MBM Group | 7100-000 | 0.00 | 15,999.29 | 13,966.77 | 0.00 |
| 12 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA C/O DAVID J | 7100-000 | 67,434.84 | 67,434.84 | 67,434.84 | 0.00 |
| 13 | AT&T Mobility II LLC c/o AT&T Services, Inc. Karen A. Cavagn | 7100-000 | 4,392.16 | 4,392.16 | 4,392.16 | 0.00 |
| 14 | Irene Andreottis Attn: Marianne Pagliaroni | 7100-000 | 200,000.00 | 200,000.00 | 200,000.00 | 0.00 |
| 16 | CATIC Title Insurance Co. c/o William Levant Kaplin Stewart | 7200-000 | N/A | 2,962,656.09 | 2,962,656.09 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$310,077.67** | **$4,525,236.48** | **$4,523,203.96** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

**Case Number:** 17-15603 JKS
**Case Name:** Mark Anthony Andreottis II
**Period Ending:** 11/12/21

**Trustee:** Charles M. Forman
**Filed (f) or Converted (c):** 11/01/17 (c)
**§341(a) Meeting Date:** 12/08/17
**Claims Bar Date:** 03/08/18

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 386 Brownstone Court, Wyckoff NJ 07481 | 950,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 811 Willow Ave #1S, Hoboken NJ 07030 | 580,000.00 | 0.00 | | 580,000.00 | FA |
| 3 | 150 6th St #3, Hoboken NJ 07030 | 800,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2010 Toyota Tundra | 12,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2009 BMW X5<br>Debtor advised asset was sold post Ch 11 by ex-wife | 14,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2001 BMW 330XI | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Contents of Homes | 7,500.00 | 0.00 | | 0.00 | FA |
| 8 | TVs, Xbox, Computers | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Artwork & Wine | 80,000.00 | 0.00 | | 50,043.00 | FA |
| 10 | snowboards, surfboards | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 12 | watches | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | dog | 50.00 | 0.00 | | 0.00 | FA |
| 14 | miscellaneous | 100.00 | 0.00 | | 0.00 | FA |
| 15 | Checking account: Bank of America<br>Removed as an asset per amended schedules filed 6/14/19 | 11.00 | 0.00 | | 0.00 | FA |
| 16 | Praetorian Investor Services, LLC (u) | 16,470.71 | 0.00 | OA | 0.00 | FA |
| 17 | Full C liquor license in Hoboken, NJ Ownership TBD | 400,000.00 | 0.00 | | 0.00 | FA |
| 18 | Unpaid wages<br>Removed as an asset per amended schedules filed 6/14/19 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Potential claims from LLCs I own; to be determined | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Possible counterclaims to be determined (u) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 2

| Case Number: | 17-15603 JKS | Trustee: | Charles M. Forman |
|---|---|---|---|
| Case Name: | Mark Anthony Andreottis II | Filed (f) or Converted (c): | 11/01/17 (c) |
| | | §341(a) Meeting Date: | 12/08/17 |
| Period Ending: | 11/12/21 | Claims Bar Date: | 03/08/18 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | Travel & expenses from last employer, if collectible | 6,000.00 | 0.00 | | 0.00 | FA |
| 22 | Office equipment | 500.00 | 0.00 | | 0.00 | FA |
| 23 | Digital Cameras, lights, tripods | 600.00 | 0.00 | | 0.00 | FA |
| 24 | props | 300.00 | 0.00 | | 0.00 | FA |
| 25 | 126 Pine Grove Terrace, Newark NJ 07102 (Investment through an LLC) Removed as an asset per amended schedules filed 6/14/19 (owned by GFY Homes) | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 26 | 573 Bergen St. Newark NJ 07102 | 207,300.00 | 0.00 | OA | 0.00 | FA |
| 27 | Class Action Settlement (u) | 0.00 | Unknown | | 6.57 | FA |
| 28 | Miscellaneous books & records, video games, CD's, film canisters, magazines & books (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 29 | Cash | 9.00 | 0.00 | | 0.00 | FA |
| 30 | Rent from 573 Bergen St., Newark, NJ (u) | Unknown | 0.00 | | 0.00 | FA |
| 31 | Rent from 811 Willow Ave., #15, Hoboken, NJ (u) | Unknown | 0.00 | | 0.00 | FA |
| 32 | Claim v. Newark Housing Authority (u) | Unknown | 0.00 | | 0.00 | FA |
| 33 | Wine being held by Southby's (u) | 20,000.00 | 0.00 | | 0.00 | FA |
| 34 | TD Bank account (DIP) (u) | 0.00 | 1,849.14 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$3,151,140.71** | **$1,849.14** | | **$630,049.57** | **$0.00** |

