Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 17−15603−JKS
                                      Chapter: 7
                                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Mark Anthony Andreottis II
    aka Mark Andreotti, dba Praetorian
    Investor Svcs
    USP Lewisburg
    Post Office Box 1000
    Lewisburg, PA 17837

Social Security No.:
    xxx−xx−5548

Employer's Tax I.D. No.:
    80−0276082

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Charles M. Forman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 7, 2022</u>                <u>John K. Sherwood</u>
                                              Judge, United States Bankruptcy Court