**Major activities affecting case closing:**

Initial Projected Date of Final Report (TFR):  March 31, 2019         Current Projected Date of Final Report (TFR):  February 24, 2021 (Actual)

| November 12, 2021 | /s/ Charles M. Forman |
|---|---|
| Date | Charles M. Forman |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 17-15603 JKS | | Trustee: | Charles M. Forman |
|---|---|---|---|---|
| Case Name: | Mark Anthony Andreottis II | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4080 - Checking Account |
| Taxpayer ID#: | **-***9680 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/12/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/18 | Asset #9 | A.J. WILLNER AUCTIONS | AUCTION PROCEEDS | 1129-000 | 50,043.00 | | 50,043.00 |
| 05/23/18 | 51001 | NEVADA SECRETARY OF STATE | COPIES OF CORPORATE RECORDS | 2990-000 | | 6.00 | 50,037.00 |
| 05/23/18 | 51002 | NEVADA SECRETARY OF STATE | COPIES OF CORPORATE RECORDS | 2990-000 | | 8.00 | 50,029.00 |
| 05/23/18 | 51003 | NEVADA SECRETARY OF STATE | COPIES OF CORPORATE RECORDS | 2990-000 | | 8.00 | 50,021.00 |
| 06/04/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 46.44 | 49,974.56 |
| 06/07/18 | 51004 | PRESTIGE TITLE AGENCY, INC. | TITLE REPORTS FILE #: 18-66331-PT | 2990-000 | | 357.00 | 49,617.56 |
| 07/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 57.29 | 49,560.27 |
| 07/26/18 | 51005 | A. ATKINS APPRAISAL CO. | APPRAISER FOR TRUSTEE FEESPER 7/20/18 ORDER | 3711-000 | | 3,975.00 | 45,585.27 |
| 07/26/18 | 51006 | A. ATKINS APPRAISAL CO. | APPRAISER FOR TRUSTEE EXPENSESPER 7/20/18 ORDER | 3712-000 | | 213.86 | 45,371.41 |
| 07/26/18 | 51007 | A.J. WILLNER AUCTIONS, LLC | AUCTIONEER FOR TTE FEES | 3610-000 | | 5,004.30 | 40,367.11 |
| 07/26/18 | 51008 | A.J. WILLNER AUCTIONS, LLC | AUCTIONEER FOR TTE EXPENSES | 3620-000 | | 950.00 | 39,417.11 |
| 08/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 57.03 | 39,360.08 |
| 09/04/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 47.00 | 39,313.08 |
| 09/17/18 | 51009 | GLOBAL COVERAGE, INC. | INSURANCE - 811 WILLOW AVE., #1S, HOBOKEN, NJ | 2420-000 | | 518.85 | 38,794.23 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 17-15603 JKS | | Trustee: | Charles M. Forman |
|---|---|---|---|---|
| Case Name: | Mark Anthony Andreottis II | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4080 - Checking Account |
| Taxpayer ID#: | **-***9680 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/12/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/26/18 | | KEVIN MURPHY | SALE DEPOSIT - 811 WILLOW AVE., HOBOKEN | | 58,000.00 | | 96,794.23 |
| 09/26/18 | Asset #2 | Kevin Murphy | SALE DEPOSIT - 811 WILLOW AVE., HOBOKEN   600,890.25 | 1110-000 | | | 96,794.23 |
| 09/26/18 | | Ocwen | Payoff of First Mortgage Loan   -463,203.93 | 2500-000 | | | 96,794.23 |
| 09/26/18 | | PNC Bank | Payoff of Second Mortgage Loan   -78,000.00 | 2500-000 | | | 96,794.23 |
| 09/26/18 | | 811 Willow Ave Condo Assoc | Association Dues   -1,401.32 | 2500-000 | | | 96,794.23 |
| 09/26/18 | | Cortes & Hay Title Agency, Inc. | Title costs   -285.00 | 2500-000 | | | 96,794.23 |
| 10/04/18 | Asset #27 | COMPUTERSHARE/KCC | CLASS ACTION SETTLEMENT PAYMENT | 1249-000 | 6.57 | | 96,800.80 |
| 10/15/18 | 51010 | NJ LOCKSMITH & DOOR SERVICE CO., INC. | LOCKSMITH SERVICES - 811 WILLOW AVE, HOBOKEN | 2420-000 | | 333.19 | 96,467.61 |
| 10/24/18 | Asset #2 51011 | CORTES & HAY TITLE AGENCY, INC. | CLOSING RE: 811 WILLOW AVE., HOBOKEN, NJ | 1110-000 | -20,890.25 | | 75,577.36 |
| 12/11/18 | 51012 | PRESTIGE TITLE AGENCY, INC. | TITLE SEARCH RE: 126 PINE GROVE TERRFILE #: 18-66332-PT | 2420-000 | | 390.00 | 75,187.36 |
| 03/06/19 | 51013 | INTERNATIONAL SURETIES, LTD. | BOND #016026384 PREMIUM - 1/1/19 - 1/1/20 | 2300-000 | | 25.65 | 75,161.71 |
| 06/26/19 | 51014 | ESSEX COUNTY REGISTER | RECORDING FEE RE: NOTICE OF LIS PENDENS | 2990-000 | | 80.00 | 75,081.71 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 3

| **Case Number:** | 17-15603 JKS | **Trustee:** | Charles M. Forman |
|---|---|---|---|
| **Case Name:** | Mark Anthony Andreottis II | **Bank Name:** | Texas Capital Bank |
| | | **Account:** | ******4080 - Checking Account |
| **Taxpayer ID#:** | **-***9680 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/12/21 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/11/19 | 51015 | GUARANTEED SUBPOENA SERVICE, INC. | SERVICE OF SUBPOENA INV# 20190809101044 | 2990-000 | | 135.33 | 74,946.38 |
| 02/06/20 | 51016 | TRUSTEE RESOURCE GROUP | PROPERTY INSURANCE RE: 126 PINE GROVE TERRINV#: 13009 (2/4/20 - 5/4/20) | 2420-000 | | 462.00 | 74,484.38 |
| 02/28/20 | 51017 | INTERNATIONAL SURETIES, LTD. | Bond Premium 1/1/20 - 1/21/21 Bond #016026384 | 2300-000 | | 30.26 | 74,454.12 |
| 03/19/20 | 51018 | CORVELLI SERVICES LLC | SERVICES RE: INSPECTION/RE-SECURING OF REAL PROPERTYINV# 2825 | 2420-000 | | 373.19 | 74,080.93 |
| 06/04/20 | | Signature Bank | Transfer to account ending 3030 | 9999-000 | | 74,080.93 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 87,159.32 | 87,159.32 | $0.00 |
| Less: Bank Transfers | | 0.00 | 74,080.93 | |
| **Subtotal** | | 87,159.32 | 13,078.39 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$87,159.32** | **$13,078.39** | |

Case 17-15603-JKS    Doc 263    Filed 12/02/21    Entered 12/02/21 16:44:38    Desc Main
Document      Page 11 of 12

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 4

| Case Number: | 17-15603 JKS | | Trustee: | Charles M. Forman |
| --- | --- | --- | --- | --- |
| Case Name: | Mark Anthony Andreottis II | | Bank Name: | Signature Bank |
| | | | Account: | ******3030 - Checking Account |
| Taxpayer ID#: | **-***9680 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/12/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/04/20 | | Texas Capital Bank | Transfer from account ending 4080 | 9999-000 | 74,080.93 | | 74,080.93 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 102.62 | 73,978.31 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 122.19 | 73,856.12 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 121.99 | 73,734.13 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 117.86 | 73,616.27 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 117.67 | 73,498.60 |
| 09/27/21 | 60001 | CHARLES M. FORMAN, CHAPTER 7 TRUSTEE | Dividend of 54.271848065%. | 2100-000 | | 18,860.81 | 54,637.79 |
| 09/27/21 | 60002 | FORMAN HOLT | Dividend of 54.271848065%. | 3110-000 | | 957.18 | 53,680.61 |
| 09/27/21 | 60003 | FORMAN HOLT | Dividend of 54.271848065%. | 3120-000 | | 51,897.46 | 1,783.15 |
| 09/27/21 | 60004 | BEDERSON LLP | Dividend of 54.271848065%. | 3410-000 | | 1,406.45 | 376.70 |
| 09/27/21 | 60005 | BEDERSON LLP | Dividend of 54.271848065%. | 3420-000 | | 23.93 | 352.77 |

Case 17-15603-JKS    Doc 263    Filed 12/02/21    Entered 12/02/21 16:44:38    Desc Main
Document      Page 12 of 12

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 5

| Case Number: | 17-15603 JKS | | Trustee: | Charles M. Forman |
| --- | --- | --- | --- | --- |
| Case Name: | Mark Anthony Andreottis II | | Bank Name: | Signature Bank |
| | | | Account: | ******3030 - Checking Account |
| Taxpayer ID#: | **-***9680 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/12/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/27/21 | 60006 | United State Trustee (ADMINISTRATIVE) One Newark Center Sui | Dividend of 54.271848065%, Claim No.10. | 2950-000 | | 352.77 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | 74,080.93 | 74,080.93 | $0.00 |
| Less: Bank Transfers | 74,080.93 | 0.00 | |
| **Subtotal** | 0.00 | 74,080.93 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$74,080.93** | |

| | |
| --- | --- |
| Net Receipts: | $87,159.32 |
| Plus Gross Adjustments: | 542,890.25 |
| Net Estate: | $630,049.57 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******3030** | 0.00 | 74,080.93 | 0.00 |
| **Checking # ******4080** | 87,159.32 | 13,078.39 | 0.00 |
| | $87,159.32 | $87,159.32 | $0.00 |